Aleksandr L. Yufa,
698 Cypress Avenue,
Colton, CA 92324
ypesinc@msn.com
1   (909) 370-4454-phone/voice message,
(909) 370-1714-voice message/fax,
2        IN PRO-SE

**Filed**

MAR 2 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

3        **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
4

5   Aleksandr L. Yufa, .                    **CIVIL CASE No.**

6        Plaintiff in Pro-Se               **C 09   0 1 3 1 5**

7        v.                                 **COMPLAINT FOR PATENT INFRINGEMENT**

8   TSI Incorporated                            **(DEMAND FOR JURY TRIAL)**

9   and "Doe Defendants" 1 through 10,

10       Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**COMPLAINT**

2    1) The First Listed Defendant - "TSI Incorporated" (hereinafter may be mentioned as "TSI"

3    or "Defendant") has a Principal Place of Business located at 500 Cardigan Road,

4    Shoreview, Minnesota 55126 [phone: (651) 490-2811, fax: (651)490-3824].

5        TSI has acquired "Adams Instruments" (as to the best Plaintiff's knowledge and belief,

6    the acquisition took place in October-November, 2008). "Adams Instruments" (hereinafter

7    may be mentioned as "Adams") had a Principal Place of Business (headquarter) located at

8    50 Staniford Street, Boston, Massachusetts (MA) 02114 [phone: (781) 806-5322, fax:

9    (781) 784-1804], and had conducted business ("Adams Instruments - Technology Center")

10   at 2528 Qume Drive No. 15, San Jose, California (CA) 95131 [phone: (408) 512-4909, fax:

11   (408) 437-8735], as to the best Plaintiff's knowledge and belief.

12       · Plaintiff - Aleksandr L. Yufa, Ph.D. (hereinafter may be mentioned as "Yufa") is a citizen

13   of city of Colton at 698 Cypress Avenue, San Bernardino County, California (92324-1952),

14   (909-370-4454-phone/voice message, 909-370-1714-fax).

15       This law suit is filed under U.S. Civil Statute of Chapters 28 and 29 of title 35 United

16   States Code for infringement of U.S. Patent No. 6,346, 983.

17       This Court has a jurisdiction over this patent infringement law suit.

18       The U.S. Patent No. 6,346,983 is under reexamination at the United States Patent and

19   Trademark Office (hereinafter may be mentioned as "USPTO" or "PTO").

20   2) Plaintiff has all rights to enforce the U.S. Patent No. 6,346,983 "METHODS AND

21   WIRELESS COMMUNICATING PARTICLE COUNTING AND MEASURING APPA-

22   RATUS" [Exhibit A] (hereinafter may be mentioned as "'983" or "Yufa's '983 patent", or

23   "Yufa's patent", or "Patent-In-Suit") against the believed infringement, and Plaintiff has an

24   entire interest in the said patent.

25   3) Based on the below presented information, communications, documents, and evidences,

26   it is believed that TSI has infringed and does continuously infringe the claims 1-5 of the

27   Yufa's '983 patent. {P.S. The possible infringement of the other claims of '983 patent may

28   be subsequently discovered later after TSI's voluntary disclosure, initial disclosure, formal

-2-

1   Discovery, and/or at the jury trial. The possible infringement of the other Yufa's patents inc-

2   luding but not limited to U.S. Patents Nos.: 5,769,967; 5,946,091; 6,034,769; 7,439,855,

3   and pending patent(s) (U.S. Patent Application(s)) may be subsequently discovered later

4   after TSI's voluntary disclosure, initial disclosure, formal Discovery, and/or at the jury

5   trial}.

6   4) Yufa sent to Adams the letters: on September 25, 2007 (Certified Mail # 7007 0710 0001

7   9444 0783) [Exhibit B - a true and correct copy of the original document /letter/. P.S.

8   Hereinafter all Exhibits of the mail correspondence (letters), fax communication(s), and all

9   E-mail correspondence are the true and correct copies of the original documents and/or

10  computer's print-outs)], on November 16, 2007 (Certified Mail # 7006 2760 0004 3379

11  9542) [Exhibit C], on December 07, 2007 (Certified Mail # 7006 2760 0004 3377 8905)

12  [Exhibit D], and on February 26, 2008 (Certified Mail # 7006 0100 0005 7954 7724)

13  [Exhibit E], notifying Adams about the believed infringement with the offer to license or

14  acquire the Yufa's patent.

15      There were no any response to each and all of those Yufa's letters to Adams.

16      Based on the documents and evidences, it is strongly believed that the method (claims 1,

17  and 2) and apparatus (claims 3-5) claimed in the Yufa's '983 (Exhibit A) are infringed by

18  TSI (and as well as by the acquired Adams) by manufacturing (making), selling, and offering

19  for sale of at least the following product, including but not limited to: "R-Series" remote

20  models, including but not limited to: R-Series: $0.2\mu m@2.83LPM$, $0.3\mu m@2.83LPM$,

21  $0.5\mu m@2.83LPM$, $0.5\mu m@28.3LPM$, etc., believed operating and constructed (as to

22  Yufa's best knowledge) in compliance with the claims 1-5 of the Yufa's '983 patent. As the

23  examples, a few of the TSI's (Adams') particle counters are presented herein in the Exhibits

24  F-I. {P.S. The Exhibits F-I are the true and correct copies of the Internet print-outs of the

25  Adams' Web-pages.}. The mentioned above product, believed infringing the '983 patent, is

26  not limited to the named systems, and include without limitation the other TSI's system(s),

27  unknown to the Plaintiff at this time but which may be subsequently discovered later after

28  TSI's voluntary disclosure, initial disclosure, formal Discovery, and/or at the jury trial.

-3-

1    The unknown at this time to Plaintiff other TSI's product operating and structured by the
2    Patent-In-Suit may be discovered after TSI's voluntary disclosure, initial disclosure, formal
3    Discovery, and/or at the jury trial. {The word "product" has a wider meaning, including but
4    not limited to: system(s), apparatus, means, device(s), station(s), unit(s), block(s), particle
5    monitoring apparatus, etc., and vice versa meaning appropriately. The word "particle" has a
6    wider meaning, including but not limited to: agent(s); airborne particle(s), gas particle(s),
7    etc.; contamination(s), fluid contamination(s), liquid contamination(s), etc.; aerosol; etc.,
8    and vice versa meaning appropriately. The word "monitoring" has a wider meaning, includ-
9    ing but not limited to: counting, measuring, analyzing, detecting, sensing, etc., and vice
10   versa meaning appropriately. The words, e.g. "particle", "product", etc., have a singular or
11   plural and vice versa meaning appropriately}.

12   5) Under the law *[Knorr-Bremse v. Dana Corp., 383 F3d 1337 (Fed. Cir. 2004)]*, person
13   has a duty of due care to determine whether or not person infringe any in-force patents.
14   {P.S. The word "person" has a wider meaning, including but not limited to: individual,
15   corporation, organization, etc., and a singular or plural and vice versa meaning appropriate-
16   ly - Yufa's remark}.

17   6) It is believed, that the additional following below information, fact(s), material(s)/docu-
18   ment(s), and evidence(s) support this Complaint:

19   On approximately April, 2007, Yufa discovered that Adams manufactures (makes), sells,
20   and offers for sale the wireless communicating product (wireless communicating particle
21   measuring and counting apparatus) believed operating by Yufa's '983 patent (the descrip-
22   tion of some of the believed Adams' infringing products are attached herein as Exhibits F-I,
23   and Exhibit J is a true and correct copy of Adam's "Introduction To Interfaces Used in
24   Facility Monitoring Systems", as to the best Yufa's recollection at the Adams' Web-page
25   {http://www. adamsinstruments.com/pdf-download/Intro_to_Interface_used%20In_FMS.p
26   df}).

27   Approximately from April, 2007 to the present time, in order to save Court's time, Yufa
28   has conducted the informal investigation (e.g., in 2007 Yufa had the telephone communica-

-4-

1    tions with the Adams' representative(s) (Yufa's telephone callings) regarding Adams' wire-
2    less communicating particle monitoring systems.

3    From September 11, 2007, Yufa had E-mail communications with the Adams represen-
4    tative(s) regarding Adams' wireless communicating particle monitoring systems [Exhibits K,
5    L], and Yufa, additionally to the posted on Internet information and documents confirming
6    the wireless communication between the remote particle detecting unit(s) and central data
7    processing and control unit(s) [e.g., Exhibit J, pages 9-13] has received the E-mail confirma-
8    tion of the wireless communication between the remote particle detecting unit(s) and central
9    data processing and control unit(s) [Adams' answers (text in red ink in the E-mail communi-
10   cation of September 13, 2008 in Exhibit L)].

11   After the E-mails from Adams confirming the wireless communication between the
12   remote particle detecting unit(s) and central data processing and control unit(s), analysis of
13   the available information, mentioned above facts, documents, and evidences, Yufa on Sep-
14   tember 25, 2007 sent to Adams a letter-notification of the believed infringement with the
15   attached '983 patent and Claim Comparison Chart (Exhibit B], and the technical and finan-
16   cial information about Adams' product has been requested (there have not been discovered
17   any published subjective/substantial specific technical/financial details about the Adams' pro-
18   duct).

19   Yufa has not received the response from Adams, and the first Brief Follow-Up Letter
20   (Certified Mail # 7006 2760 0004 3379 9542) [Exhibit C] to Adams has been mailed by
21   Yufa on November 16, 2007.

22   Yufa has not received the response from Adams, and the second Brief Follow-Up Letter
23   (Certified Mail #  Certified Mail # 7006 0100 0005 7954 7724) [Exhibit E] to Adams has
24   been mailed by Yufa on February 26, 2008.

25   There was no Adams' response to the Yufa's second Brief Follow-Up Letter too.

26   Adams, by not responding to the Yufa's letters, has refused to cooperate and provide
27   the requested technical and financial information (e.g., total sale of Adams' infringing prod-
28   uct, profit, etc.), and/or to allow the visitation of its facilities for study/inspection of the be-

-5-

1  lieved infringing product.

2    Considering the Adams' refusal to provide any financial information (even the prices for

3  some Adams' believed infringing product have been provided during the telephone conver-

4  sations and in Adams' E-mail to Yufa, for instance, of September 13, 2007 [Exhibit L], it is

5  difficult to calculate/estimate the believed damages (losses).

6    Additionally, the believed damages caused by the Adams' infringing product should

7  include the "marketable desirability" and "marketable success" of the wireless communicat-

8  ing particle monitoring apparatus in comparison with the portable, hand-held, and wire

9  communicating particle monitoring apparatus. For instance, the consideration of the wireless

10  particle counter's advantages:

11  **a)** convenience (no electrical cable tracing necessity), mobility (communication between re-

12  mote unit(s)/sensor(s) and central station(s) by electrical cables /wires/ can be provided

13  within the distance range of a few hundred yards, but the wireless communicating apparatus

14  provides communication within unlimited distance);

15  **b)** elimination of the operator's presence (for control of the monitoring apparatus) in the

16  environment monitoring area;

17  **c)** the highest degree of mobility and possibility of the placement in the difficult accessible

18  areas, etc.,cited in the Yufa's '983 patent, and

19  **d)** reliability (elimination of the possible damage to/destruction of the electrical cable and

20  necessity to disconnect cable from both sides and repair it on site or necessity to disconnect

21  the electrical cable from the both sides, delivery it to the repair station, and after repair to

22  trace cable again), etc.

23    Also, the estimations of the believed damage should include the Plaintiff's emotional

24  distress caused by the believed Adams' misrepresentation of the Plaintiff's achievements

25  claimed in the Yufa's patent, as the Adams' achievements.

26    Therefore, the believed damage caused by the TSI infringing product can not be specified

27  at this time and may be timely determined later during formal Discovery and/or defined by

28  the Court during a jury trial.

-6-

1    7) Based on the information, fact(s), material(s)/document(s), and evidence(s) disclosed

2    above, it is believed, that TSI has manufactured (made), sold, offered for sale and does

3    manufacture (make), sell, and offer for sale at least the described herein product believed

4    operating by Yufa's '983 patent.

5         Therefore, based on the information, fact(s), document(s), and evidence(s) disclosed

6    above, it is believed, that TSI has infringed and does continuously infringe at least the

7    Yufa's '983 patent of four Yufa's patents related to the particle detection.

8    8) It is strongly believed, that TSI (as well as the acquired Adams), including but not limited

9    to their employee(s), is/are the subscriber(s)/recipient(s) of the "CleanRooms" magazine for

10   a very long time. The brief description (with the patent number, inventor's name, and inven-

11   tor's location [city, state]) of the Yufa's '983 patent has been published in "CleanRooms",

12   "The Magazine of Contamination Control Technology", Volume 16, No. 6, June 2002

13   (Exhibit M - a true and correct copy of the front page of "CleanRooms" magazine, and

14   Exhibit N - a true and correct copy of the page 20 of that magazine with the Yufa's '983

15   patent announcement/description).

16        It is believed, that TSI (as well as the acquired Adams) had a knowledge of the Yufa's

17   '983 patent at least from June 2002. The other information, and/or documents, and/or

18   evidences, etc., proving the believed infringement and believed willful infringement of the

19   Yufa's '983 patent, may be presented during litigation.

20        Therefore, it is strongly believed in the TSI's (as well as the acquired Adams') willful inf-

21   ringement of the Yufa's '983 patent. {P.S. At this time the willful infringement is legiti-

22   mately verified at least from the first Yufa's infringement notifying letter of September 25,

23   2007 [Exhibit B] (there have been no Adams' responses to the infringement notifying let-

24   ters)}.

25        Also, Plaintiff believes in a possibility of conspiracy between the defendants in the case(s).

26   9) Adams has not declared a non-infringement after Yufa's notification of the infringement

27   (there have been no Adams' responses to the infringement notifying letters).

28   10) Adams has failed to defense by non-declaring a non-infringement after Yufa's notifica-

-7-

1    tion of the infringement (there have been no Adams' responses to the infringement notifying
2    letters).

3    11) As a result, the believed Adams' infringement (by manufacturing (making), selling, and
4    offering for sale the product believed operating by method (claim 1) and structured by
5    claims 3-5 claimed in the US Patent No. 6,346,938) has caused the Plaintiff's substantial
6    monetary income damages (losses), and emotional distress.

7    12) On October 30 and November 12, 13 of 2008, Yufa had the telephone and E-mail
8    communications with the TSI's representatives (Exhibits O, P are true and correct copies of
9    the Yufa's E-mail communications with the TSI's representative: with Mr. Lile Cox [Exhibit
10   O], and with Mr. Long Yang - Sr. Inside Sales Representative and Mr. Darrick Niccum -
11   Business Manager Contamination Control [Exhibit P] respectively).

12   13) On December 05, 2008, Yufa sent a letter (Certified Mail # 7006 3450 0002 7526
13   7790) [Exhibit Q] to TSI, notifying TSI about the believed infringement with the offer to
14   license or acquire the Yufa's '983 patent.

15   There was no response to that Yufa's letter of December 05, 2008.

16   14) On January 12, 2009, Yufa sent a Brief-Follow-Up Letter (Certified Mail # 7007 3020
17   0001 6431 6709) [Exhibit R], mentioning the Yufa's letter of December 05, 2008 to TSI
18   about the believed infringement and offer to license or acquire the Yufa's patent.

19   15) On January 28, 2009, Yufa received the letter from TSI dated January 26, 2009 [Exhibit
20   S] responding to the Yufa's letters of December 05, 2008 [Exhibit Q] and January 12, 2009
21   [Exhibit R].

22   16) On January 28, 2009, Yufa has faxed a letter-response [Exhibit T] to TSI (this letter has
23   been mailed (Certified Mail # 7006 2760 0004 3385 7297) to TSI on January 29, 2009).

24   There was no TSI's response to that Yufa's letter of January 28, 2009.

25   17) The other known at this time TSI's product: "Facility Monitoring Systems" (a.k.a.
26   "FMS") [Exhibit U], and "Ultrafine Particle (UFP) Monitors": "Model 3031" and "Model
27   3031-1" [Exhibits V, W], also confirms the believed TSI's manufacturing (making), selling,
28   and offering for sale of the TSI's wireless communicating product believed infringing the

-8-

1   Yufa's '983 patent.

2   Based on the documents and evidences available at this time, it is strongly believed that
3   the method (claims 1, 2) and apparatus (claims 3-5) claimed in the Yufa's '983 (Exhibit A)
4   are also infringed by TSI's manufacturing (making), selling, and offering for sale of FMS
5   and Models 3031, 3031-1 (as well as by the Adams' products acquired by TSI [Exhibit X is
6   a true and correct copy of the print-out of the computer screen on December 16, 2008 at
7   approximately 9:02 a.m. PST, wherein is seen the TSI's logo under http://www.adamsinstru
8   ments.com/]).

9   **18)** It is believed that TSI has indirectly confirmed the believed infringement considering the
10  following facts:

11  **A.** TSI (as well as the acquired Adams) has not opposed to the Claim Comparison
12  Chart mailed to TSI as an attachment to the Yufa's infringement notifying letter of Decem-
13  ber 05, 2008 [Exhibit Q].

14  **B.** TSI (as well as the acquired Adams) has not declared a non-infringement after
15  Yufa's notification of the infringement. It is believed, that TSI has made the contra-
16  dicted/opposite statement(s), i.e. in the TSI's letter of January 26, 2009 to Yufa [Exhibit S]
17  to Yufa, TSI states "... we do not believe that the cited products come into conflict with any
18  of the cited patents. ...", but:

19  **a)** the TSI's (as well as the Adams') Facility Monitoring Systems (FMS),
20  as it is believed, operates in compliance with the Yufa's '983 [Exhibit J];

21  **b)** the Adams' "Remote Particle Counter of R-Series 0.5µm@28.3LPM"
22  as well as the other analogous Adams' remote particle counters (e.g. "R-Series
23  0.2µm@2.83LPM", etc.), as it is believed, operate in compliance with the Yufa's '983
24  [Exhibits I, K];

25  **c)** the Adams' representative in his E-mail to Yufa, as it is believed, states
26  (confirms) that the Adams' particle counting systems operate in compliance with the Yufa's
27  '983 [Exhibit L], etc.

28  **d)** in the TSI Web-site's publication "TSI Creates the Solution for Ultra-

-9-

1    fine Particle Monitoring" (dated "March 7, 2008") [Exhibit V], TSI "... announces the

2    release ..." and "... offers ..." the "... Model 3031 Ultrafine Particle Monitor ...", which ope-

3    rates wirelessly "... via the Internet ...";

4                        e) in the TSI Web-site's publication "Ultrafine Particle Monitor" [Exhibit

5    W] TSI discloses that the TSI's wirelessly operating "... via the Internet ..." "... bench top

6    version ... (the Model 3031-1) is available for laboratory or mobile applications", etc.

7    TSI states that TSI does "not believe that the cited" in the Yufa's letter of December 05,

8    2008 [Exhibit Q] TSI's "... products come into conflict with any of the cited ..." Yufa's "...

9    patents ...", but TSI has not stated that all TSI's products (not only the TSI's products

10   mentioned by Yufa in his letter to TSI) does not come into conflict with the Yufa's patents

11   including '983 patent, made, as it is believed, the contradicted/opposite statements

12   (mentioned hereinabove), and has not declared a non-infringement.;

13       C. TSI (as well as the acquired Adams) has failed to defense by non-declaring a non-

14   infringement after Yufa's notification of the infringement.

15   19) As a result, the believed Defendants's infringements (by manufacturing (making), using,

16   selling, and offering for sale the product believed operating by the method (claims 1, 2) and

17   structured by claims 3-5 claimed in the US Patent No. 6,346,938, as well as, by believed

18   inducing and/or contributing infringement) have caused the Plaintiff's substantial monetary

19   income damages (losses), and emotional distress.

20

21   WHEREFORE, Plaintiff prays for and demands a final injunction against continued infringe-

22   ment, a judgement against Defendants for damages, caused by the continued infringement,

23   in the amount specified/accounted by jury/Court, a judgement against Defendants for an

24   emotional distress, caused by the infringement and misrepresentation of Plaintiff's achi-

25   evements as Defendants' achievements, in the amount specified/accounted by jury/Court,

26   and an assessment of interest and cost against Defendants, as well as a finding of willful

27   infringement, sufficient to warrant an award of attorneys' fees.

28

-10-

1
2   JURY TRIAL DEMANDED
3
4   _March 19, 2009_                    _____
5                                        Aleksandr L. Yufa, Ph.D.
6                                          Plaintiff IN PRO-SE
7                                        DEMAND FOR JURY TRIAL
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

US006346983B1

(12) **United States Patent**　(10) **Patent No.:**　**US 6,346,983 B1**
Yufa　(45) **Date of Patent:**　**Feb. 12, 2002**

(54) **METHODS AND WIRELESS COMMUNICATING PARTICLE COUNTING AND MEASURING APPARATUS**

(76) Inventor: **Aleksandr L. Yufa**, P.O. Box 1677, Colton, CA (US) 92324

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/015,458**

(22) Filed: **Jan. 29, 1998**

(51) Int. Cl.[7] ................................................. **G01N 21/53**
(52) U.S. Cl. ......................................... **356/338**; 356/338
(58) Field of Search ................................. 356/336, 338, 356/339, 437, 438, 439

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,160,246 A | * 7/1979 | Martin et al. | ............... 356/438 |
| 4,798,465 A | 1/1989 | Knollenberg | ............... 356/73 |
| 5,524,129 A | 6/1996 | Pettigrew | ........................ 377/6 |

| | | | |
|---|---|---|---|
| 5,751,424 A | * 5/1998 | Bostater | ..................... 356/342 |

* cited by examiner

*Primary Examiner*—Richard A. Rosenberger

(57) **ABSTRACT**

An improved methods and apparatus for particle counting and measuring provide the counting and measuring of the airborne (gas) particle and/or liquid contamination and include a remote sensor 5, wireless communicating with a data processing and control system 13, comprising a microprocessor system 27 and a wireless communication means 56, comprising a transmitting-receiving means 58 connected to an aerial means 57. The sensor system 5 includes a particle detecting system 4, providing the sensing a light created by an intersection of the particles with a light beam within particle monitoring region of the particle detecting system 4, particle detection and timing processing of the detected signals, and a wireless communication means 36 intended for wireless communication with the data processing and control system 13, providing a received data processing, illuminating of the resulting information and also providing a wireless communicating control of the sensor 5.

**8 Claims, 9 Drawing Sheets**



Case4:09-cv-01315-KAW   Document1-1   Filed03/25/09   Page14 of 131



Fig.1
(a prior art)



**Fig. 2**
**( a prior art )**



**Fig. 3**



Fig. 4



**Fig. 5**



Fig. 6



**Fig.7**



Fig.8



**Fig.9**



Fig. 10

US 6,346,983 B1

**1**

# METHODS AND WIRELESS COMMUNICATING PARTICLE COUNTING AND MEASURING APPARATUS

## FIELD OF THE INVENTION

This invention relates to air, gas and liquid quality and, more particularly, to devices, apparatus and instruments for airborne (gas) particle and/or liquid contamination quantity counting and particle size measuring by light (laser) beam.

## BACKGROUND OF THE INVENTION

The methods and devices for determining quantity and size of the particles and/or liquid (water) contaminations are now well known, and it is also well known that powerful light or laser and detecting system can be, and have been used to achieve particle size and particle quantity measurements. Such devices, mostly using or computers, are well known and described, for example, in the articles: R. G. Knollenberg, B. Schuster—"Detection and Sizing of Small Particles in Open Cavity Gas Laser," Applied Optics, Vo. 11, No. 7, November 1972, pp. 1515–1520; R. G. Knollenberg—"An Active Scattering Aerosol Spectrometer," Atmospheric Technology, No. 2, June 1973, pp. 80–81; Schehl, Ergun, Headrick—"Size Spectrometry of Aerosols Using Light Scattering from the Cavity of a Gas Laser," Review of Scientific Instruments, Vol. 44, No. 9, September 1973; R. G. Knollenberg—"Active Scattering Aerosol Spectrometry," National Bureau of Standards Special Publication, No. 412, October 1974, pp. 57–64; R. G. Knollenberg, R. E. Luehr—"Open Cavity Laser Active Scattering Particle Spectrometry from 0.05 to 5.0 Microns," Fine Particles, Aerosol Generation Measurement, Sampling and Analysis, Academic Press, May 1975, pp. 669–696; R. G. Knollenberg—"Three New Instruments for Cloud Physics Measurements: The 2-D Spectrometer, the Forward Scattering Spectrometer Probe, and the Active Scattering Aerosol Spectrometer," American Meteorological Society, International Conference on Cloud Physics, July 1976, pp. 554–561; R. G. Knollenberg—"The Use of Low Power Laser in Particle Size Spectrometry", Proceeding of the Society of Photo-Optical Instrumentation Engineers, Practical Applications of Low Power Lasers, Vo. 92, August 1976, pp. 137–152; Elterman—"Brewster Angle Light Trap," Applied Optics, Vol. 16, No. 9, September 1977; Marple—"The Aerodynamics Size Calibration of Optical Particle Counters by Inertial Impactors," Aerosol Measurement, 1979; Diehl, Smith, Sydor—"Analysis by Suspended Solids by Single-Particle Scattering," Applied Optics, Vol. 18, No. 10, May 1979; K. Suda—Review of Scientific Instruments, Vol. 51, No. 8, August 1980, pp. 1049–1058; R. G. Knollenberg—"The Measurement of Particle Sizes Below 0.1 Micrometers", Journal of Environment Science, January–February, 1985, pp. 64–67; Peters—"20 Good Reasons to Use In Situ Particle Monitors", Semiconductor International, Nov. 1992, pp. 52–57 and Busselman et al.—"In Situ Particle Monitoring in a Single Wafer Poly Silicon and Silicon Nitride Etch System", IEEE/SEMI Int'l Semiconductor Manufacturing Science Sympo-ium, 1993, pp. 20–26.

The reference in these articles is made to the devices and methods of particle measurement, utilizing an open cavity laser for particle detection.

The known devices, having the particle detecting means are based on the scattered light collection, as it is mentioned, for example, in U.S. Pat. No. 4,140,395, U.S. Pat. No. 4,798,465, U.S. Pat. No. 5,467,189 and in 5,515,164 of the prior art.

**2**

For example, in U.S. Pat. No. 4,140,395 and in U.S. Pat. No. 4,798,465 of the prior art are used the imaging systems, which are based on lenses.

Yet in other prior art (for example, such as U.S. Pat. No. 5,467,189 and U.S. Pat. No. 5,515,164) we can find the devices (sensors) with ellipsoidal mirrors instead of the lens systems or non-divergent quadric mirrors.

All these devices, mentioned in the prior art above, use light scattering focalizing methods. Such methods are based on the collection of the scattered light. A light scattering occurs at the first focal point (focus) by intersecting. Considering stochastic processes of the light scattering, the devices, mentioned in the above prior art, use mirrors or optics. This is necessary for scattered light, collecting and focalizing at the second focal point (focus), where a light detector is placed and intended for scattered light detection.

Further the devices, based on scattered light collection and some other detection methods (for example, by light splitting), use a different variations of the comparison method for the particle size measuring. Such method can be illustrated (see FIG. 1), for example, by U.S. Pat. No. 4,798,465. On FIG. 1 is shown the particle size detection device, using one of the particle measuring comparison method variations. The signal from detectors **1** via the amplifiers **61** follow to the comparators **62**, which is connected to the reference voltage means **63**. The amplified detected signals are compared with the predetermined reference voltages for the particle size qualifying.

Such methods cannot provide light the sufficiently light the sensitivity related to the increasing requirements to the particle counting and measuring devices, because of the analog (amplitude) method of comparison.

Another and also important deficiency of all known particle analyzing devices is the use of the wire leads (cable) for the particle detecting means connection to the data processing means.

The devices, using the wire (cable) connection of the particle detecting, means to the data processing and control system, are presented by two styles of their configuration: a portable configuration of the particle analyzing device, which is an entire unit comprising particle detecting means (sensor) connected by short wires (short cable) to the microprocessor means, or a remote sensor configuration of the particle analyzing device, wherein, for example, the sensor and the data processing means are represented by two separated and remote of each other units connected by long wires (long cable).

On FIG. 2 is shown, for example, a device (see U.S. Pat. No. 5,524,129) with the wire (cable) connection **20** of the sensor **22** with the microprocessor (CPU) **24**(12).

It is known, that all wire (cable) connections in electronic apparatus are a source of the electromagnetic noise, which can create a distortion of the signals. Also the portable devices require local operation with them and exactly in the place of the airborne particle or liquid (water) contaminations assaying. The devices with long cable connection between the remote sensor and the data processing means have a limited mobility, because of cable.

Other known devices by U.S. Pat. Nos. 4,160,246 and 5,751,424 intended for the smoke detection and liquid mixture, gas or solid medium analysis respectively. The smoke detector by U.S. Pat. No. 4,160,246 does not provide the counting and measuring of the particles in the specimen and uses the analog processing of the signals. The probe by U.S. Pat. No. 5,751,424 does not provide the analysis of the airborne particle. Also these devices use one-way wireless

**3**

communication for the data transmission only and do not provide the wireless transmission of the control commands/signals (automatic modes of turn-on/turn-off, switching of the particle size counting scale, etc.), requiring the handle control of the remote unit.

For example, it is known, that integrated circuits (chips) and semiconductors have been produced in "clean rooms". The air in such "clean rooms" should be very well cleaned. The continuing tendencies of improvement in circuit integration and degree of microminiaturization require corresponding improvements of the environment in "clean rooms" and efficiency and sensitivity of the measuring devices. And now, as it is known, the sensitivity of the counting and measuring devices should be at least as small as 0.1 μm (Micron). Such rate requires minimum distortions in the data processing signals. Also the measurements should be done in the different places of the semiconductor production areas of "clean rooms" and sometimes in the areas, which could be difficult to approach. The same is regarding the pharmaceutical and biological industries, where is required the well condition of the environment.

Thus, the comparison method of the particle size measuring (an analog comparison of the detected signal amplitudes with the appropriate reference voltages) and the wire (cable) connections between the sensors (particle detecting means) and create an insufficient signal to noise ratio, thereby limiting the sensitivity and efficiency of the particle counting and measuring devices. Also such wire (cable) connection, using in the known particle counting and measuring devices with the known devices with the remote sensors, limits the mobility of the particle counting and measuring instruments. Another known system by U.S. Pat. No. 4,160,246, intended for the smoke detection, comprises an infrared radiation source, photodetector, the frequency filters, audio amplifiers, annunciator driver, a plurality of light-emitting diodes (LED) and a horn or buzzer. This device uses a wireless communication (from the smoke detector/transmitter to the receiver/annunciator). Such smoke detector system does not provide counting and measuring of the particles in the specimen Also the device by U.S. Pat. No. 4,160,246 provides the analog processing of the signals.

## OBJECT AND ADVANTAGES OF THE INVENTION

Accordingly, several objects and advantages of the present invention are to provide an improved methods and apparatus for airborne (gas) particle and/or liquid (water) contamination analysis.

It is the object of the invention to provide an improved method and apparatus for increasing the sensitivity of the particle counting and measuring means.

It is another object of the invention to provide an improved methods and apparatus for increasing the efficiency of the analyzing processes and means.

It is yet another object of the invention to provide an improved method and apparatus for decreasing electromagnetic noises by the elimination of wire (cable) connection between particle detecting means (sensors) and data processing means.

It is still further an object of the invention to provide an improved method and apparatus for increasing the authenticity of the information about air or liquid (water) composition.

It is still another object of the invention to provide an improved method and apparatus for increasing the mobility,

**4**

compactness and convenient placement possibility of the remote detecting means.

Still, further objects and advantages will become apparent from a consideration of the ensuing description accompanying drawings.

## DESCRIPTION OF THE DRAWING

FIG. 1 is a presentation of the particle size detecting device (a prior art).

FIG. 2 is a presentation of portable counter (a prior art).

FIG. 3 is a presentation of the simplified structural schematic of an improved apparatus.

FIG. 4 is a presentation of the simplified detailed block-schematic of an improved apparatus.

FIG. 5 is a presentation of the simplified block-schematic of the remote detecting system of an improved apparatus.

FIG. 6 is a presentation of the simplified block-schematic of the particle detecting system of an improved apparatus.

FIG. 7 is a presentation of the simplified block-schematic of the conversion system of an improved apparatus.

FIG. 8 is the presentation of the simplified block-schematic of an improved apparatus portion, providing a timing a strobing processes.

FIG. 9 is a timing diagram.

FIG. 10 is a presentation of the simplified structural schematic of an improved wireless communication apparatus (complex).

On FIG. 1 are shown: 1—the detectors (D); 60—a detection unit (DU); 61—the amplifiers; 62—the comparators; 63—a reference voltage means (VREF.); 65—a control logic; 66—a pulse height analyzer.

On FIG. 2 are shown: 35—a wire (cable); 75—a sensor; 76—a microprocessor (CPU).

On FIG. 3 are shown: 4—a particle detecting system (PDS); 5—a remote detecting system (RDS); 13 a data processing and control system (DPCS); 27—a microprocessor system (MPS); 36—a wireless communication means (WCM) of the remote detecting system 5; 56—a wireless communication means (WCM) of the data processing and control system 13.

On FIG. 4 are shown: 3—a transmitting-receiving means (TRM) of the wireless communication means 36; 4—a particle detecting system; 5—a remote detecting system; 6—a microprocessor means (MPM); 7—a multiplexed bus of the data processing and control system 13; 8—a displaying means (DM); 9—a floppy disk means (FDM); 10—a compact disk means (CDM); 11—a printing means (PRM); 12—a control panel (CP); 13—a data processing and control system; 27—a microprocessor system; 34—an aerial means (AM) of the wireless communication means 36; 36—a wireless communication means of the remote detecting system 5; 38—a terminal means (TM); 39—a conversion means (Conv.M) of the microprocessor system 27; 56—a wireless communication means of the data processing and control system 13; 57—an aerial means of the wireless communication means 56; 58—a transmitting—receiving means of the wireless communication means 56.

On FIG. 5 are shown: 3—a transmitting—receiving means of the wireless communication means 36; 4—a particle detecting system; 5—a remote detecting system; 29—a transmitting means (TM); 30—a receiving means (RM); 31—a conversion system (CS); 32—a signal processing system (SPS); 33—a particle detecting means (PDM); 34—an aerial means of the wireless communication means

5          6

36; 36—a wire less communication means of the remote detecting system 5.

On FIG. 6 are shown: 31—a conversion system; 32—a signal processing system; 33—a particle detecting means; 37—a tubular means; 40—a detection means (De.M); 41—an environment assaying control means (EACM); 42—a detected ted signal processing means (DSPM); 43—a control means (CM); 44—a signal processing means (SPM); 45—a control signal conversion means (CSCM); 51—a coding-decoding means (C-DM); 59—a multiplexed bus of the remote detecting system 5; 64—a conversion means (Conv.M) of the conversion system 31.

On FIG. 7 are shown: 31—a conversion system; 51—a coding-decoding means; 64—a conversion means of the conversion system 31.

On FIG. 8 are shown: 32—signal processing system; 33—a particle detecting system; 40—a detection means; 42—a detected signal processing means; 44—a signal processing means; 67—a light detecting means (LDM); 68—a light detecting system (LDS); 69—a current-voltage conversion means (CVCM); 70—an amplifying means (Am.M); 71—an analog digital form pulse duration conversion means (ADCM); 72—a conjunction means (&); 73—a strobe pulse generating means (SPGM); 74—a selecting, sorting and counting means (SCM).

On FIG. 10 are shown: 13—a data processing and control system; 14—a first remote detecting system (RDS-1); 15—a second remote detecting system (RDS-2); 16—an i-th remote detecting system (RDS-i); 17—a n-th remote detecting system (RDS-n); 18—a particle detecting system the (PDS-1) of the first remote detecting system 14; 19—a particle detecting system (PDS-2) of second remote detecting system 15; 20—a particle detecting system (PDS-i) of the i-th remote detecting system 16; 21—a particle detecting system (PDS-n) of the n-th remote detecting system 17; 22—a transmitting-receiving means (TRM-1) of the first remote detecting system 14; 23—a transmitting-receiving means (TRM-2) of the second remote detecting system 15; 24—a transmitting-receiving means (PDS-i) of the i-th remote detecting system 16; 25—a transmitting-receiving means (PDS-n) of the n-th remote detecting system 17; 26—a central transmitting-receiving means (CORM); 27—a microprocessor system; 28—a central aerial means (CAM); 46—a wireless communication means (WCM-1) of the first remote detecting system 14; 47—a wireless communication means (WCM-2) of the second remote detecting system 15; 48—a wireless communication means (WCM-i) of the i-th remote detecting system 16; 49—a wireless communication means(WCM-n) of the n-th remote detecting system 17; 50—a central wireless communication means (CWCM); 52—an aerial means (AM-1) of the first remote detecting system 14; 53—an aerial means (AM-2) of the second remote detecting system 15; 54—an aerial means (AM-i) of the i-th remote detecting system 16; 55—an aerial means (AM-n) of the n-th remote detecting system 17.

SUMMARY OF THE INVENTION

The invention provides a methods and wireless communicating apparatus particle counting and measuring, having a wireless communication means, intended for two-way communication of the remote particle detecting system(s) with a data processing and control system.

The improved method and device of the particle analyzing provide an airborne (gas) particle and/or liquid contamination counting and measuring, eliminating an analog comparison of the detected signal amplitudes with the appropri-

ate reference voltages and also eliminating the wire (cable), connecting the particle detection system to the data processing and control system. An improved apparatus, realizing the improved methods, includes a remote detecting system, comprising a particle detecting system and a wireless communication means of the remote detecting system, and a data processing and control system, comprising a microprocessor system and a wireless communication means of the data processing and control system. The control signals from a data processing and control system are transmitted by the two-way wireless communication means of the remote data processing and control system to the two-way wireless communication means of the remote detecting system. Further the signals from two-way wireless communication means of the remote detecting system via the appropriate conversion means of the remote detecting system follow to the control means. The control means provide a control (for example, switching operations) of the environment assaying control means (for example, air/liquid pumps, flowmeter, etc.), which by tubular means transfer an assayed composition to the detection means.

The detected signals are amplified, converted to the digital pulse form and strobed by strobe pulses. The selecting, sorting and counting means select and sorts the strobe pulse packages by strobe pulse quantity inside each package and also counts quantity of the strobe pulses within the strobe pulse package (particle size) and quantity of the identical packages (particle quantity).

The initially processed detected signals, containing an information about particle characteristics (size and quantity), are conversed in the data, which is transmitted by two-way wireless communication means of the remote detecting system to the wireless communication means of the remote data processing and control system. Further the signals from two-way communication means of the remote data processing and control system via the appropriate conversion means of the remote data processing and control system follow to the microprocessor system for data processing. The processed data is indicated to the operator in the informative form by terminal means (for example, by a display means or by a printing means).

DESCRIPTION OF THE PREFERRED EMBODIMENTS

Here the description of an improved apparatus will be done in statics (as if the components of the improved apparatus are suspended in the space) with description of their relative locations and connections to each other. The description of the improved methods and functional operations of an improved apparatus will be done hereafter.

FIG. 3 illustrates a structure of the wireless communicating apparatus (for counting and measuring particles), including a remote detecting system 5, having a particle detecting system 4 connected to a wireless communication means 36 of the remote detecting system 5, and a data processing and control system 13, having a microprocessor system 27 connected to a wireless communication means 56 of the data processing and control system 13.

FIG. 4 presents the detailed block-schematic of the wireless communicating apparatus for counting and measuring particles, comprising a remote detecting system 5, which includes a particle detecting system 4 and a wireless communication means 36, having an aerial means 34 connected to a transmitting-receiving means 3. The transmitting-receiving means 3 is connected to a particle detecting system 4. Also the wireless communicating apparatus for counting

7

and measuring particles comprises a data processing and control system 13, which includes a wireless communication means 56 and microprocessor system 27, having a microprocessor means 6, a conversion means 39 and terminal means 38. The wireless communication means 56 includes an aerial means 57 connected to a transmitting-receiving means 58. The transmitting-receiving means 58 connected to the conversion means 39 of the microprocessor system 27. The terminal means 38 can include a displaying means 8, a floppy disk means 9, a compact disk means 10, a printing means 11 and a control panel 12 (for example, a keyboard), which are connected to each other, to the microprocessor means 6 and to the conversion means 39 by a multiplexed bus 7 (can be used a data bus and an address bus, which are not shown).

Referring to FIG. 5, the remote detecting system (sensor) 5 comprises a particle detecting system 4, having a particle detecting means 33 connected to a signal processing system 32, which is connected to a conversion system 31. Also the remote detecting system 5 comprises a wireless communication means 36, having an aerial means 34 connected to a transmitting means 29 and to a receiving means 30 of the transmitting-receiving means 3. The conversion means 31 of the particle detecting system 4 is connected to the transmitting means 29 and to receiving means 30.

FIG. 6 illustrates the detailed block-schematic of the particle detecting system 4, which comprises a conversion system 31, having a conversion means 64 and a coding-decoding means 51 connected either by a multiplexed bus 59 (can be used a data bus and an address bus—not shown), if the conversion means 64 comprises a buffered memory means (not shown), or by a regular connection, as it is shown on FIG. 7. Also the particle detecting system 4 comprises a signal processing system 32 and a particle detecting means 33. The signal processing system 32 includes a detected signal processing means 42 connected to a signal processing means 44, which is connected to a control signal conversion means 45 and to the coding-decoding means 51 of the conversion system 31. The control signal conversion means 45 is connected to a control means 43 and to the coding-decoding means 51 of the conversion system 31. The particle detecting means 33 includes a detection means 40, connected to the detected signal processing means 42 of the signal processing system 32, and an environment assaying control means 41, which is connected to the control means 43 of the signal processing system 32 and to the signal processing means 44 of the signal processing system 32. Also the environment assaying control means 41 is coupled to the detection means 40 by a tubular means 37.

FIG. 7, as it has been mentioned of the above (see description of the FIG. 6), presents a regular connection (not by a bus) of the conversion means 64 and the coding-decoding means 51 of the conversion system 31.

On FIG. 8 is shown the improved apparatus portion, which realizes the signal timing (digital) processing. Referring to FIG. 8, a light detecting means 67 of the detecting system 68, belonging to the detection means 40, is connected to a current-voltage conversion means 69 (if the primer signals light of the detecting means is presented in the current value). The current-voltage conversion means 69 of the detected signal processing means 42 via an amplifying means 70 is connected to a voltage-pulse duration conversion means 71, which is connected to a conjunction means 72 of the signal processing means 44. The strobe pulse generating means 73 is also connected to the conjunction means 72, which is connected to a selecting, sorting and counting means 74.

8

FIG. 9 presents a timing diagram of the detected signal processing steps, which will be described hereafter.

On the FIG. 10 is presented a structural schematic of the wireless communicating complex for particle counting and measuring, which comprises at least one of a plurality ("N" of (where N=1, 2, . . . , i, . . . , n) of remote detecting systems and at least one of a plurality of remote data processing and control system. "N" remote detecting systems are presented on FIG. 10 by: a first remote detecting system 14 (RDS-1), a second remote detecting system 15 (RDS-2), an i-th remote detecting system 16 (RDS-i) and a n-th remote detecting system 17 (RDS-n). A plurality of remote data processing and control systems is presented on FIG. 10 by a single remote data processing and control system 13. The first remote detecting system 14 includes a wireless communication means 46, having a transmitting-receiving means 22 connected to an aerial means 52, and a particle detecting system 18 connected to the transmitting-receiving means 22. The second remote detecting system 15 includes a wireless communication means 47, having a transmitting-receiving means 23 connected to an aerial means 53, and a particle detecting system 19 connected to a transmitting-receiving means 23. The i-th remote detecting system 16 comprises a wireless communication means 48, including a transmitting-receiving means 24 connected to an aerial means 54, and a particle detecting system 20 connected to the transmitting-receiving means 24. The n-th remote detecting system 17 includes a wireless communication means 49, comprising a transmitting-receiving means 25 connected to an aerial means 55, and a particle detecting system 21 connected to the transmitting-receiving means 25. The data processing and control system 13 includes a wireless communication means (a central wireless communication means) 50, having a transmitting-receiving means (a central transmitting-receiving means) 26 connected to an aerial means (a central aerial means) 28, and a microprocessor system 27, which is connected to the transmitting-receiving means 26.

The improved methods of counting and measuring particles provides a wireless transmitting of the control signals from the data processing and control system to the remote detecting system and a wireless transmitting of the data (information), characterizing the detected particle parameters, from a remote detecting system to a data processing and control system.

An improved apparatus operates as follows. The wireless communicating apparatus for analyzing of particles (see FIGS. 3, 4, 10) can operate in the three modes: handle service of the data processing and control system 13 by the operator, using a control panel 12 (see FIG. 4) of the terminal means 38 of the data processing and control system 13; automatically by a priori programed stages, conditions, regimes and schedule of the operation and/or recorded, for example, on the floppy disk means 9, or on the compact disk means 10 of the microprocessor system 27, or in E-PROM (not shown) of the microprocessor means 6; and the third mode is the different variations of the handle and automatic modes combination.

Regarding the handle mode of the operation, the operator selects the regimes (for example, by control panel 12 from the menu on the displaying means 8) for remote detecting system 5 operation. The control signals from the control panel 12 (see FIG. 4) of the terminal means 38 follow by the multiplexed bus 7 to the microprocessor means 6 of the microprocessor system 27. Referring to automatic mode of the operation, the regimes are selected either by a floppy disk means 9, or by compact disk means 10, or by E-PROM

**9**

(not shown) and follow by same multiplexed bus 7 to the microprocessor means 6.

Thus, the control signal, processed by microprocessor means 6, via the conversion means 39 of the microprocessor system 27 follow to the transmitting-receiving means 58 of the wireless communication means 56. The control signal can provide, for example, possibility to switch "on/off", to switch "run/stop", to select and change the particle counting and measuring channels, to provide remote sensor diagnostics, to switch the mode (regime) from particle counting and measuring to concentration determination, to select and change the modes for the particle flow velocity, environmental temperature and/or humidity determination, etc. The signals from the transmitting-receiving means 58 follow to the aerial means 57. The two-way wireless communication means 56 of the remote data processing and control system 13 communicates with the two-way wireless communication means 36 of the remote detecting system 5 (see FIGS. 3, 4) and the signal from the aerial means 57 are received by the aerial means 34 (see FIG. 4) of the wireless communication means 36 and follow via the receiving means 30 of the transmitting-receiving means 3 to the conversion system 31 of the particle detecting system 4, as shown on FIG. 5.

Also referring to FIG. 5, the signals from conversion system 31, including a conversion means 64 and a coding-decoding means 51, follow to the particle detecting means 33 via the signal processing system 32. The conversion system 31 provides the conversion of the received signals to the form, acceptable for further processing. Hereby, the signals from the receiving means 30 follow to the conversion means 64, wherein they can be conversed to the digital form intended, for example, for the further use either the multiplexed bus 59, as it is shown on FIG. 6 or the regular connection, as shown on FIG. 7. Thereby, the conversed signals from the conversion means 64 follow to the coding-decoding means 51 (see FIG. 6). The decoded signals in the digital form from the coding-decoding means 51 follow to the signal processing means 44 and to the control signal conversion means 45, wherein the control signals are conversed to the form required for the control means 43 operation (for example, low power switching means—not shown).

The control means 43 can perform for example, the low power switching functions for the control of the power executive means (not shown) of the environment assaying control means 41 (for example, switching on/off the pump, blower, chamber purging means; switching of the particle size rate means, particle flow control means, etc.—not shown). The assaying air or liquid (water) sample follows by the tubular means 37 from the environment assaying control means 41 to the detection means 40 of the particle detecting means 33.

The particles are detected by the light detecting means 67 of the imaging, or non-imaging means (not shown) of the light detecting system 68 of the detection means 40, belonging to the particle detecting means 33 (see FIG. 8). For example, for fight detecting system 68, using the scattered light detection principles, the signals from light detecting means 67 can be presented by FIG. 9b, where shown the simplified timing diagram $I=f_1$ (t), where: I—an output current of the light detecting means 67 if the primer signals from the light detecting means 67 are the current value signals, t—a time. Regarding the primer detected signals, presented on FIG. 9b, an equation $I=f_2$ (E, $F_1$) should be considered too. In this equation: E—a light intensity (a positive polarity of the signals on FIGS. 9a, 9b is inherent

**10**

for scattered light detecting principles, but for some other light detecting principles if can be negative or can have the different form), $F_1$—a physical-technical parameters of the light detecting means 67. Referring to FIG. 9a, the primer signals $I=f_1$ (t) from the light detecting means 67 depend on the light intensity E, which can be presented by a function $E=f_3$ (P, D, $F_2$), where: P—a light beam power, D—a particle dimensions (sizes), $F_2$—the other factors (for example, a particle reflectiveness, a particle permeability, etc.). On FIG. 9a is shown the simplified timing diagram $E=f_4$ (t).

The signals (FIG. 9b) from the light detecting means 67 follow to the current-voltage conversion means 69, where they are conversed to the voltage value signals (FIG. 9c), and after the amplifying (FIG. 9d) by an amplifying means 70 they follow to the analog-digital form pulse duration conversion means 71. From the analog-digital form pulse duration conversion means 71 the signals (FIG. 9e) follow to the conjunction means 72, in which also follow strobe pulses (FIG. 9f) from the strobe pulse generating means 73. The signals (FIG. 9g) from the conjunction means 72, having the strobe pulse packages configuration, follow to the selecting, sorting and counting means 74.

The selecting, sorting and counting means 74 provides selection and sorting of the identical strobe pulse packages (packages within the same strobe pulse quantity, that means—within the same strobe pulse package duration $T_i$, where i=0, 1, 2, ..., k, ..., n) and also provides the counting of the identical strobe pulse packages (particle quantity) and the counting of the strobe pulse quantity in the mentioned packages (particle size). The $T_i$ characterizes the particle sizes. The more strobe pulses within a strobe pulse package (the larger value of $T_i$), the bigger particle size. The higher frequency of the strobe pulses, the higher precision and sensitivity of an improved apparatus. The signals, containing information about particle characteristics, from the selecting, sorting and counting means 74 follow to the constituent parts (blocks) of the signal processing means 44, in which also follow the signals, containing the information, for example, about environmental temperature, humidity, velocity rate, etc. The signals (for example, the coordinating or synchronizing signals) from the signal processing means 44 follow to the control signal conversion means 45 and to the environment assaying control means 41. Further the processed signals, containing the information about particle quantity and dimensions, follow to the coding-decoding means 51 for coding (see FIG. 6).

The coded data from the coding-decoding means 51 via conversion means 64 follow to the transmitting means 29 of the transmitting-receiving means 3 (see FIG. 5) and further from the transmitting means 3 follow to the aerial means 34 of the wireless communication means 36.

By a wireless communication, the signals, received by the aerial means 57 of the data processing and control system. 13, as shown on FIG. 4, follow to the receiving means (not shown) of the transmitting-receiving means 58 of the wireless communication means 56. The signals from the transmitting-receiving means 58 follow to the conversion means 39 of the microprocessor system 27 and further the conversed signals follow by the multiplexed bus 7 to the microprocessor means 6 for decoding and the received data processing. The processed information (data), containing the characteristics of the assayed environment (air, gas, liquid or water, for instance), is displayed in the convenient four operator form (e.g., graphics, diagrams, tables, texts, etc.) on the displaying means 8 and/or can be printed by printing means 11.

Referring to FIG. 10, an improved apparatus can comprise N=1, 2, ..., i, ..., n remote detecting systems and, for

**11**

example, at least one data processing and control system. The wireless communication process is the same as described of the above, but the remote data processing and control system 13 serves "N" remote detecting systems (on FIG. 10 "N" remote detecting systems are presented by 14, 15, 16, 17). Regarding FIG. 10, each remote detecting system 14, 15, 16, 17 includes the appropriate particle detecting system 18, 19, 20, 21 and the appropriate wireless communication means 46, 47, 48, 49, having the appropriate transmitting-receiving means 22, 23, 24, 25 and appropriate aerial means 52, 53, 54, 55. Each remote detecting system has the conventional address (code) for the wireless communication, which is recognized by the coding-decoding means included in the conversion system of the each remote detecting system (see, for example, FIGS. 6, 7) and by the microprocessor system 27 of the data processing and control system 13. Therefore, each remote detecting system operates independently of each other. The data processing and control system 13 communicates with the remote detecting systems 14, 15, 16, 17 by central wireless communication means 50, comprising the central transmitting-receiving means 26 and the central aerial means 28.

The wireless communication can be provided by at least one-way wireless communication from the remote detecting system to the data processing and control system, if the remote detecting system includes a programmable means (not shown), or built-in some control means (not shown), or if remote detecting system can work in the permanent predetermined regimes.

Also, the mentioned above wireless communication means and also aerial means, transmitting-receiving mean, transmitting means and receiving means (not shown on FIG. 10) can be an identical (can have the same performance).

CONCLUSION, RAMIFICATION AND SCOPE

Accordingly the reader will see that, according to the invention, I have provided an effective methods and apparatus, which provide counting and measuring of the particles of the assayed air (gas) or liquid contaminations.

An improved method and apparatus provide authenticity of the quantity and sizes of the particles in the assayed mixture of air or liquid, because the electromagnetic noise created in the known prior art by wire (electrical cable) connection of the particle detecting means to the data processing means, is eliminated in an improved apparatus.

Also an improved method and apparatus provide the maximal mobility of the remote sensor. This factor may be very convenient for the improved apparatus use in the difficult accessible areas, where the operator's activity or the cable (wire) tracing cannot be used.

Additionally, an improved method of the detected signal timing processing, and apparatus provide the increasing of the sensitivity. An improved method makes it possible to achieve sensitivity much less than 0.1 $\mu m$.

While the above description contains many specificities, these should not construed as limitations on the scope of the invention, but as exemplification of the presently-preferred embodiments thereof. Many other ramifications are possible within the teaching of the invention. For example, an improved method and apparatus provide a maximal portability of the wireless communicating remote detecting system.

Thus, the scope of the invention should be determined by the appended claims and their legal equivalents, and not by examples given.

**12**

What is claimed is:

1. A method for counting and measuring particles illuminated by a light beam, providing two-way wireless communication between a data processing and control system and a remote particle detecting system, said method comprising the steps of:

forming in said data processing and control system at least one of control signals, which provide a turning-on, turning-off and switching of modes of operation of said remote particle detecting system;

conversing said control signals to the form for wireless transmission;

wireless transmitting of the conversed control signals from said data processing and control system to said remote particle detecting system;

wireless receiving of the transmitted control signals by said remote particle detecting system;

conversing the received control signals to the form for control of said remote particle detecting system;

sensing by a light detecting means of a particle detecting means of said remote particle detecting system a light created by an intersection of said light beam and said particles within a particle monitoring region and providing an output, which is effectively indicative of a size of said particles;

processing said output by a signal processing system of said remote particle detecting system;

forming in said signal processing system of said remote detecting system a data, containing an information about a quantity and said size of said particles;

conversing said data, containing said information about said quantity and said size of said particles to the form for wireless transmission;

wireless transmitting of the conversed data, containing said information about said quantity and said size of said particles, from said remote particle detecting system to said data processing and control system;

wireless receiving of the transmitted data, containing said information about said particle quantity and size, by said data processing and control system;

conversing the received data, containing said information about said quantity and said size of said particles to the form for processing;

processing the conversed data, containing said information about said quantity and said size of said particles, by said data processing and control system.

2. The method of claim 1, wherein said two-way wireless communication is provided by a transmitting-receiving means of a wireless communication means of said remote particle detecting system via an aerial means of said wireless communication means of said remote particle detecting system and by an adequate transmitting-receiving means of an adequate wireless communication means of said data processing and control system via an adequate aerial means of said adequate wireless communication means of said data processing and control system.

3. An apparatus for counting and measuring particles illuminated by a light beam, providing two-way wireless communication between a data processing and control system and remote particle detecting systems, said apparatus comprises:

at least on of a plurality of said wireless communicating remote particle detecting systems, each of which includes

a particle detecting system, comprising

**13**

a particle detecting means, including detection means, comprising a light detecting means of a light detecting system;

a signal processing system, providing a processing of an output from said light detecting system and forming a data, containing an information about a quantity and a size of said particles;

a conversion system, converting control signals, received from said data processing and control systems, to the form for control of said remote particle detecting system and converting said data, containing said information about said quantity and said size of said particles, to the form for transmission to said data processing and control systems;

a wireless communication means, comprising

a wireless transmitting-receiving means, including a transmitting means, providing the transmission of said data, containing said information about said quantity and said size of said particles, to said data processing and control system, and a receiving means, providing the receiving of said control signals from said data processing and control system; and

an aerial means;

at least one said wireless communicating data processing and control system, comprising

a processing system, including

a microprocessor means, forming said control signals and processing said data received from said remote particle detecting system and containing said information about said quantity and said size of said particles;

a terminal means, comprising at least one of: a displaying means, a floppy disk means, a compact disk means, a printing means and a control panel; and

a conversion means, converting said control signals to the form for transmission to said remote particle detecting system and converting said data received from said remote particle detecting system to the form for processing by said processing system;

an adequate wireless communication means, including

an adequate wireless transmitting-receiving means, comprising an adequate transmitting means, providing the transmission of said control signals to said remote particle detecting system, and an adequate receiving means, providing the receiving of said data, containing said information about said quantity and said

**14**

size of said particles, from said remote particle detecting system; and

an adequate aerial means.

4. The apparatus of claim 3, wherein said particle detecting means of each of said wireless communicating remote particle detecting systems includes a tubular means coupling a detection means and an environment assaying control means.

5. The apparatus of claim 3, wherein said conversion system of each of said wireless communicating remote particle detecting systems includes an appropriate conversion means connected to a coding-decoding means, providing recognition of a conventional identification number of an appropriate wireless communicating remote particle detecting system.

6. An apparatus for counting and measuring particles, providing a processing of an output of a light detecting means, said apparatus comprises:

a current-voltage conversion means, providing conversion of said output of said light detecting means to voltage value signals, and wherein said output is effectively indicative of a size of said particles;

an amplifying means, providing an amplification of said voltage value signals;

an analog-digital form pulse duration conversion means, providing conversion of each of said voltage value signals to digital form pulses, and wherein each of said digital form pulses has a duration, which is adequate to the duration of an appropriate output of said light detecting means;

a strobe pulse generating means, providing generating of strobe pulses;

a conjunction means, forming a strobe pulse packages by conjunction of each of said digital form pulses and said strobe pulses;

a selecting, sorting and counting means, providing the selection and sorting of said strobe pulse packages by an identical quantity of said strobe pulses within each of said strobe pulse packages.

7. The apparatus of claim 6, wherein said amplifying means is connected to said light detecting means through said current-voltage conversion means, and wherein said analog-digital form pulse duration conversion means is connected to said amplifying means.

8. The apparatus of claim 6, wherein said conjunction means is connected to said analog-digital form pulse duration conversion means, to said strobe pulse generating means and to said selecting, sorting and counting means.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.   : 6,346,983 B1                         Page 1 of 2
DATED        : February 12, 2002
INVENTOR(S) : Aleksandr L. Yufa

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page, Item [54] and Column 1, line 1,
Title, change "**METHODS**" to -- **METHOD** --.

Item [57], **ABSTRACT**,
Line 1, change "methods" to -- method --.

Drawings,
Fig. 2, (a prior art), change "20" to -- 35 -- and change "22" to -- 75 -- and change "24 (12)" to -- 76 --.

Column 2,
Line 11, change "intersecting" to -- particles crossing the laser beam --.
Line 29, delete "light the sufficiently light".
Line 30, change "the sensitivity" to -- the sufficient sensitivity --.
Line 38, change "detecting, means" to -- detecting means --.
Line 49, change "20" to -- 35 --.
Line 50, change "22" to -- 75 -- and "24(12)" to -- 76 --.

Column 3,
Line 26, change "and" to -- and data processing means (computers) --.
Line 28, change "such" to -- the long --.
Line 29, change ", using" to -- used --.
Line 30, delete "with the known devices".

Column 4,
Line 21, change "providing a" -- to providing the --.
Line 22, change "timing a strobing processes" to -- processing of the initial signals --.
Line 25, change "communication" to -- communicating --.

Column 5,
Line 7, delete "ted".
Line 22, change "analog digital" to -- analog-digital --.
Line 30, change "system the" to -- system --.
Line 58, change "apparatus particle" to -- apparatus for particle --.

Column 6,
Lines 34, 35 and 37, delete "remote".

Column 7,
Line 59, delete "light".
Line 62, change "voltage-pulse" to -- voltage (analog)-digital form pulse --.

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.   : 6,346,983 B1                                                     Page 2 of 2
DATED        : February 12, 2002
INVENTOR(S)  : Aleksandr L. Yufa

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 8,
Line 5, change " ("N" " to -- "N" --.
Line 6, change "of (where" to -- (where --.
Line 7, delete "remote".

Column 9,
Line 16, delete "remote".
Line 58, change "fight" to -- light --.

Column 10,
Line 2, change "if" to -- it --.
Line 24, change "within" to -- with --.

Column 11,
Line 3, delete "remote".

Column 12,
Line 39, change "and size" to -- and said size --.
Line 62, change "at least on of" to -- at least one of --.

This certificate supersedes Certificate of Correction issued October 22, 2002.

Signed and Sealed this

Twenty-first Day of January, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,346,983 B1                                    Page 1 of 1
DATED         : February 12, 2002
INVENTOR(S)   : Aleksandr L. Yufa

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 6,
Line 30, change "conversed" to -- converted --.

Column 9,
Lines 32 and 35, change "conversed" to -- converted --.
Line 41, change "versed" to -- verted --.

Column 10,
Line 59, change "conversed" to -- converted --.

Column 12,
Line 9, change "turning-off" to -- turning-off, --.
Lines 11, 18, 31 and 41, change "conversing" to -- converting --.
Lines 13, 34 and 44, change "conversed" to -- converted --.

Signed and Sealed this

Twenty-eighth Day of March, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

**LIGHTHOUSE WORLDWIDE SOLUTIONS**
**Mr. SCOTT SALTON,**
*President*
46501 Landing Parkway,
Fremont, CA 94538

September 25, 2007
Certified Mail # 7007 0710 0002 2671 4707
with Return Receipt Requested

*Copy to:* **Adams Instruments**
**Mr. ADAM GIANDOMENICO,**
*President*
50 Staniford Street,
Boston, MA 02114

September 25, 2007
Certified Mail # 7007 0710 0001 9444 0783
with Return Receipt Requested

### Dear Mr. S. Salton

Based on the information available, I would like to inform you that I think and believe in a very strong possibility of infringement by your company (including but not limited to your company's subsidiary - Adams Instruments, Inc., etc.) of the methods claimed in at least 1 (one) of my 4 (four) U.S. Patents (5,767,967; 5,946,091; 6,034,769; 6,346,983) related to the particle monitoring, i.e.: of the methods claimed in the claims 1 and 2 of U.S. Patent No. 6,346,983. {P.S. The word "company" has a wider meaning, including but not limited to: incorporated, corporation, organization, etc., and vise versa}. Also, based on the information available, I think and believe in a very strong possibility of the willful infringement.

I think and believe in a possibility of your company's manufacturing (making), selling, and offering for sale of the wireless communicating particle counting and measuring product, including but not limited to: wirelessly communicating "R-Series" remote models, including but not limited to Remote 2014P, 3014P, 5014P, 5104V, LPC 0.1μm, LPC 0.2μm, LPC 0.3μm, LPC 0.5μm, NanoCount 50; R-Series 0.2μm@2.83LPM, 0.3μm@2.83LPM, 0.5μm@2.83LPM, 0.5μm@28.3LPM, etc., and including but not limited to the other product unknown to me at this time but which may be subsequently discovered later, believed operating by the methods (claims 1 and 2) claimed in the U.S. Patent No. 6,346,983. {P.S. The word "product" has a wider meaning, including but not limited to: system(s), apparatus, device(s), unit(s), station(s), block(s), etc., and vise versa. The word "particle" has a wider meaning, including but not limited to: agent(s); airborne particle(s), gas particle(s), etc; contamination(s) [including but not limited to: liquid, fluid, water, etc. contaminations]; aerosol; etc., and vise versa. The words "counting" and/or "measuring" have a wider meaning, including but not limited to: analyzing, sampling, monitoring, etc., and vise versa}.

If your company has an interest in licensing or acquiring the mentioned above 6,346,983 patent, please, contact me at your convenient time.

If my thoughts and beliefs are inadequate in your and/or your specialist(s)' opinion, I greatly appreciate the opportunity to receive the information/document(s) (including but not limited to: technical, financial documents, etc.) related to the believed infringing product mentioned above, and/or to study/inspect the mentioned above believed infringing product at the mutually convenient location(s) and time.

I greatly appreciate your response as soon as possible.

Thank you.

**Attachment:** **1.** U.S. Patent No. 6,346,983; **2.** Claim Comparison Chart for '983 patent - 1 page.

*Very Respectfully,*

09/25/2007

**Alex Yufa,** Ph.D.
698 Cypress Avenue,
Colton, CA. 92324-1952
(909) 370-4454 - phone, voice message
(909) 370-1714 - fax

# CLAIM COMPARISON CHART

**Claims 1 and 2 of U.S. Patent No. 6,346,983 – Product of Lighthouse Worldwide Solutions:**

| Claim 1 steps # | Product of Lighthouse Worldwide Solutions, Inc. | | |
|---|---|---|---|
| | Remote-Series (including but not limited) | | |
| | Models "5014P", etc. | Models "LPC 0.1μm", etc. | Models "0.2μm@2.83LPM", etc. |
| 1 | yes | yes | yes |
| 2 | yes | yes | yes |
| 3 | yes | yes | yes |
| 4 | yes | yes | yes |
| 5 | yes | yes | yes |
| 6 | yes | yes | yes |
| 7 | yes | yes | yes |
| 8 | yes | yes | yes |
| 9 | yes | yes | yes |
| 10 | yes | yes | yes |
| 11 | yes | yes | yes |
| 12 | yes | yes | yes |
| 13 | yes | yes | yes |
| Claim 2 | yes | yes | yes |

**Adams Instruments**
Mr. **ADAM GIANDOMENICO**.
*President*
50 Staniford Street.
Boston. MA 02114

November 16, 2007
Certified Mail # 7006 2760 0004 3379 9542
with Return Receipt Requested

## Brief Follow-Up Letter

### Dear Mr. A. Giandomenico

On September 25, 2007, I sent you a letter - Certified Mail # 7007 0710 0001 9444 0783 (received by you on September 28, 2007 at 11:09 a.m.) regarding my thought(s) and belief(s) of a possibility of infringement of my U.S. Patents No.: 6,346,983 (hereinafter " '983") with the offer to license or acquire this patent (if your company has an interest in the licensing or ac- quiring of '983 patent), or if my thought(s) and belief(s)s regarding possible infringement are inadequate in your and/or your specialist(s)' opinion, I have been asking in my that letter the opportunity to receive the information/document(s) (including but not limited to: technical, financial, etc.) related to the believed infringing product, and/or to study/inspect the believed infringing product at the mutually convenient location(s). {P.S. The word "product" has a wider meaning including but not limited to: system(s), device(s), unit(s), station(s), block(s), etc., and vise versa, and a singular or plural and vise versa meaning}.

Unfortunately, I have not received any response to my letter of September 25, 2007.

I appreciate your response as soon as possible, and I greatly appreciate your response not later than in 30 (thirty) days from the date of receiving of this Brief Follow-Up Letter.

Thank you.

*Very Respectfully,*

A. Yufa, Ph.D
698 Cypress Avenue,
Colton. CA.92324-1952
(909) 370-4454 - phone, voice message
(909) 370-1714 - fax
//
//

**GREENBERG & LIEBERMAN, LLC**
**Mr. MICHAEL L. GREENBERG, *Esq.***
2141 Wisconsin Avenue, NW,
Suite C-2
Washington, DC 20007

*December 07, 2007*
**Via FAX & USPS** (Certified Mail # 7006 2760 0004 3377 8882 with Return
Receipt Requested)

*Copy (Via USPS) to:*                                          *Copy (Via USPS) to:*
**LIGHTHOUSE WORLDWIDE SOLUTIONS**              **Adams Instruments**
**Mr. SCOTT SALTON,**                                      **Mr. ADAM GIANDOMENICO,**
*President*                                                         *President*
46501 Landing Parkway,                                    50 Staniford Street,
Fremont, CA 94538                                          Boston, MA 02114

*December 07, 2007*                                        *December 07, 2007*
Certified Mail # 7006 2760 0004 3377 8899        Certified Mail # 7006 2760 0004 3377 8905
with Return Receipt Requested                          with Return Receipt Requested

## Dear Mr. M. Greenberg, Esq.

This letter (on 1 page with the attachment on 2 pages) responds to your fax to me of December 06, 2007 (at approximately 4:33 p.m. Eastern Time).

It is believed, that only "Lighthouse Worldwide Solutions" and/or its subsidiary/branches (hereinafter "Lighthouse") has at this time a full information/documentation about its product in its possession and custody (unfortunately not I), and has the description of my patents mentioned in my previous letters to Lighthouse and publicly available from USPTO. Therefore, it is believed, that only Lighthouse can precisely in detail determine at this time the adequacy of its product and the limitations claimed in the mentioned patents, but based on the publicly available documentation and information, and on the other documents and information, I think and strongly believe in the willful infringement of at least one of the mentioned my patents.

I think and believe, that at this time, it would be more appropriate if your client -Lighthouse will do the requested detailed comparison work for you. I think and believe, that if Lighthouse will provide me with the detailed information/document(s) about its product (including but not limited to the technical information/documentation, etc.) and allow me to examine/study its product (as it has been asked by me in my letters of September 25, 2007 and November 16, 2007 to Lighthouse), I might be able (preferably under agreement) to do such work for you at this time after receiving the requested detailed information/documents and inspection of the Lighthouse's product.

P.S. Please specify and inform me: do you represent "Lighthouse Worldwide Solutions" including "Adams Instruments", etc., or you represent "Lighthouse Worldwide Solutions" only?

I greatly appreciate your response as soon as possible.

**Attachment:** Your fax (from "Greenberg & Lieberman") to me of 12/06/2007 - 2 pages.

*Very Respectfully,*

*12/07/2007*

**Alex Yufa, Ph.D.**
698 Cypress Avenue,
Colton, CA 92324-1952
(909) 370-4454 - phone, voice message
(909) 370-1714 - fax

# GREENBERG & LIEBERMAN, LLC

PATENTS ♦ TRADEMARKS ♦ COPYRIGHTS ♦ INTERNET LAW ♦ LICENSING

2141 Wisconsin Ave. NW # C-2
WASHINGTON, DC 20007
202-625-7000
FAX: 202-625-7001
WWW.APLEGAL.COM
INFO@APLEGAL.COM

DC, MD – Steven Lieberman
MD – Michael Greenberg
DC – Debora McCormick

- Of Counsel -
Honorable John Anderson

| To: | A. Yufa | From: | Greenberg & Lieberman |
|------|---------|-------|----------------------|
| Fax: | 1-909-370-1714 | Pages: | 1+cover |
| Phone: | 1-909-370-4454 | Date: | 12/6/07 |
| Re: | Lighthouse Worldwide Solutions | CC: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

This electronic message transmission contains information from the law firm of GREENBERG & LIEBERMAN, LLC that may be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at 202-625-7000 or by electronic mail at info@APLEGAL.com. Thank You.

# GREENBERG & LIEBERMAN LLC

*PATENTS • TRADEMARKS • COPYRIGHTS • DOMAIN NAMES*
*PROSECUTION • LITIGATION • ARBITRATION • LICENSING*

Stevan H. Lieberman - MD, DC
Michael L. Greenberg - MD
Debora J. McCormick - DC

Of Counsel:
Honorable John Anderson

A. Yufa, Ph.D.                                                December 6, 2007
698 Cypress Avenue
Colton, CA 92324-1952

Dear Sir:

Our law firm represents Lighthouse Worldwide Solutions regarding intellectual property matters; and on behalf of Lighthouse Worldwide Solutions, we hereby acknowledge receipt of your letters from September 25, 2007, and November 16, 2007.

In your letters, you note that you believe that there might be infringement of U.S. Patent No. 6,346,983. Further, you note that the patent might be available for licensing and/or purchase. We kindly thank you for the offer to license and/or purchase the patent, but you have not provided us with enough information for us to determine whether there is infringement or otherwise actually occurring. For example, while you provide a claim chart, you do not explain how the words of your claims cover the products that you note. Upon looking at your granted patent, we do not see how the products that you mentioned fall within the scope of the patented claims. If you would like to provide such, then Lighthouse would be more than happy to take another look at this matter.

At this point, without more information specifically explaining how the products that you noted are covered by the clauses of the claims of your patent, Lighthouse Worldwide Solutions does not see infringement occurring; and thus, purchase and or licensing does not seem feasible at this time.

Regards,

Michael L. Greenberg, Esq.
Registered Patent Attorney

**Adams Instruments**
Mr. **ADAM GIANDOMENICO**
*President*
50 Staniford Street.
Boston. MA 02114

February 26, 2008
Certified Mail # 7006 0100 0005 7954 7724
with Return Receipt Requested

## Second Brief Follow-Up Letter

### Dear Mr. A. Giandomenico

I have not received any of your response(s) on my letters to you: Certified Mail # 7007 0710 0001 9444 0783 of September 25, 2007, Certified Mail # 7006 2760 0004 3379 9542 of November 16, 2007, and Certified Mail # 7006 2760 0004 3377 8905 of December 07, 2007.

Again, based on the information available, I would like to inform you that I think and believe in a very strong possibility of infringement by your company of the methods claimed in at least 1 (one) of my 4 (four) U.S. Patents (5,767,967; 5,946,091; 6,034,769; 6,346,983) related to the particle monitoring, for instance, of the methods by claims 1 and 2 of U.S. Patent No. 6,346,983. {P.S. The word "company" has a wider meaning, including but not limited to: incorporated, corporation, organization, etc., and vise versa}. Also, based on the information available, I think and believe in a very strong possibility of the willful infringement.

I think and believe in a possibility of your company's manufacturing (making), selling, and offering for sale of the wireless communicating particle counting and measuring product, including but not limited to: wirelessly communicating "R-Series" remote models, including but not limited to R-Series: 0.2μm@2.83LPM, 0.3μm@2.83LPM, 0.5μm@2.83LPM, 0.5μm@28.3LPM, etc., and including but not limited to your other product (believed operating by the methods [claims 1 and 2] claimed in the U.S. Patent No. 6,346,983) unknown to me at this time but which may be subsequently discovered later. {P.S. The word "product" has a wider meaning, including but not limited to: system(s), apparatus, device(s), unit(s), station(s), block(s), etc., and vise versa. The word "particle" has a wider meaning, including but not limited to: agent(s); airborne particle(s), gas particle(s), etc; contamination(s) [including but not limited to: liquid, fluid, water, etc. contaminations]; aerosol; etc., and vise versa. The words "counting" and/or "measuring" have a wider meaning, including but not limited to: analyzing, sampling, monitoring, etc., and vise versa}.

Again, if your company has an interest in licensing or acquiring the mentioned above 6,346,983 patent, please, contact me at your convenient time. (P.S. The U.S. Patent No. 6,346,983 and Claim Comparison Chart for your R-Series 0.2μm@2.83LPM has been mailed to you with my letter of September 25, 2007.

If my thoughts and beliefs are inadequate in your and/or your specialist(s)' opinion, I greatly appreciate the opportunity to receive the information/document(s) (including but not limited to: technical, financial documents, etc.) related to the believed infringing product mentioned above, and/or to study/inspect the mentioned above believed infringing product at the mutually convenient location(s) and time.

I greatly appreciate your response as soon as possible.
Thank you.

*Very Respectfully,*
02/26/2008

Alex Yufa, Ph.D.
698 Cypress Avenue,
Colton, CA.92324-1952
(909) 370-4454 - phone, voice message
(909) 370-1714 - voice message, fax

ADAMS



ABOUT

PRODUCTS

SERVICES

CONTACT

DOWNLOADS

**R-SERIES**
**Remote Particle Counters**

The Adams Instruments R-Series Remote Particle Counter offers the most features and flexibility out of any remote particle counter on the market today.





**MODEL 3887**
**Handheld Particle Counter**

The Handheld Laser Particle Counter Model 3887 by Kanomax offers both quality and cost effectiveness and is designed to serve its users with the best in functionality as well as meet budgetary needs in today's rising economy.

**ANEMOMASTER MODEL 6113**
**Multi-Function Thermal Anemometer**

The Model 6113 Multi-Function Thermal Anemometer is an important tool used to maintain Indoor Air Quality in critical locations such as public and



**CLIMOMASTER A500 SERIES**
**Multi-Function Anemometer**

The world's most accurate handheld hot-wire anemometer in its class with Automatic Flow Rate Calculation function and detachable probes.

Case4:09-cv-01315-KAW   Document1-1   Filed03/25/09   Page45 of 131

Adams Instruments- The newest contender in contamination control **monitoring**



private office buildings, factories, and medical facilities.

**V-SERIES**
**Smart Vibration Meters**

The Adams Instruments V-Series Vibration Meters measuresaverage, hold or peak hold vibration and display the data with user selectable unit/detection

**SERVICES**
**Calibration and Repair**

Our Team's superior technical expertise offers



**MODEL 3800**
**Handheld Condensation Particle Counter**

A small but versatile product that offers features such as a particle size range of 0.01 to greater than 1.0 micrometer, a concentration range of 0 to 100,000 particles per cubic centimeter and an LCD display.

**SERVICES**
**Total Monitoring System Management™**

A reliable monitoring system

Adams Instruments–The newest contender in contamination control **monitoring**





the most Prompt,
Professional, Courteous and
Economical Resolution for
your calibration and repair
needs.

starts with a detailed plan
that is properly executed.
Our team plans and
executes all aspects of a
monitoring system's
installation or expansion with
inter-departmental
coordination to ensure a
successful and reliable
system.

Copyright Adams Instruments 20

Case4:09-cv-01315-KAW   Document1-1   Filed03/25/09   Page48 of 131

Case4:09-cv-01315-KAW   Document1-1   Filed03/25/09   Page50 of 131

Products - Adams Instruments- The newest contender in contamination control monitoring

ADAMS



R-SERIES 0.2µm@ 2.83 LPM
Remote Particle Counter

R-SERIES 0.3µm@ 2.83 LPM
Remote Particle Counter

R-SERIES 0.5µm@ 2.83 LPM
Remote Particle Counter

R-SERIES 0.5µm@ 28.3 LPM
Remote Particle Counter

MODEL 3887

ANEMOMASTER MODEL

CLIMOMASTER 4500 SERIES

V-SERIES

http://www.adamsinstruments.com/products-main.html

9/12/2007

Case4:09-cv-01315-KAW   Document1-1   Filed03/25/09   Page51 of 131

Products - Adams Instruments-The newest contender in contamination control monitoring

HOME

ABOUT

Products

SERVICES

CONTACT

DOWNLOADS

Handheld Particle Counter

6113
Multi-Function Thermal Anemometer

Multi-Function Anemometer

Smart Vibration Meters

MODEL 3800
Handheld Condensation
Particle Counter

MODEL A031 SERIES
Anemomaster

MODEL A004
Anemomaster

MODEL 2211
Indoor Air Quality Monitor

Products - Adams Instruments-The newest contender in contamination control monitoring

Copyright Adams Instruments 2(

9/12/2007



# ADAMS



HOME

ABOUT

SERVICES

CONTACT

DOWNLOADS

Relating Statistics to Particle Counting Measurements and Standards

Interfaces Used In Facility Monitoring Systems

## R-SERIES REMOTE PARTICLE COUNTERS

The Adams Instruments R Series Remote Particle Counter offers the most features and flexibility out of any remote particle counter on the market today.

R Series 0.2μm @2.83LPM
Remote Particle Counter

R Series 0.3μm @2.83LPM
Remote Particle Counter

R Series 0.5μm @2.83LPM
Remote Particle Counter

Case4:09-cv-01315-KAW Document1-1 Filed03/25/09 Page55 of 131

PRODUCTS



**R Series 0.5µm @28.3LPM**
**Remote Particle Counter**

## HANDHELD PARTICLE COUNTER MODEL 3013



The Model 3013 by Adams Instruments is the newest handheld particle counter in the marketplace today. Offering both quality and cost effectiveness. this model is designed to serve its users with the best in functionality as well as meet the user's budgetary needs in today's rising economy

## V-SERIES SMART VIBRATION METERS

The Adams Instruments V-Series Vibration Meters measures average. hold or peak hold vibration and display the data with user selectable unit/detection.

# PRODUCTS

## KANOMAX PRODUCTS







**Indoor Air Quality Monitor
Model 2211**





**Anemomaster
Model A031 Series**

**Anemomaster
Model A004**



**Climomaster Series**

**Handheld Condensation
Particle Counter Model 3800**





**Anemomaster
Model 6113**

**Copyright Adams Instruments 2007**

# R-SERIES 0.2

## ADAMS

HOME

ABOUT

SERVICES

CONTACT

DOWNLOADS

Relating Statistics to Particle Counting
Measurements and Standards

Interfaces Used In Facility Monitoring Systems

R.SERIES 0.2μm Datasheet

R Syr 1  Low Res
R Syr 1  High Res

R4 Size  Low Res





## R.SERIES 0.2μm
### Remote Particle Counter

The Adams Instruments R-Series Remote Particle Counter offers the most features and flexibility out of any remote particle counter on the market today. Integration is easy using either Ethernet (TCP/IP) or Serial Modbus RTU communications. The instrument can be powered over its Ethernet connection (Power-Over-Ethernet compliant with IEEE 802.3af) to simplify installation, or via a local power supply. Configuration can be done locally with a PC or via a web browser and no dip switches or jumper setting are required for set-up.

The instrument reports up to 4 particle sizes simultaneously and other key information for laser current, laser accumulated on-time. Total Monitoring System Management™ such as background light level, date of last calibration, serial number and date of manufacture for easy warranty management.

## Product Features

- Ethernet (TCP/IP) and Serial Modbus RTU Communications
- Power-Over-Ethernet (PoE) or Local Power Supply
- Web Browser Interface
- Dynamic IP Address (DHCP)

http://www.adamsinstruments.com/product01.html

4/28/2007

# R-SERIES 0 2

Calibration is performed digitally which allows for consistency when managing a large number of instruments. With the optional Temp/RH sensor, user can save cabling and powering a separate sensor into a monitoring or building automation system.

Each R-Series Remote Particle Counter also includes an alarm output which allows its users to alarm locally from the particle counter.

Backed With a standard 2 year limited warranty and optional 5 year limited warranty there is no other remote particle counter on the market today with such features and benefits.

- Install with a Simple Ethernet Hub & Cable
- Up to 4 Channels of Simultaneous Data
- Meets JIS Standards
- Digital Calibration
- External Alarm Output with Suppress Alarm
- Status Indicators (Power/Service, Sampling, Ethernet Connect)
- Stores up to 3,000 Sample Records
- Optional Temp/RH Probe
- Optional Flow Alarm
- RoHS Compliant
- Low Outgassing and Ionics using 3M™ Adhesive Technology
- Stainless Steel Enclosure
- Flexible Mounting Options
- Uses External Vacuum Source
- 2 Year Limited Warranty

**Copyright Adams Instruments 2007**

R-SERIES 0.3

Page 1 of 2



ADAMS



HOME

ABOUT

SERVICES

CONTACT

DOWNLOADS

Relating Statistics to Particle Counting
Measurements and Standards

Interfaces Used in Facility Monitoring Systems

R.SERIES 0.3µm Datasheet

0.5µm  Low Res
0.5µm  High Res

A4 Size  Low Res



## R.SERIES 0.3µm
## Remote Particle Counter

The Adams Instruments R-Series Remote
Particle Counter offers the most features and
flexibility out of any remote particle counter on
the market today. Integration is easy using either
Ethernet (TCP/IP) or Serial Modbus RTU
communications. The instrument can be powered
over its Ethernet connection
(Power-Over-Ethernet compliant with IEEE
802.3af) to simplify installation, or via a local
power supply. Configuration can be done locally
with a PC or via a web browser and no dip
switches or jumper setting are required for
set-up.

The instrument reports up to 4 particle sizes
simultaneously and other key information for
Total Monitoring System Management™ such as
laser current, laser accumulated on-time,
background light level, date of last calibration,
serial number and date of manufacture for easy
warranty management.

### Product Features

- Ethernet (TCP/IP) and Serial Modbus
  RTU Communications
- Power-Over-Ethernet (PoE) or Local
  Power Supply
- Web Browser Interface
- Dynamic IP Address (DHCP)

http://www.adamsinstruments.com/product02.html

4/28/2007

# R-SERIES 0.3

Calibration is performed digitally which allows for consistency when managing a large number of instruments. With the optional Temp/RH sensor, user can save cabling and powering a separate sensor into a monitoring or building automation system.

Each R-Series Remote Particle Counter also includes an alarm output which allows its users to alarm locally from the particle counter

Backed With a standard 3 year limited warranty and optional 5 year limited warranty there is no other remote particle counter on the market today with such features and benefits

- Install with a Simple Ethernet Hub & Cable
- Up to 4 Channels of Simultaneous Data
- Meets JIS Standards
- Digital Calibration
- External Alarm Output with Suppress Alarm
- Status Indicators (Power/Service. Sampling. Ethernet Connect)
- Stores up to 3.000 Sample Records
- Optional Temp/RH Probe
- Optional Flow Alarm
- RoHS Compliant
- Low Outgassing and Ionics using 3M™ Adhesive Technology
- Stainless Steel Enclosure
- Flexible Mounting Options
- Uses External Vacuum Source
- 3 Year Limited Warranty

**Copyright Adams Instruments 2007**



**ADAMS** INSTRUMENTS



R·SERIES 0.3μm

## R·SERIES 0.3μm
## Remote Particle Counter

The Adams Instruments R-Series Remote Particle Counter offers the most features and flexibility out of any remote particle counter on the market today. Integration is easy using either Ethernet (TCP/IP) or Serial Modbus RTU communications. The instrument can be powered over its Ethernet connection (Power-Over-Ethernet compliant with IEEE 802.3af) to simplify installation, or via a local power supply. Configuration can be done locally with a PC or via a web browser and no dip switches or jumper settings are required for set-up.

The instrument reports up to 4 particle sizes simultaneously and other key information for Total Monitoring System Management™ such as laser current, laser accumulated on-time, background light level, date of last calibration, serial number and date of manufacture for easy warranty management.

Calibration is performed digitally which allows for consistency when managing a large number of instruments. With the optional Temp/RH sensor, users can save cabling and powering a separate sensor into a monitoring or building automation system.

Each R-Series Remote Particle Counter also includes an alarm output which allows its users to alarm locally from the particle counter.

Backed with a standard 2 year limited warranty and optional 5 year limited warranty there is no other remote particle counter on the market today with such features and benefits.



## Product Features

- . Ethernet (TCP/IP) and Serial Modbus RTU Communications
- . Power-Over-Ethernet (PoE) or Local Power Supply
- . Web Browser Interface
- . Dynamic IP Address (DHCP)
- . Configure Locally or Via Web Browser
- . IP Address Cleaning
- . Install with a Simple Ethernet Hub & Cable
- . Up to 4 Channels of Simultaneous Data
- . Meets JIS Standards
- . Digital Calibration
- . External Alarm Output
- . Status Indicators (Power/Service, Sampling, Ethernet Connect)
- . Stores up to 3,000 Sample Records
- . Optional Temp/RH Probe
- . Optional Flow Alarm
- . RoHS Compliant
- . Low Outgassing and Ionics using 3M™ Adhesive Technology
- . Stainless Steel Enclosure
- . Flexible Mounting Options
- . Uses External Vacuum Source
- . 2 Year Limited Warranty



**ADAMS**
I N S T R U M E N T S



Technical Specifications

## R·SERIES 0.3μm
## Remote Particle Counter

| | |
|---|---|
| **Size Range:** | 0.3 - 10μm |
| **Channel Sizes:** | Standard: 0.3, 0.5μm |
| | Optional : Up to 4 Channels from 0.3 - 10μm Available |
| **Counting Efficiency:** | 50% @ 0.3 μm; 100% for Particles > 0.45μm (per JIS) |
| **Flow Rate:** | 2.83 LPM |
| **Laser Source:** | Laser Diode |
| **Zero Count Level:** | <1 Count per 5 Minutes (per JIS) |
| **Calibration:** | NIST Traceable |
| **Vacuum Requirements:** | External Vacuum >45.7cm of Hg |
| **Communications:** | Ethernet (TCP/IP) and Serial Modbus RTU |
| **LED Indicators:** | Power/Service, Sampling and Ethernet Connect |
| **Storage:** | 3,000 Sample Records |
| **Concentration Limits:** | 57,000 Particles/m³ [2,000,000 Particles/ft³] @ 5% Coincidence Loss |
| **External Alarm Output:** | Normally Open Dry Contact Relay Maximum Rating 0-60V AC/DC 1A |
| **Connectors:** | RJ-45 |
| **Enclosure:** | Stainless Steel |
| **Power:** | Power-Over-Ethernet (PoE) or 12 VDC |
| **Dimensions:** | 10.7 (L) x 4.1 (W) x  5.9 (H) cm |
| **Weight:** | 0.37 kg |
| **Operating Conditions:** | 10°C to 40°C.  20% to 95% Non-condensing |
| **Storage Conditions:** | -10°C to 50°C.  Up to 98% Non-condensing |
| **Warranty:** | 2 Year Limited Warranty |
| **Includes:** | Operating Manual on CD |
| **Optional Accessories:** | Isokinetic Sampling Probe, Power Supply, Temp/RH Probe, Flow Sensor, |
| | Mounting Bracket, Tubing, Cabling and Purge Filter |



**ADAMS**
I N S T R U M E N T S

2526 Qume Drive No.15
San Jose, CA 95131 USA
408.512.4909 Phone
408.437.8735 Fax
info@adamsinstruments.com
www.adamsinstruments.com

© 2007 Adams Instruments LLC. All rights reserved. Adams Instruments LLC reserves the right to change specifications without notice.
3M™ is a registered trademark of 3M Corporation.                                                          Rev '07R

R-SERIES 0.5



# ADAMS

HOME

ABOUT

SERVICES

CONTACT

## DOWNLOADS

Relating Statistics to Particle Counting Measurements and Standards

Interfaces Used In Facility Monitoring Systems

R SERIES 0.5μm Datasheet







## R.SERIES 0.5μm
## Remote Particle Counter

The Adams Instruments R-Series Remote Particle Counter offers the most features and flexibility out of any remote particle counter on the market today. Integration is easy using either Ethernet (TCP/IP) or Serial Modbus RTU communications. The instrument can be powered over its Ethernet connection (Power-Over-Ethernet compliant with IEEE 802.3af) to simplify installation, or via a local power supply. Configuration can be done locally with a PC or via a web browser and no dip switches or jumper setting are required for set-up.

The instrument reports up to 4 particle sizes simultaneously and other key information for Total Monitoring System Management™ such as laser current, laser accumulated on-time, background light level, date of last calibration, serial number and date of manufacture for easy warranty management.

## Product Features

- Ethernet (TCP/IP) and Serial Modbus RTU Communications
- Power-Over-Ethernet (PoE) or Local Power Supply
- Web Browser Interface
- Dynamic IP Address (DHCP)

# R-SERIES 0.5

Adams Instruments

Calibration is performed digitally which allows for consistency when managing a large number of instruments. With the optional Temp/RH sensor, user can save cabling and powering a separate sensor into a monitoring or building automation system.

Each R-Series Remote Particle Counter also includes an alarm output which allows its users to alarm locally from the particle counter.

Backed With a standard 3 year limited warranty and optional 5 year limited warranty there is no other remote particle counter on the market today with such features and benefits.

- Install with a Simple Ethernet Hub & Cable
- Up to 4 Channels of Simultaneous Data
- Meets JIS Standards
- Digital Calibration
- External Alarm Output with Suppress Alarm
- Status Indicators (Power/Service. Sampling. Ethernet Connect)
- Stores up to 3,000 Sample Records
- Optional Temp/RH Probe
- Optional Flow Alarm
- RoHS Compliant
- Stainless Steel Enclosure
- Flexible Mounting Options
- Uses External Vacuum Source
- 3 Year Limited Warranty

**Copyright Adams Instruments 2007**

4/28/2007

## Introduction To Interfaces Used In Facility Monitoring Systems

Facility Monitoring Systems (FMS) collect data from sensors and then display, store and report in a wide range of ways. There are many ways in which information is taken from sensors into a monitoring system.

Often these interfaces (4-20 milliamp, Ethernet, RS 485, Wireless and many others) are talked about but how they work and their various merits and drawbacks remain a bit of a mystery.

This article aims to provide an intentionally simplistic overview of a range of commonly used methods to connect sensors to monitoring systems.

# Wiring Things Together

Sensors are usually wired into an FMS via modules that convert the signals from the sensor into digital form. A good place to start is to review the attributes that wiring has and how it influences the signal interface choices.

### *Resistance*

This resists current in accordance to Ohm's Law converting electrical energy to heat. The resistance is the same if the current is constant or varying. If the resistance of a cable is too high then the signal can be lost.

However resistance does vary significantly with temperature. For metals resistance increases with temperature for materials such as semiconductors, resistance decreases with temperature.



Ohm's Law

### *Capacitance*

Capacitors are devices that store energy as a voltage on conductive plates between two insulated surfaces. The insulation is known as the dielectric.

They can be likened to very small batteries in that that stores electric charge. Capacitors try to keep voltages the same.

$$Z = \frac{1}{2\,\Pi f\,C}$$

$Z$    is the impedance in Ohms
$f$    is the frequency in Hertz
$C$    is the capacitance in Farads

Capacitors transmit currents and voltages that vary with time. The faster a signal varies the less the signal is blocked by a capacitance.

## *Inductance*

Inductors store energy as magnetic energy in a coil. Inductors are made by coiling wire. This means it is easy to make an inductor, accidentally, by looping wire.

This is why all wiring should be installed as straight runs. Any loops create inductors, which may cause problems.

$$Z = 2 \Pi f L$$

$Z$   is the impedance in Ohms
$f$   is the frequency in Hertz
$L$   is the capacitance in Henrys

Inductors tend to block currents and voltages that vary with time, that are the impedance increases with frequency. Inductors try to keep currents the same.

## *Signal Coupling*

If one wire with a fluctuating signal is placed close to another wire then the signal from one wire can be made to appear in the other wire by capacitive (changing electric fields, voltage changes) and inductive coupling (changing magnetic fields, current changes) [12]. In electronic circuits this is often intended by using capacitors or transformers.

However in sensor wiring this is usually unintended and can cause problems and is called noise or interference. A well-known example of interference is electric motors. Electric motors use high currents and generate strong varying magnetic and electrical fields. Signal wires placed close to a motor can have currents induced into them that can be as big as the signal being measured.

The effects of induced signals can be reduced by firstly avoiding placing cables next to sources of electrical noise. Cables should be kept as straight as possible with no loops.

Screened cable can be used to block outside interference. Twisting pairs of wires together means any interference affects are cancelled out because both wires are affected the same way.

Another way to reduce noise in sensor wiring is to reduce the impedance of the circuit. If the circuit has high impedance then it takes a small current to make a high voltage and it takes a long time for the induced voltage to disappear. This is because the wiring acts like a small capacitor that can store charge but not loose it.



If the circuit has low impedance then firstly the induced voltage is smaller and any induced voltage quickly disappears, because it is now a very leaky capacitor. To make a circuit have low impedance it

is only necessary to put resistors between the wires at both ends of the cable (Figure 12).

## Voltage Sensors

Most sensors show their value as a voltage.

For example a temperature sensor could be a thermistor. There resistance of a thermistor varies with the temperature, the higher the temperature the lower the resistance.

By using the following circuit, in Figure 1, one can use a thermistor to measure the temperature.



Figure 1

Typically a voltage is converted into digital form using an Analogue to Digital Converter (ADC). This digital value is then transmitted to the monitoring system over a RS485, Ethernet or wireless network of some sort. Most analogue to digital converters accept several (usually 8) inputs.

Measuring voltages is easy. However voltage measurements do have problems with signal coupling, as described previously. Small induced currents can cause very large voltage changes that can significantly alter any results. This means voltage measurements must be made as close as possible to the sensor. This nearly always the case and then the signal is converted into one of the following forms for transmission to an FMS.

The flip side of voltage measurements drawing small currents is that they use less power. This is important is the equipment is battery operated.

Power = Volts x Amps

## 4 to 20 mA Loops

In contrast to voltage measurements 4 – 20 mA loop signals do not have the problems that voltage signals do [2].

Voltage signals are converted into current signals using a circuit in Figure 2.



Figure 2

Because the impedance of a 4 – 20 mA loop is small (100 – 300 Ohms) induced currents do not affect the reading as much as voltage measurements. This means the signal can be sent over long distances (hundreds of metres) without difficulty.

As a value of 4 mA represents a reading of zero this method detects equipment and cabling faults. If the cable breaks then the current drops to zero. With voltage measurements a reading of zero is often a valid value.

One draw back of 4 – 20 mA sensors is they draw too high a current for long-term battery operation. Another problem is that one cable (pair of wires) is required for each sensor.

4- 20 mA sensors come in two forms one where the current loop powers the sensor's electronics (loop powered) and where the sensor is powered separately from the current loop.

4 – 20 mA inputs into a FMS come in two forms, single ended and double ended.

Single ended inputs look like Figure 3. These have a single positive input and a common ground.

Single ended inputs are simpler to implement than the more flexible double-ended inputs. Double ended (differential) inputs look like Figure 4.



Figure 3



Figure 4

Double-ended inputs can be daisy chained together. For example the input to a FMS can be connected to a chart recorder like Figure 5.

Double ended inputs are more flexible but electronically more complex as the circuits must be specially isolated and designed to operate differentially.



Figure 5

## Pulse Width Modulation (PWM)

Pulse Width Modulation is a method of encoding an analogue value as a digital pulse where the on time is proportional to the value. The following circuit is shows how analogue signals can be converted to PWM signals as in Figure 6.

Alternatively a PWM encoder can be used. Micro-controllers such as Microchip's PIC series often have PWM functions built into them to both generate PWM signals and to convert them back to digital form.



Figure 6

PWM signals can be converted to analogue signals by using a low pass filter like Figure 7.

Because the signal is digital it is easy to send over long distance using differential signals (e.g. RS485).

However like 4 – 20 mA the signal requires one cable per sensor, but unlike 4 – 20mA the power consumption can be kept small.



Figure 7

## Networking

The previous methods collecting information from sensors all require a pair of wires from the sensor to the monitoring system. That is one pair of wires for one value.

Obviously it is better to use the same wiring to transfer many values. This is one use of the networking of instrumentation, to connect many sensors to a FMS using as few resources as possible.

Most networks can be described using the ISO seven-layer model [1]. This divides any networking system into seven layers. Each layer performs two roles, processing data from the layer below it and passing the result to the layer above it and handling the data from the layer above it and passing it to the layer below it.

Not all layers need be present in a network, often layers are for all intents and purposes combined, especially the higher levels.

Page 5 of 17

The following shows the OSI seven-layer model:



Figure 8

The Physical layer is always present and this is the hardware used to send data between nodes in a network. RS 485 is an example of a physical layer implementation.

The Data Link layer is the packeting of data and the protocol to robustly (without error) send the information between two nodes. SLIP is a data link layer for TCP/IP over serial lines.

The Network layer is responsible for routing data to nodes not directly connected to another node. This layer is often absent when connecting sensors to an FMS by RS-485. Protocols such as MODBUS do not have the concept of routing in them.

The Transport layer is responsible for breaking up application data into small packets for transmission and reassembling packets into the application data.

# Serial Connections

The following are common implementations of the physical layer that use serial interfaces.

To send data over a serial interface it must be broken down firstly into bytes (units of 8 bits) and then into individual bits. Each bit sent as either a high signal or a low signal depending on if it is a 1 or a 0. The serial stream of data is framed with a start bit and a stop bit plus an optional parity bit to allow for error checking as shown in the following diagram:



Figure 9

Often data is transmitted between nodes in the form of packets. These packets will include a start and end packet indicators as well as checksums to detect any corruption in the data. MODBUS RTU however has no start or end markers, rather it uses the absence of data for a given time to mark the start and end of a packet.

Checksums can be a simple sum of the value of the bytes in the data packet or can be more comprehensive Cyclic Redundancy Check (CRC) values [9].

Additive checksums are easy to calculate but have the problem that where there is more than one mutation to the data it is possible, if not likely that the checksum will remain unchanged and the error undetected, which is rather important if the command is to open a valve or not. CRCs a calculated in such a way that multiple alterations to the data are unlikely to go undetected.

Further more protocols such as MODBUS [7] require a response from a slave that acknowledges what it has done, in other words the slave responds with "This is what I did" and so the master can check that this is what was asked to be done. Such closed loops provide a good degree of control integrity.

## RS232

RS 232 [3] is an old, single ended, full duplex, communication standard for serial communication between two nodes in a network. RS 232 uses voltages to indicate high and low digital values. Because it is a single ended voltage based protocol, RS 232 is vulnerable to interference and so can only operate over short distances (about 10 metres). However RS232 interfaces are simple and inexpensive to make and are therefore popular.

## RS485

RS 485 (or EIA-485)[4,8] is a differential, multi-drop, serial protocol usually used where a master node (e.g. the FMS) wishes to communicate to many slave nodes, which is the norm in a monitoring system.

The term differential means that where as with an RS 232 interface a high is indicated by a negative voltage on a line and a low is indicated by positive voltage with RS 485 a high is indicated by the A wire going high and the B going low and low value is where A line goes low while the B line goes high (Figure 10).



Figure 10

There are two forms of RS 485, full duplex and half duplex.

Full duplex systems have one pair of wires connecting a master to the slaves and one pair of wires connecting the slaves to the master. Full duplex RS 485 connections are also referred to as RS 422.

Full duplex RS 485 requires there be only one master node as shown in Figure 11



Figure 11

A half duplex RS 485 network (Figure 12) is the more common form.

It has one pair of wires for both transmitting and receiving data between each node.

There is no requirement that a master – slave arrangement be used, though this is the norm.

Unlike RS 232 many nodes can connect to the same wires of an RS 485 network. Each node on the network usually listens for data unless it is required to write data. There can be only



Figure 12

Page 8 of 17

one talker on each RS 485 network at a time. Typically a master (the FMS) sends a data packet that includes a node's address. The node reads and interprets this data packet and sends a response.

Because RS 485 uses small differential voltages to indicate high and low states and the impedance of the connection is kept low (usually a few hundred ohms) not only can the distance between nodes be much longer (hundreds of metres) but also the date rates can be much higher (several megahertz). It is also easy to make RS485 interfaces. This is why RS485 is a very popular means of connecting equipment to a FMS.

Unfortunately RS means *Recommended Specification* and so RS 485 terminology is supplier dependent, sometimes with conflicting meanings.

# Networking Methods

## *Ethernet*

Ethernet [5] is well known to users of networked PCs. It is a way sending data at high speed (up to 10 Gigabits per second) between computers.

Ethernet uses a star topology. Nodes are connected to distribution point (a network hub or switch), which is in turn connected to other hubs or switches.



Figure 13

Like RS 485, Ethernet comes in half duplex and full duplex forms and it uses pairs of wires to send data. However in addition to serialising the data, Ethernet also adds a much more information to the data packet. This includes the unique addressing of the interface as well as better error detection and correction methods.



Figure 14

The data link protocol is handled by special Ethernet hardware, which in turn makes using Ethernet more expensive and more complex than using RS 485.

Power over Ethernet is convenient method of both networking and powering sensors. One standard CAT 5 cable provides both communications and power.

## Wireless

Wireless communication between sensors and a FMS can use radio or sometimes infrared. The advantage of using is the avoidance of installing cabling between sensors and the FMS. This can simplify installation and so reduce installation costs. This is particularly true where the installation is temporary or portable.

Sensors can be placed in normally inaccessible positions or even moving locations. As wireless system can be powered by batteries no external power supply is needed.

Although wireless systems can save on installation, if they are battery powered then the batteries must be changed from time to time. This adds both inconvenience and an on going cost to the installation.

Battery powering also limits the type of measurements that can be made; if the energy demands are too high the battery is drained quickly. A typical AA battery can deliver about 1 Amp for one hour before it is exhausted. If a sensor consumes just 4 mA then the battery is exhausted after ten days. By limiting the time the sensor is on to a second or so per measurement it is possible to extend the time between



Figure 15

battery replacements to many months or years. However this only works for measurements that can be made quickly and at a low frequency, such as temperature, pressure or humidity.

Wireless connections to sensors are usually by radio but infrared can be used.

Wireless systems communicate nearly always by using a Frequency Modulated (FM) signal. FM represents an analogue value by a frequency difference with respect to a reference point.

For digital data it is only necessary to have two frequencies, one for low, one for high (Figure 15).

However it is possible to have several values encoded at once by a technique known as Frequency-shift keying (FSK). FSK allows more than one bit to be sent at a time (c.f. Serial Transmissions), so instead of sending a single bit at a time up to six bits can be sent at once.

## Infra Red

The advantages of infrared are that it carries no risk of radio interference (this can be important in safety critical areas) and the low complexity of the interfaces. Infrared requires line of sight to work effectively and it can usually transmit over a few metres.

Subject to the above limitations, what you can do with radio you can do with infra red except the transmission rates can be much higher using infrared. It is straightforward to implement 100Mb Ethernet using infrared. There exist wide area (a few hundred metres between nodes) networking systems (e.g. Redwave) that use infrared to implement high-speed connections between houses in streets wirelessly.

## Radio

There is a range of methods to do wireless networking using radio based equipment.

Wireless Ethernet is commonly found in the home and offices to connect computers to servers. In the context of a FMS wireless Ethernet is used mainly to avoid additional wiring and to provide some degree of portability.

Page 11 of 17



Figure 16

The power requirements of wireless Ethernet mean that it cannot be used in battery powered sensors for any length of time.

For battery powered sensors low power radio networking is required. There are ranges of implementations. At the simplest level these are "RS485" by wireless, a master station requests each sensor, one by one, to send data. Over the past few years various wireless networking standards have arisen.

One example is Zigbee [10]. This protocol is intended for low data rate, low power, and short-range, wireless networks. Because these types of networks are designed such that nodes join together to form many local interconnections they are known as mesh networks.

Each node communicates only with its nearest neighbour and routes packets to other nodes in the mesh, either directly or through a neighbouring node.



Figure 17

The above diagram shows an example of a wireless mesh network. The "Master Station" at **B** communicates with the other nodes. When B wants to talk to E, packets are sent to D then to E, and back again. However should D fail or be switched off for some reason then data can be sent between B and E via node F. The strength of wireless mesh networks is they can repair themselves when some nodes fail by switching automatically to routing via another node.

The disadvantage of wireless networking is that the signals, by necessity, are low strength and so have a short range and are then easily blocked by walls and equipment. This makes an installation potentially problematic not only when it is installed but through out its life as simply erecting a partition could block radio signals. This is not a problem with wired systems.

There are increasing numbers of micro-controllers (e.g. Microchip's MRF24J40) available that include support for Zigbee type wireless networking. This makes wireless equipment inexpensive to develop and manufacture.

## *TCP/IP Networking*

TCP/IP networking is described as a five layer networking model where the OSI Application, Presentation and Session layers are merged into one layer. The following shows how a UDP packet is handled.

Page 13 of 17



Figure 18

TCP / IP has many features that enable very large, complex networks, such as the Internet to be built. In its simplest form each node in a network has an IP address, that is a set of four numbers between 0 and 254 (255 has a special meaning) for example 192.168.0.1.

TCP/IP's wide use, standardisation and familiarity make it a popular choice for networking instrumentation within a facility and to the wider outside world.

TCP / IP is not a single protocol but a collection of protocols for each of the network layers. TCP/IP can use serial links, printer ports, wireless as well as Ethernet. For each physical medium there are appropriate data link protocols, SLIP and PPP for serial and dial up interfaces, PLIP for printer ports and a range of choices for wireless and Ethernet (or similar).

For the most part these are hidden from the end user. What is not hidden is the addressing of network nodes. Each node in a TCP/IP network must have a unique address. This can be a host name (e.g. example.com) or a set of numbers (e.g. 192.168.1.1). Names are converted into IP numbers by name servers. The Internet requires all the systems to have a unique IP address.

However for private or local use there are two special sets of IP addresses 192.168. *. *, 172.16. *. * to 172.31. *. *, and 10.0.0. * (where * is replaced with a number between 0 and 254). These cannot be used by any computer directly connected to the Internet (a proxy server must be used). Local networks that do not want to access across the Internet should (must) use these addresses.

Understanding how IP addresses work is important when installing equipment that uses TCP/IP. Many problems can arise from simple misunderstandings. IP addresses have two parts the (sub) network part and a host number as shown here [11].



Figure 19

A node belongs, usually, to a subnet. This restricts the other nodes that can be seen by default. The subnet is specified using a subnet mask. This is the set of numbers that looks like 192.168.0.0; the ending zeros specify the part of the address that is the host number.

Another part of the network specification is the broadcast address that looks like 192.168.255.255. This is a "wildcard" address that allows one node in the (sub) network to talk to all the other nodes in the network at one time. This is how computers are found on a network, a query is broadcast and the other nodes respond.

Because it is easy to make a mistake when setting up TCP/IP addresses there are automated means for configuring them. The most common one is called DHCP (Dynamic Host Control Protocol) where a server on the network allocates IP addresses to other systems on the network. This is how most PCs are configured. Where possible DHCP should be used, it avoids many problems.

With DHCP there is DNS (Dynamic Name Service). This works with DHCP to map the allocated IP address to the name of network node. This allows one to run a command like **ping Data System** instead of **ping 192.168.0.5**.

When you see a host name such as ***server1.example.com,*** it must be read from right to left. In this example the computer ***server1*** belongs to the domain ***example.com*** and ***example.com*** belongs to the top-level domain ***com***. This gives an idea of how domain names are converted to IP addresses, to find ***server1.example.com,*** first the ***com*** domain is queried to find ***example.com*** then the domain ***example.com*** is queried to find ***server1***. This is how networks as complex as the Internet can be built up a small step at a time. The following shows how the domain name www.wikipedia.org is resolved:



Figure 20

So far we have seen how TCP/IP connects different nodes in a network. The connection between applications on different (or even the same node) is made using TCP/IP ports.

Each port has a number between 1 and 65535. Those numbered below 1024 are termed "well-known" or in a sense reserved for standard applications. For example web servers use port number 80. When

Page 15 of 17

you enter the address "http://www.example.com" your computer connects to the web server at www.example.com on port 80. The leading "http:" refers to the protocol to be used when communicating with the web server.

This almost completes how connections are addressed, The IP address or hostname specifies the network node and the port number identifies the application to use.

With TCP/IP there are two main ways to communicate between applications TCP and UDP. TCP offers robust connections for sending streams of data between applications and UDP is a way of sending small messages between applications but without the overheads of TCP.

## Conclusion

This article has reviewed some of the available means of collecting signals from sensors and sending them to an FMS.

A range of methods from the simplest voltage measurement to networking modules using wireless Ethernet has been discussed.

Although methods such as wireless networking seem to make life easy this is seldom the case. One set of problems is switched for another:

The work involved in wiring sensors is exchanged with the effort involved changing batteries every few months in a wireless system.

Whereas it is fairly certain a wired sensor will be in a fixed position the same cannot be said of a wireless sensor. This begs a range of validation questions.

The limitations of a simple MODBUS style RS 485 network are swapped for the complications of setting up and maintaining a more flexible TCP/IP network or wireless mesh.

There is no such thing a free lunch.

However by engineering a system from these options, the benefits can be maximised and the inevitable problems minimised. Nothing beats good planning and design.

## *References:*

[1] http://en.wikipedia.org/wiki/OSI_model
[2]http://en.wikipedia.org/wiki/4-20mA
[3] Electronics Industries Association. "EIA Standard RS-232-C Interface Between Data Terminal Equipment and Data Communication Equipment Employing Serial Data Interchange", August 1969
[4] http://focus.ti.com/lit/an/slla070c/slla070c.pdf
[5] Metcalfe, Robert M. and Boggs, David R. (July 1976). "Ethernet: Distributed Packet Switching for Local Computer Networks"
[6] http://tools.ietf.org/html/rfc1180
[7] http://www.simplymodbus.ca/FAQ.htm
[8]http://en.wikipedia.org/wiki/RS-485
[9]A Painless Guide to CRC Error Detection Algorithms
http://www.repairfaq.org/filipg/LINK/F_crc_v3.html
[10] www.zigbee.org
[11]http://en.wikipedia.org/wiki/Image:Subnet.gif
[12] http://www.measurement-testing.com/protecting-signals-electrical-interference.html

### Acknowledgments

Some of the graphics used in this article have been obtained from Wikipedia (www.wikipedia.org) and are in the public domain.

 Windows Live™

# Requested information
From: **Rossanna Cui** (rossanna@adamsinstruments.com)
Sent: Tue 9/11/07 4:54 PM
To: ypesinc@msn.com
Attachments: R-Series_05um_at_28.3_LPM_Datasheet-A4-LR.pdf (726.9      Security scan upon download  TREND
                KB), R-Series_03um_Datasheet-LR.pdf (679.8 KB)

Hi

Thank you for your interest in Adams Instruments. Please see attached datasheets per your request. If you have
any questions, please do not hesitate to contact us at 781 806 5322

Thank you

Rossanna

**ADAMS**
INSTRUMENTS

R·SERIES 0.5μm @ 28.3 LPM

## R·SERIES 0.5μm @ 28.3 LPM
## Remote Particle Counter

The Adams Instruments R-Series Remote Particle Counter offers the most features and flexibility out of any remote particle counter on the market today. Integration is easy using either Ethernet (TCP/IP) or Serial Modbus RTU communications. The instrument can be powered over its Ethernet connection (Power-Over-Ethernet compliant with IEEE 802.3af) to simplify installation, or via a local power supply. Configuration can be done locally with a PC or via a web browser and no dip switches or jumper settings are required for set-up.

The instrument reports up to 4 particle sizes simultaneously and other key information for Total Monitoring System Management™ such as laser current, laser accumulated on-time, background light level, date of last calibration, serial number and date of manufacture for easy warranty management.

Calibration is performed digitally which allows for consistency when managing a large number of instruments. With the optional Temp/RH sensor, users can save cabling and powering a separate sensor into a monitoring or building automation system.

Each R-Series Remote Particle Counter also includes an alarm output which allows its users to alarm locally from the particle counter.

Backed with a standard 2 year limited warranty and optional 5 year limited warranty there is no other remote particle counter on the market today with such features and benefits.



## Product Features

. Ethernet (TCP/IP) and Serial Modbus RTU Communications
. Power-Over-Ethernet (PoE) or Local Power Supply
. Web Browser Interface
. Dynamic IP Address (DHCP)
. Configure Locally or Via Web Browser
. IP Address Gleaning
. Install with a Simple Ethernet Hub & Cable
. Up to 4 Channels of Simultaneous Data
. Meets JIS Standards
. Digital Calibration
. External Alarm Output
. Status Indicators (Power/Service, Sampling, Ethernet Connect)
. Stores up to 3,000 Sample Records
. Optional Temp/RH Probe
. Optional Flow Alarm
. RoHS Compliant
. Stainless Steel Enclosure
. Flexible Mounting Options
. Uses External Vacuum Source
. 2 Year Limited Warranty



**ADAMS**
INSTRUMENTS



*Technical Specifications*

## R·SERIES 0.5µm @ 28.3 LPM
## Remote Particle Counter

| | |
|---|---|
| **Size Range:** | 0.5 - 25µm |
| **Channel Sizes:** | Standard: 0.5, 5.0µm |
| | Optional : Up to 4 Channels from 0.5 - 25µm Available |
| **Counting Efficiency:** | 50% @ 0.5 µm; 100% for Particles > 0.75µm (per JIS) |
| **Flow Rate:** | 28.3 LPM |
| **Laser Source:** | Laser Diode |
| **Zero Count Level:** | <1 Count per 5 Minutes (per JIS) |
| **Calibration:** | NIST Traceable |
| **Vacuum Requirements:** | External Vacuum >45.7cm of Hg |
| **Communications:** | Ethernet (TCP/IP) and Serial Modbus RTU |
| **LED Indicators:** | Power/Service, Sampling and Ethernet Connect |
| **Storage:** | 3,000 Sample Records |
| **Concentration Limits:** | 14,000 Particles/m³ [500,000 Particles/ft³] @ 5% Coincidence Loss |
| **External Alarm Output:** | Normally Open Dry Contact Relay Maximum Rating 0-60V AC/DC 1A |
| **Connectors:** | RJ-45 |
| **Enclosure:** | Stainless Steel |
| **Power:** | Power-Over-Ethernet (PoE) or 12 VDC |
| **Dimensions:** | 10.7 (L) x 4.1 (W) x 5.9 (H) cm |
| **Weight:** | 0.37 kg |
| **Operating Conditions:** | 10°C to 40°C. 20% to 95% Non-condensing |
| **Storage Conditions:** | -10°C to 50°C. Up to 98% Non-condensing |
| **Warranty:** | 2 Year Limited Warranty |
| **Includes:** | Operating Manual on CD |
| **Optional Accessories:** | Isokinetic Sampling Probe, Power Supply, Temp/RH Probe, Flow Sensor, |
| | Mounting Bracket, Tubing, Cabling and Purge Filter |



**ADAMS**
INSTRUMENTS

2526 Qume Drive No.15
San Jose, CA 95131 USA
408.512.4909 Phone
408.437.8735 Fax
info@adamsinstruments.com
www.adamsinstruments.com

©2007 Adams Instruments LLC. All rights reserved. Adams Instruments LLC reserves the right to change specifications without notice.
3M™ is a registered trademark of 3M Corporation.                                                                    Rev 707R



**ADAMS**
INSTRUMENTS



R·SERIES 0.3μm

## R·SERIES 0.3μm
## Remote Particle Counter



The Adams Instruments R-Series Remote Particle Counter offers the most features and flexibility out of any remote particle counter on the market today. Integration is easy using either Ethernet (TCP/IP) or Serial Modbus RTU communications. The instrument can be powered over its Ethernet connection (Power-Over-Ethernet compliant with IEEE 802.3af) to simplify installation, or via a local power supply. Configuration can be done locally with a PC or via a web browser and no dip switches or jumper settings are required for set-up.

The instrument reports up to 4 particle sizes simultaneously and other key information for Total Monitoring System Management™ such as laser current, laser accumulated on-time, background light level, date of last calibration, serial number and date of manufacture for easy warranty management.

Calibration is performed digitally which allows for consistency when managing a large number of instruments. With the optional Temp/RH sensor, users can save cabling and powering a separate sensor into a monitoring or building automation system.

Each R-Series Remote Particle Counter also includes an alarm output which allows its users to alarm locally from the particle counter.

Backed with a standard 2 year limited warranty and optional 5 year limited warranty there is no other remote particle counter on the market today with such features and benefits.

## Product Features

. Ethernet (TCP/IP) and Serial Modbus
  RTU Communications
. Power-Over-Ethernet (PoE) or Local
  Power Supply
. Web Browser Interface
. Dynamic IP Address (DHCP)
. Configure Locally or Via Web Browser
. IP Address Gleaning
. Install with a Simple Ethernet Hub & Cable
. Up to 4 Channels of Simultaneous Data
. Meets JIS Standards
. Digital Calibration
. External Alarm Output
. Status Indicators (Power/Service, Sampling,
  Ethernet Connect)
. Stores up to 3,000 Sample Records
. Optional Temp/RH Probe
. Optional Flow Alarm
. RoHS Compliant
. Low Outgassing and Ionics using 3M™ Adhesive
  Technology
. Stainless Steel Enclosure
. Flexible Mounting Options
. Uses External Vacuum Source
. 2 Year Limited Warranty



**ADAMS** INSTRUMENTS

*Technical Specifications*

## R·SERIES 0.3μm
## Remote Particle Counter

| | |
|---|---|
| **Size Range:** | 0.3 - 10μm |
| **Channel Sizes:** | Standard: 0.3, 0.5μm |
| | Optional : Up to 4 Channels from 0.3 - 10μm Available |
| **Counting Efficiency:** | 50% @ 0.3 μm; 100% for Particles > 0.45μm (per JIS) |
| **Flow Rate:** | 2.83 LPM |
| **Laser Source:** | Laser Diode |
| **Zero Count Level:** | <1 Count per 5 Minutes (per JIS) |
| **Calibration:** | NIST Traceable |
| **Vacuum Requirements:** | External Vacuum >45.7cm of Hg |
| **Communications:** | Ethernet (TCP/IP) and Serial Modbus RTU |
| **LED Indicators:** | Power/Service, Sampling and Ethernet Connect |
| **Storage:** | 3,000 Sample Records |
| **Concentration Limits:** | 57,000 Particles/m³ [2,000,000 Particles/ft³] @ 5% Coincidence Loss |
| **External Alarm Output:** | Normally Open Dry Contact Relay Maximum Rating 0-60V AC/DC 1A |
| **Connectors:** | RJ-45 |
| **Enclosure:** | Stainless Steel |
| **Power:** | Power-Over-Ethernet (PoE) or 12 VDC |
| **Dimensions:** | 10.7 (L) x 4.1 (W) x 5.9 (H) cm |
| **Weight:** | 0.37 kg |
| **Operating Conditions:** | 10°C to 40°C. 20% to 95% Non-condensing |
| **Storage Conditions:** | -10°C to 50°C. Up to 98% Non-condensing |
| **Warranty:** | 2 Year Limited Warranty |
| **Includes:** | Operating Manual on CD |
| **Optional Accessories:** | Isokinetic Sampling Probe, Power Supply, Temp/RH Probe, Flow Sensor, |
| | Mounting Bracket, Tubing, Cabling and Purge Filter |



**ADAMS** INSTRUMENTS

2526 Qume Drive No.15
San Jose, CA 95131 USA
408.512.4909 Phone
408.437.8735 Fax
info@adamsinstruments.com
www.adamsinstruments.com

©2007 Adams Instruments LLC. All rights reserved. Adams Instruments LLC reserves the right to change specifications without notice.
3M™ is a registered trademark of 3M Corporation.                                                                   Rev 707R

## I yufa

**From:** "Lyle Cox" <lylec@adamsinstruments.com>
**To:** "'I yufa'" <ypesinc@msn.com>
**Sent:** Tuesday, September 25, 2007 2:53 PM
**Subject:** RE: Adams' Wireless Particle Counters

Hi Alex,

Ha Ha.I wondered. I'm sorry, I should have made it more clear to you.

Lyle Cox



**ADAMS**
INSTRUMENTS

Adams Instruments
Global Services
3344 Long Creek Drive
Fort Collins, CO 80528

970-631-3983

-----Original Message-----
**From:** I yufa [mailto:ypesinc@msn.com]
**Sent:** Tuesday, September 25, 2007 3:38 PM
**To:** Lyle Cox
**Subject:** Re: Adams' Wireless Particle Counters

Lyle,

I apologize. I did not scroll down to see your answers in red under my questions.

Thank you very much for your answers.

Alex
(909) 815-7067

----- Original Message -----
**From:** Lyle Cox
**To:** 'I yufa'
**Sent:** Tuesday, September 25, 2007 2:28 PM
**Subject:** RE: Adams' Wireless Particle Counters

Hello Alex,

I don't see any questions. Did you scroll down through the email? I had already answered your questions in red.

Lyle Cox



**ADAMS**
INSTRUMENTS

Adams Instruments
Global Services
3344 Long Creek Drive
Fort Collins, CO  80528

970-631-3983

-----Original Message-----
**From:** l yufa [mailto:ypesinc@msn.com]
**Sent:** Tuesday, September 25, 2007 3:26 PM
**To:** Lyle Cox
**Subject:** Re: Adams' Wireless Particle Counters

Dear Mr. L. Cox,

Thank you for your response. I greatly appreciate, if you'll be able promptly in general answer to my questions.
I appreciate, if you'll be able to E-mail the answer tomorrow morning (your time), Wednesday, September 26, 2007.

Thanks.

Alex
(909) 815-7067 - cell.


----- Original Message -----
**From:** Lyle Cox
**To:** 'l yufa'
**Sent:** Tuesday, September 25, 2007 9:04 AM
**Subject:** RE: Adams' Wireless Particle Counters

Hello Alex,

I apologize for not  responding to your email earlier.  I don't know what happened to it, but thank you for re-sending it.  I'll answer your questions within your text so there is no confusion.

I am not sure what your application for a system is, but I'd like to discuss it further.  It sounds like you are in the design stage and that is where I can really be of assistance to you.  I can arrange for a site visit and demo if you are interested.

Let me know if you need more information.  Feel free to contact me at any time.

Thanks, Alex.

Lyle Cox




**ADAMS**
INSTRUMENTS

Adams Instruments
Global Services

3344 Long Creek Drive
Fort Collins, CO 80528

970-631-3983

-----Original Message-----
**From:** I yufa [mailto:ypesinc@msn.com]
**Sent:** Tuesday, September 25, 2007 9:12 AM
**To:** lylec@adamsinstruments.com
**Subject:** Re: Adams' Wireless Particle Counters

Dear Mr. Lyle Cox,
As you asked me during our telephone conversations (my calls to your 970-631-3983), I'm reE-mailing you my E-mail of 09/13/2007 (12:01 p.m. - I believe Pacific Time).
I appreciate your response as soon as possible.
Thank you.
Alex.
909-815-7067

----- Original Message -----
**From:** I yufa
**To:** Lyle Cox
**Sent:** Thursday, September 13, 2007 12:01 PM
**Subject:** Re: Response to your E-mail of 09/12/2007

Hello,

   Thank you for your response. Unfortunately, I could not open Ms. Rossanna E-mail probably because she did not send the Data Sheets as an attachment. I greatly appreciate, if you would reE-mail the Data Sheets as an attachment in ".pdf".
   When I talked by phone with Mr. Jim Baab, I've been told that your particle counting systems provide two-way wireless communication [i.e., wirelessly send data from remote sensor to central station, and central station provides the wireless control of the remote particle counter(s)].

The questions are:
1. what type of data may be transmitted (e.g., low battery?, size of particles and quantity?, particle concentration?, temperature?, humidity?, etc.);
The type of data is limited only by your needs. The software and system can track and trend not only the particle data from our remote sensors, but virtually any sensor that outputs a voltage, current, digital or standard communications protocol, allowing us to trend temperatures, humidity, pressures, door switches, etc. just to name a few of the typical inputs.

The remote sensor will report size and number of particles and any status information, such as bad laser currents, alarm, etc.

2. what control is provided by central station (e.g., pump's turn-on/turn-off?, change the regimes [ e.g., change rank of particles, etc.]?, unit's turn-on/turn-off?, etc.);
The software, central station as you refer to it, can be configured to turn pumps on and off, change parameters of alarms, change any of the sensor configurations (allowed by security settings), change room state parameters. The central station is where the system configuration resides, therefore everything is controlled via the central PC. Through PLC's we can control pumps, units, conveyors, door locks....pretty much whatever you need. The system can be very simple or as complicated as you wish.

3. maximum distance of communication;
The system can communicate via several protocols, Ethernet and RS485. Ethernet, using standard

copper CAT5 cabling, has a maximum "leg" length of 100 meters, but that can be extended using repeaters. Since it is standard Ethernet cabling, the use of FiberOptic converters would allow distances of miles. Also, through Phoenix Contact, Ethernet Radios can broadcast in feet or miles, depending on the need.

### 4. maximum remote units per central station;
The software supports up to 150 units, although if needed a special license can be granted to run additional units. The software is priced according to the total number of inputs.

### 5. an approximate price(s) for one remote particle counter and one central station separately (including the needed software, accessories [e.g., electrical cables, etc.]);
I will need to know which Remote you are looking for, but the price ranges from $1550 - $2250 each. The software for 1-2 sensors is $3450.

### 6. an approximate total price for 5 remote units and 1 central station (including everything: e.g., system installation assistance [if applicable], system upgrades, etc.);
Quotes for the system can be generated once we know more about your needs and situation. There are too many variables that affect pricing to just throw a number. The software price would increase to $5150 for up to 10 inputs.

### 5. reliability of your systems (are there too many claims/complaints/repairs?) and warranty (availability of the extended warranty if applicable);
The Remotes have a 3 year warranty. Any third party equipment (Temp sensors, humidity, etc) would have the manufacturer's standard warranty. System reliability has been top notch.

### 6. who does provide the service/repair (if it will be needed).
We are currently expanding our network of repair stations for our particle counters and software. As the need arises, we will have local service tech support, either through employees or contracted service companies. Third party equipment is supported not only by us, but also by the manufacturers with their own service systems. If your system is complex enough to warrant full time coverage, we can quote for providing a full time coverage technician.

I appreciate your response as soon as possible.

Thanks.

Alex

----- Original Message -----
**From:** Lyle Cox
**To:** ypesinc@msn.com
**Sent:** Wednesday, September 12, 2007 11:44 AM
**Subject:** Particle counter questions

Hello,

My name is Lyle Cox. I am the Global Services Manager for Adams Instruments. Marketing has forwarded your information to me as I understand you have some questions regarding the R-Series Remote Particle Counter in regards to communications, power, etc.

If you could email me with specific questions, I will get the answers for you. I believe Rossanna has sent some data sheets to you. If you have more questions, please don't hesitate to email me.

Thank you,

Lyle Cox


**ADAMS**
INSTRUMENTS

*Adams Instruments*
Global Services
3344 Long Creek Drive
Fort Collins, CO  80528

970-631-3983

PennWell



**The Magazine of Contamination Control Technology**          **Volume 16, No. 6, June 2002**

INSIDE EUROPE

# Sweden's burgeoning biotech boom

*Although it lacks cleanroom manufacturing capacity, the country has all the tools to be a potential global leader*

**By Hank Hogan**

*STOCKHOLM, Sweden*—Known for the prestigious Nobel Prize and a world-class ski team, Sweden is now making an all-out push to become a recognized leader in biotechnology.

The country currently has a number of promising biotech start-ups and established companies, offering everything from cancer cures to living microorganisms with scientifically documented positive health effects-or probiotics.

Sweden also has some native cleanroom expertise. Carmetic AB of Uppsala offers cleanroom rental, consulting and manufacturing for European clients. Carmetic originated in the medical industry, the company still focuses on medical and pharmaceutical applications.

Thus, Sweden has many of the needed elements for a thriving biotech industry. What it doesn't have, at present, is a large base of

*Continued on page 39*



**Got-a-Gene AB is a viral vector technology that aims at curing genetic and other diseases, primarily cancer.**

**Affibody AB is one of many biotech firms blooming in Sweden. Affibody is a prot nomics and biotherapy company that focuses on protein engineering for use in discovery and the development of bio-therapeutics and diagnostic products.**

---

## Pall buys five USFilter businesses for $360 million

**By Mark A. DeSorbo**

*EAST HILLS, NY*—PALL CORP. HAS ACQUIRED the Filtration and Separations Group of USFilter Corp.(San Diego, CA) in a $360 million deal that officials from both companies say will allow each to broaden products and services in target core markets.

A spokesperson for USFilter declined to comment when asked about the details of the sale, but Diane Foster, Pall's director of investor relations, says USFilter offered the Filtration and Separations Group in a blind auction that was conducted by Lazard Freres & Co LLC (New York City).

## Novartis to build new research facility in Bay Sta

**By Mark A. DeSorbo**

*BASEL, SWITZERLAND*—WHEN IT IS ALL SAID and done, Novartis AG (Basel, Switzerland) will have dedicated a significant amount of cleanroom space to the 255,000-square-foot global research center it is fashioning from a building in Cambridge, MA.

"We'll have cell-culturing and animal rooms, so we'll need a high level of clean air, and if we're conducting anti-infective or viral research, we will most certainly need to have the appropriate cleanrooms," says Paul Herrling, head of global research for Novartis, maker of cancer and hypertension therapies. "As we



will also employ about 400 scientists. It woul eventually expand to employ 900, Herrling says.

The new facility, located near the campu Harvard University and the Massachusetts Insti Technology, will allow the company to conduct wide research programs in the United States, and Japan from Cambridge.

"When you look at the map of our research c we have our major facility in We have one in London, and United States, we have the Jersey and the new Cali research facility, which ha been completed," Herrling "We did not have one i Northeast, and as we thought growth, we thought about ex ing one of our existing or bu

ire Safety Panel p. 28



## Drug makers back in FDA hot water

**Mark A. DeSorbo**

*ROCKVILLE, MD*—FOR THE SECOND TIME in the span of just over a year, two drug makers, the Schering-Plough Corp. and Abbott Laboratories, are in trouble with the U.S. Food and Drug Administration (FDA) for numerous and repeated instances of substandard manufacturing.

In mid-May, Schering-Plough (Kenilworth, NJ) agreed to pay a record $500 million to the federal government because of continued failure to fix problems in manufacturing hundreds of drugs at four of its factories—two in Puerto Rico that are now the focus of a criminal investigation because of willful noncompliance.

> "Manufacturers who choose to wait until FDA investigators find violations rather than policing themselves will find that they have made a poor and costly decision."
>
> *FDA's Lester Crawford*

"This action is another clear sign that the FDA will continue to enforce the rules and regulations requiring companies to carefully control and monitor their processes used to make pharmaceuticals and other products, so that those products will be safe and effective," says Lester M. Crawford, FDA's deputy commissioner.

LLC (New York City).

"There were a few companies that bid, but nobody knew who else was participating in the auction," Foster says. "To bid, a company had to submit a letter of

Continued on page 37

recruit scientists, we will tackle and that will determine what level of cleanrooms we will have."

The $250 million facility

**Novartis AG (Basel, Switzerland) will use this building, near Harvard University and the Massachusetts Institute of Technology, to build a 255,000-square-foot research center that will employ 900 scientists.**

a new facility."

Cambridge because of the nu of research hospitals as well the colleges and universities

Continued on p.

www.cleanrooms.com

# In This Issue

CR Show Preview **p4**   Food Safety **p**

ORM **p18**   DI Water **p24**

All Gloves Considered **p34**

**Commentary:   Design & Construction...p8   Life Sciences...p1**
**Viewpoint...p6   Built to Spec...p14   Ad Index...p41**

---

# Drug makers back in FDA hot water

**Mark A. DeSorbo**

*ROCKVILLE, MD*—FOR THE SECOND TIME in the span of just over a year, two drug makers, the Schering-Plough Corp. and Abbott Laboratories, are in trouble with the U.S. Food and Drug Administration (FDA) for numerous and repeated instances of substandard manufacturing.

In mid-May, Schering-Plough (Kenilworth, NJ) agreed to pay a record $500 million to the federal government because of continued failure to fix problems in manufacturing hundreds of drugs at four of its factories—two in Puerto Rico that are now the focus of a criminal investigation because of willful noncompliance.



## Inventor's corner

### Wireless particle counter

The method and apparatus counts and measures contamination in air, gas and liquids. It includes a remote sensor (A), a wireless data processing and control system (B), a microprocessor (C) and a wireless communication means (D).

The wireless unit has a transmitter-receiver (E) that is connected to antenna (F). The sensor system (A) includes a particle detection system (G) that senses refraction created by the intersection of particles with a light beam within the particle detection system (G).

The particle detection system processes the detected signals, and the wireless communication means (A) sends information to the data processing and control system (B), where results can be viewed on the display (H).

Patent number: 6,346,983
Date granted: February 12, 2002
Inventor: Aleksandr L. Yufa, of Colton, CA

---

# PRODUCT GUIDE

## PREFABRICATED MODULAR CLEAN ROOMS



Models 560 & 582
**Circle 7**



Soft Wall Clean Room
Models 575 & 577
**Circle 8**

## FUME HOODS



Polypropylene and Stainless
Fume Hoods - Wet Station
Models 1411, 1412, 1414
**Circle 9**

## CLEAN BENCHES



Vertical Flow
Clean Bench
Model 412
**Circle 10**



Horizontal Flow Work Station
Model 301
**Circle 11**

## COMPONENTS





Motorized Ceiling Filter Module
Model 109 BL - 424
**Circle 14**



Pass Thru Cabinet
Model 18

### CLEAN ROOMS
- [ ] Modular
- [ ] Vertical Flow
- [ ] Horizontal Flow
- [ ] Softwall
- [ ] Hardwall
- [ ] Raised Floor
- [ ] Temperature - Humidity
- [ ] Negative Pressure Containment
- [ ] Stainless Steel

### FUME HOODS
### WET PROCESS STATIONS
- [ ] Stainless Steel
- [ ] Polypropylene
- [ ] Fire Retardant Polypropylene

### CLEAN BENCHES
- [ ] Horizontal Flow
- [ ] Vertical Flow
- [ ] Vibration Isolation
- [ ] Wet Process
- [ ] Exhausting
- [ ] Environmentally Controlled

### COMPONENTS
- [ ] Air shower
- [ ] Motorized Ceiling HEPA Filter
- [ ] Ducted Ceiling Terminal Unit
- [ ] Exhaust Ceiling Filter
- [ ] Horizontal Wall Module
- [ ] Vertical Flow Ceiling Module
- [ ] Parts Air Shower
- [ ] Pass Thru Cabinets

### ACCESSORIES
- [ ] Storage Cabinets
- [ ] Desiccator Cabinets
- [ ] Filters, HEPA
- [ ] Garment Storage Cabinets
   HEPA Filtered
- [ ] Gowning Benches
- [ ] Tables, Formica, Stainless Steel



## Purification system

The unit has a filter (A) made of laminated
fiber sheets (B) and contained within a box
(C). A non-woven fabric (D) and alu-
minum screen (E) is placed over the sheets,
and the entire unit is then secured with a
cover (F).



Openings on either side of the unit
(G,H) allow gas to flow through the fiber
sheets and be cleaned, decreasing chemical
pollutants in a gas, particularly in the air
supplied to a cleanroom, booth or bench, to
very low levels. The unit uses ion exchange
or electric charge adsorbing action for less
pressure loss for the gas being treated.

Patent number: 6,352,579 B1
Date granted: March 5, 2002
Inventors: Nami Hirata, Yoichi Fujumura; Hideo
Saruyama, and Masaki Amano, of Toray Industries
Inc. (Shiga and Chiba, Japan)

## Send your inventions

Information on the patents highlighted above was obtained through the U.S. Patent and Trademark Office. Inventors who have been granted patents within the last six months for new cleanroom and contamination technology are encouraged to submit them to *CleanRooms* magazine for publication. Send a brief description of the invention along with a detailed drawing to Mark A. DeSorbo, associate editor, *CleanRooms*, 98 Spit Brook Road, Nashua, NH 03062, or e-mail at markd@pennwell.com.

CLEAN AIR PRODUCTS / CLEAN AIR SYSTEMS has over 20 years manufacturing and design experience. Our products feature metal construction to provide dependable performance and outstanding durability. We manufacture a complete product line, offering you solutions for a broad range of cleanroom applications. We provide custom design services to create systems that will meet your specific requirements. CLEAN AIR PRODUCTS / CLEAN AIR SYSTEMS is proud to offer quality products and service at a competitive price.



# CLEAN AIR PRODUCTS

8605 WYOMING AVE. NO.
MINNEAPOLIS, MN 55445
(763) 425-9122
1-800-423-9728
FAX (763) 425-2004
www.cleanairproducts.com
e-mail: info@cleanairproducts.com

Air Shower
Model 701
Circle 13

Circle 12

Laminar Flow Hoods ????
☐ Work Assembly Stations

**20** June 2002   www.cleanrooms.com

Circle 15 or go to www.onlinecenter.to/cr

l yufa

| From: | "Cox, Lyle" <lyle.cox@tsi.com> |
|---|---|
| To: | <YPESINC@msn.com> |
| Sent: | Thursday, October 30, 2008 5:57 AM |
| Subject: | Remote Particle Counter questions |

Hello Alex,

I received an email from Darrick Niccum here at TSI with some questions you had regarding communications with our 7201 remote particle counters.

As to the length of the runs, Ethernet protocol limits the cable run to 100 meters between "nodes". That means, you can have an instrument installed in one place, run 100 meters of cable to a switch or hub, run another 100 meters to another hub, and another, etc....for a maximum of 5 switches or total distance of 600 meters. Of course, you can use fiber optic cables and run miles if needed. There would have to be a simple off the shelf converter at the sensor or at the first switch.

There are some very good 3rd party wireless equipment providers. I am currently testing units made by Banner. They use a proprietary wireless scheme that seems to have good penetration of walls, allowing a good distance for reception. I've seen very good results over 200 feet with their low power wireless and they tell me they could do miles if needed. I have not tested their claims about those particular radios, but could certainly arrange a test if you are interested.

Let me know if you have any other questions. Thanks for your interest.

Lyle Cox
Project Manager
Sales Support
3344 Long Creek Drive
Fort Collins, CO 80528
970-310-1974



This e-mail or the documents accompanying this e-mail contain information that may be confidential and/or privileged. It may also be prohibited from disclosure under applicable law. The information is intended to be for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you have received this e-mail in error, please notify us immediately so that we can take action to correct the problem.

## I yufa

| From: | "Niccum, Darrick" <dniccum@tsi.com> |
|---|---|
| To: | <ypesinc@msn.com>; "Cox, Lyle" <lyle.cox@tsi.com> |
| Cc: | "Yang, Long" <long.yang@tsi.com> |
| Sent: | Thursday, November 13, 2008 4:53 AM |
| Subject: | AES Inquiry |

Alex,

We had spoken before and I put you in touch with Lyle Cox who provided you some specifics on information. I am copying him on this email so he can continue supporting you along the same lines of discussion. I don't want to pick up the support midstream as I believe Lyle is in the best position to answer your specific questions. Lyle is the most familiar with wireless options as this does not come as a standard communication option for the counters. The pricing you refer to is appropriate for our current product line.

Best Regards,

Darrick Niccum
Business Manager
Contamination Control
TSI Incorporated
(P) 651-490-3834
(C) 651-338-8223
darrick.niccum@tsi.com

This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure and should be treated as such. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, discard any paper copies, delete all electronic files of the message, and please notify us immediately so that our address records can be corrected.

**From:** Yang, Long
**Sent:** Wednesday, November 12, 2008 11:26 PM
**To:** I yufa
**Subject:** RE: Adam's Instrument

Hello Alex,

I have spoken to our Busines Unit Manager and will have something for you tomorrow.

*Thanks,*

**Long Yang**, *Sr. Inside Sales Representative*
*TSI Inc./Alnor Products*
*500 Cardigan Road*
*Shoreview, MN 55126*
*Phone: 1-800-874-2811*
*Fax: 651-490-3824*
*Web: www.tsi.com*

**From:** l yufa [mailto:ypesinc@msn.com]
**Sent:** Wednesday, November 12, 2008 11:20 PM
**To:** Yang, Long
**Subject:** Re: Adam's Instrument

Long,

First, it is a concern about the prices, distance of wireless communication between remote units and central station (processing unit), and reliability of TSI's wireless particle counters. Please, also consider the information for me regarding your new wireless "Model-3031".

Thanks.
Alex

----- Original Message -----
**From:** Yang, Long
**To:** l yufa
**Cc:** Giandomenico, Adam ; Cox, Lyle
**Sent:** Wednesday, November 12, 2008 12:25 PM
**Subject:** RE: Adam's Instrument

Thanks Alex! I will work with our Business Unit Manager and will forward you some general prices. When do you anticipate to purchase a system?

*Thanks,*

**Long Yang,** *Sr. Inside Sales Representative*
*TSI Inc./Alnor Products*
*500 Cardigan Road*
*Shoreview, MN 55126*
*Phone: 1-800-874-2811*
*Fax: 651-490-3824*
*Web: www.tsi.com*

**From:** l yufa [mailto:ypesinc@msn.com]
**Sent:** Wednesday, November 12, 2008 2:11 PM
**To:** Yang, Long
**Subject:** Re: Adam's Instrument

Dear Mr. L. Yang,

Thanks for your e-mail. As you told me, there are no more Adams Instruments and its facilities in Boston, San Jose as is, and either its representatives in California.

I greatly appreciate resent TSI's prices for former Adams's wireless communicating particle counters (Facility Monitoring System), e.g. previously the Adams' remote wireless communicating particle counters had range of $1550-$2250 each, the software for 1-2 sensors was $3450 (for up to 10 sensors - $5150). Please, give me just general range of prices for TSI's (previously Adams') wireless communicating Facility Monitoring System(s), and other analogous types of the TSI's wireless communicating remote particle (aerosol/conta-mination) measuring and counting systems.

Thanks,
Alex

----- Original Message -----
**From:** Yang, Long
**To:** ypesinc@msn.com
**Cc:** Giandomenico, Adam ; Yang, Long
**Sent:** Wednesday, November 12, 2008 11:34 AM
**Subject:** Adam's Instrument

Alex,

It was pleasure to discuss Adam's Instruments and TSI Inc with you.  Below is my contact information.

*Thanks,*

**Long Yang**, *Sr. Inside Sales Representative*
*TSI Incorporated*
*500 Cardigan Road*
*Shoreview, MN 55126*
*Phone: 1-800-874-2811*
*Fax:  651-490-3824*
*Web:  www.tsi.com*



Alex Yufa
AES Inc
595 North Lacadena Drive
Colton, CA 92324

909-370-1714 phone
909-815-7067 cell

This e-mail or the documents accompanying this e-mail contain information that may be confidential and/or privileged. It may also be prohibited from disclosure under applicable law. The information is intended to be for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you have received this e-mail in error, please notify us immediately so that we can take action to correct the problem.

This e-mail or the documents accompanying this e-mail contain information that may be confidential and/or privileged. It may also be prohibited from disclosure under applicable law. The information is intended to be for the use of the

individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you have received this e-mail in error, please notify us immediately so that we can take action to correct the problem.

This e-mail or the documents accompanying this e-mail contain information that may be confidential and/or privileged. It may also be prohibited from disclosure under applicable law. The information is intended to be for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you have received this e-mail in error, please notify us immediately so that we can take action to correct the problem.

**TSI Incorporated**
Mr. T. KENNEDY
*President*
500 Cardigan Road,
Shoreview, MN 55126

December 05, 2008
Certified Mail # 7006 3450 0002 7526 7790

#### Dear Mr. T. Kennedy

Based on the information available, I would like to inform you that I think and believe in a very strong possibility of infringement by your company (including but not limited to the acquired by you Adams Instruments, Inc. and Facility Monitoring Systems, Ltd, etc.) of the methods claimed in at least 1 (one) of my 5 (five) U.S. Patents (5,767,967; 5,946,091; 6,034,769; 6,346,983: 7,439,855), and pending patent(s) related to the particle monitoring, i.e.: of the methods claimed in the claims 1 and 2 of U.S. Patent No. 6,346,983. {P.S. The word "company" has a wider meaning, including but not limited to: incorporated, corporation, organization, etc., and vise versa}. Also, based on the information available, I think and believe in a very strong possibility of the willful infringement.

I think and believe in a possibility of your company's manufacturing (making), selling, and offering for sale of the wireless communicating particle counting and measuring product, including but not limited to: wirelessly communicating "R-Series" remote models, including but not limited to R-Series: 0.2µm@2.83LPM, 0.3µm@2.83LPM, 0.5µm@2.83LPM, 0.5µm@28.3 LPM; Facility Monitoring Systems (FMS); Model 3031 (3031-1); AeroTrak: 7201, 7301, 7501, 7310, 7510, etc., and including but not limited to the other product unknown to me at this time but which may be subsequently discovered later, believed operating by the methods (claims 1 and 2) claimed in the U.S. Patent No. 6,346,983. {P.S. The word "product" has a wider meaning, including but not limited to: system(s), apparatus, device(s), unit(s), station(s), block(s), etc., and vise versa. The word "particle" has a wider meaning, including but not limited to: agent(s); airborne particle(s), gas particle(s), etc; contamination(s) [including but not limited to: liquid, fluid, water, etc. contaminations]; aerosol; etc., and vise versa. The words "counting" and/or "measuring" have a wider meaning, including but not limited to: analyzing, sampling, monitoring, etc., and vise versa}.

If your company has an interest in licensing or acquiring the mentioned above 6,346,983 patent, please, contact me at your convenient time.

If my thoughts and beliefs are inadequate in your and/or your specialist(s)' opinion, I greatly appreciate the opportunity to receive the information/document(s) (including but not limited to: technical, financial documents, etc.) related to the believed infringing product mentioned above, and/or to study/inspect the mentioned above believed infringing product at the mutually convenient location(s) and time.

I greatly appreciate your response as soon as possible.
Thank you.

**Attachment:** 1. U.S. Patent No. 6,346,983; 2. Claim Comparison Chart for '983 patent - 1 page.

*Very Respectfully,*

12/05/2008

Alex Yufa, Ph.D.
698 Cypress Avenue,
Colton, CA.92324-1952
(909) 370-4454 - phone, voice message
(909) 370-1714 - fax

# CLAIM COMPARISON CHART

**Claims 1 and 2 of U.S. Patent No. 6,346,983 - TSI Incorporated's product:**

| Claim 1 steps # | TSI's product (partial list of product) | | |
|---|---|---|---|
|  | R-Series | FMS | Model 3031 |
| 1 | yes | yes | yes |
| 2 | yes | yes | yes |
| 3 | yes | yes | yes |
| 4 | yes | yes | yes |
| 5 | yes | yes | yes |
| 6 | yes | yes | yes |
| 7 | yes | yes | yes |
| 8 | yes | yes | yes |
| 9 | yes | yes | yes |
| 10 | yes | yes | yes |
| 11 | yes | yes | yes |
| 12 | yes | yes | yes |
| 13 | yes | yes | yes |
| Claim 2 | yes | yes | yes |

**TSI Incorporated**
**Mr. T. KENNEDY**
*President*
500 Cardigan Road,
Shoreview, MN 55126

January 12, 2009
Certified Mail # 7007 3020 0001 6431 6709

### Brief Follow-Up Letter

#### Dear Mr. T. Kennedy

On December 05, 2008, I sent you a letter - Certified Mail # 7006 3450 0002 7526 7790 (received by you on December 08, 2008) regarding my thought(s) and belief(s) of a possibility of infringement of my U.S. Patents No.: 6,346,983 (hereinafter " '983") with the offer to license or acquire this patent (if your company has an interest in the licensing or acquiring of '983 patent), or if my thought(s) and belief(s)s regarding possible infringement are inadequate in your and/or your specialist(s)' opinion, I have been asking in my that letter the opportunity to receive the information/document(s) (including but not limited to: technical, financial, etc.) related to the believed infringing product, and/or to study/inspect the believed infringing product at the mutually convenient location(s). {P.S. The word "product" has a wider meaning including but not limited to: system(s), apparatus, device(s), unit(s), station(s), block(s), etc., and vise versa, and a singular or plural and vise versa meaning}.

Unfortunately, I have not received any response to my that letter of December 05, 2008.

I appreciate your response as soon as possible, and I greatly appreciate your response not later than in 30 (thirty) days from the date of receiving of this Brief Follow-Up Letter.

Thank you.

*Very Respectfully,*

01/12/2009

**A. Yufa,** Ph.D.
698 Cypress Avenue,
Colton, CA.92324-1952
(909) 370-4454 - phone, voice message
(909) 370-1714 - fax
//
//



**TSI Incorporated**

TRUST. SCIENCE. INNOVATION.    500 Cardigan Road, Shoreview, MN 55126 USA
*tel* 651 490 2811 *toll free* 800 874 2811 *fax* 651 765 3729 *web* www.tsi.com

January 26, 2009

Dr. Aleksander L. Yufa
698 Cypress Avenue
Colton, CA 92324-1952

RE: U.S. Patents 5,767,967; 5,946,091; 6,034,769; 6,346,983; 7,439,855

Dear Dr. Yufa:

Thank you for your letters of December 5, 2008 and January 12, 2009. We have been and
are in the process of reviewing your assertions. At this point, we do not believe that the
cited products come into conflict with any of the cited patents. As noted however, we
continue to examine the situation.

We note also that the '943 patent was the subject of a reexam proceeding filed in 2006.
Are you able to share any information from that proceeding with us?

Although we continue to examine your assertions, we are always willing to consider
license or assignment of complementary technology to the extent they may apply to future
products. In that regard, have you undertaken the license or assignment to others of your
patent portfolio? Under what terms?

Finally, have you litigated these patents against anyone other than Lockheed Martin and
MetOne? To what conclusion? How were the Lockheed and MetOne matters resolved?

Dr. Yufa, I look forward to hearing from you on these questions.

Very truly yours,

Floyd Grabiel
Corporate Counsel
651 490 2774
fgrabiel@tsi.com

**TSI Incorporated**
Mr. FLOYD GRABIEL
*Corporate Counsel*
500 Cardigan Road,
Shoreview. MN 55126

**RE:** U.S. Patent No. 6,346,983

**VIA FAX and USPS** (Certified Mail # 7006 2760 0004 3385 7297)

January 28, 2009

### Dear Mr. F. Grabiel

This letter responds to the TSI Incorporated (hereinafter "TSI") letter of January 26, 2009 to me (received on 01/28/2009).

As to my best understanding, you officially represent TSI. Please, confirm it in your next communication to me. {P.S. If you do not officially represent TSI, please, transfer this letter to Mr. T. Kennedy, President of TSI, or to the authorized person at TSI}.

First of all, I think and believe that the words "your assertion" in your letter of January 26, 2009 misrepresent the content of my letters of December 05, 2008 and January 12, 2009 wherein I has notified TSI about the "believed" infringement of my U.S. Patent No. 6,346,983 (hereinafter " '983") without any assertion(s), because only TSI at this time has the '983 patent, claim comparison chart, and absolutely full information about TSI's product (unfortunately I do not have the full and complete information about TSI's product at this time, that is why I have been asking to provide me with such information (materials, documents, schemes, manuals/instructions, etc.) and/or to allow the inspection of the TSI's wirelessly communicating contamination monitoring systems/apparatus believed operating and structured in compliance with claims 1-5 of the '983 patent).

Further, I will reply to the statements and questions in your letter step by step in sequence, as it is cited in your letter.

1. You ask me to share any information with respect to '983 patent reexamination:

All information, materials, and documents regarding '983 patent reexamination are publicly available (for example, at the U. S. Patent and Trademark Office (hereinafter "PTO"), etc.), therefore, you may easily inquire them directly from PTO or even view them via Internet on computer (e.g. PTO's PAIR, etc.). Additionally, I think and believe, that your request to perform some work (share/prepare information, etc.) for TSI by me is inappropriate, because I do not have any obligations to perform such free work for TSI. Also, I believe that your request is inappropriate, as asking for opinion.

2. With respect to your questions regarding my patent license(s) or assignment(s) activity:

I think and believe, that your questions regarding my personal patent licensing activity are irrelevant, and absolutely inappropriate. Again, specifically for TSI, if TSI has an interest in licensing or acquiring of '983 patent (and/or any other of my patents), we may discuss the terms of such documents.

3. With respect to your questions regarding my litigations:

All information, materials, and documents regarding litigations are publicly available (for example, in the appropriate Courts, etc.), therefore, you may easily inquire them directly from the appropriate Courts or even view them via Internet on computer (e.g. Court's PACER, etc.). Additionally, I think and believe, that your request involves the necessity to perform some work (preparation of the answers to your questions, etc.) for you and/or TSI that is absolutely inap-

propriate, because I do not have any obligations to perform such free work for you and/or TSi. Also, I believe that your request is inappropriate, as asking for opinion and conclusion.

As it has been mentioned herein above and in my letters of December 05, 2008 and January 12, 2009, if TSI has an interest in licensing or acquiring of the '983 patent, please, contact me at your convenient time.

If my thoughts and beliefs disclosed in my letters of December 05, 2008 and January 12, 2009 to TSI are inadequate in the TSI authorities' opinion, again I greatly appreciate the opportunity to receive the information/document(s) (including but not limited to: technical, financial documents, etc.) related to the believed infringing product and/or to study/inspect the believed infringing product at the mutually convenient location(s) and time.

I appreciate your response as soon as possible, and I greatly appreciate your response not later than within 30 (thirty) days from the date of receiving of this letter.

*Very Respectfully,*

Aleksandr L. Yufa, Ph.D.
698 Cypress Avenue,
Colton, CA 92324-1952
(909) 370-4454 - phone, voice message
(909) 370-1714 - fax
//
//



# facility monitoring systems

A Company

search

Home
- Home
- Industry Sectors
- Company Profile & Information
- E Shop
- News and Press Releases
- Events
- FAQ's
- Contact Us
- Links

Shopping Cart

0 Items    **Total: £0.00**

Home

## Air & Water Quality

# CRITICAL MONITORING FOR OUR GLOBAL ENVIRONMENT

## AIR & WATER QUALITY



plant studies to total corporate systems covering many sites. Designed to meet the rigorous audit and regulatory requirements of the pharmaceutical industry, FMS provides an ideal monitoring solution for sensitive areas such as cryptosporidium sampling points and fluoride dosing.

Air quality applications range from cleanroom to polluted city and industrial environments. Facility Monitoring Systems

- TSI acquisition of FMonsys
- A comparative study of cleanroom flooring materials using surface particle counting techniques.
- Software and hardware aspects of a particle monitoring system
- Sheffield IVF Clinic is first to meet cleanroom standards
- Sedimentation of Particles in Manifold Systems

more

- 3C Contamination Control and Cleanroom Products

Username:

Password:

- Create new account
- Request new password

also provide: diffusive sampling tubes, microbiological air samplers, gravimetric air samplers, absorption tube samplers and particulate monitors.

- Handheld and portable particle counters and air samplers

- Monitoring systems from small pilot plants to multi-site coverage

- Any type of sensor

- Any number of sensors

- Wired or Wireless systems

- Robust & secure monitoring to meet regulatory demands

Web Design by **New Wave Media, Worcester**



Sitemap    Language

## PROMOTIONS

### TSI Creates the Solution for Ultrafine Particle Monitoring

**March 7, 2008**- TSI Incorporated has developed the first real solution to
monitoring how ultrafine particles can affect our air quality. Ultrafine particles take
away more than our vision; they can affect our health as well. TSI offers the
solution: Model 3031 Ultrafine Particle Monitor – Simple, long term, maintenance
free, remotely managed monitoring of ultrafine particles in our air.

TSI Inc, a worldwide leader in real-time particle measurements, announces the
release of its new ultrafine particle monitoring system. The Model 3031 Ultrafine
Particle (UFP) Monitor has been specifically designed for long-term, air quality
monitoring networks. The UFP Monitor constantly measures the size distribution
and number concentration of ultrafine particles between 20 to 500 nm, with six
channels of size resolution. The UFP Monitor reports the number concentration for
each size channel every 10 minutes. All data is buffered within the instrument, but
can be accessed remotely via the Internet or archived periodically as part of the
normal routine of the monitoring station.

Developed under the auspices of European Union's UFIPOLNET project, the UFP
Monitor has demonstrated it is well suited for long-term, ultrafine particle
monitoring. Since the beginning of 2007, four UFP Monitors have been routinely
monitoring ultrafine particles in Stockholm, Dresden, Prague and Augsburg. These
instruments continue to provide valuable data about the temporal levels of ultrafine
particles and their sources. For more information on the UFIPOLNET project,
please visit www.ufipolnet.eu.

The Model 3031 UFP Monitor can be applied to long-term, unattended
environmental
monitoring for road side measurements, urban air pollution research, epidemiology
studies, traffic monitoring and much more.

The key features of the Model 3031 include:
• Long-term, unattended operation
• Low start-up and operating costs
• No working fluids; no radioactive source
• Convenient data management with remote access via the Internet

Case4:09-cv-01315-KAW   Document1-1   Filed03/25/09   Page126 of 131

- **Continuous measurements every 10 minutes**
- **Optional environmental sampling system**

**For more information, please visit the** Ultrafine Particle Monitor



**PRODUCTS**



**PRODUCTS**

To better understand the health effects associated with ultrafine particles, there is a need to complement traditional parameters ($PM_{10}$ and $PM_{2.5}$) by establishing networks to routinely monitor ultrafine particles. The Model 3031 Ultrafine Particle (UFP) Monitor has been specifically designed for long-term, air quality monitoring networks.

The UFP Monitor operates continuously, 24-hours a day, for months on end, with minimal maintenance and requires no working fluids. The UFP Monitor has no radioactive source, so there are no special licensing requirements and no restrictions for its use or where it can be installed. The Model 3031 fits into a standard 19-inch, rack mount cabinet, which allows it to be easily installed into existing roadside and urban air quality monitoring stations. A bench top version of this instrument (the Model 3031-1) is available for laboratory or mobile applications.

Developed under the auspices of European Union's UFIPOLNET project, the UFP Monitor has demonstrated it is well suited for long-term, ultrafine particle monitoring. Since the beginning of 2007, four UFP Monitors have been routinely monitoring ultrafine particles in Stockholm, Dresden, Prague and Augsburg.

### FEATURES AND BENEFITS

- Long-term, unattended operation
- Low start-up and operating costs
- No working fluids; no radioactive source
- Convenient data management with remote access via the Internet

- Covers the size range of greatest interest (20-500 nm)
- Six channels of size distribution data
- Continuous measurements every 10 minutes
- Optional environmental sampling system

APPLICATIONS

- Urban air quality monitoring
- Road side measurements
- Epidemiology studies
- Traffic monitoring

