# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR L. YUFA<br><br>    Plaintiff,<br><br>v.<br><br>TSI INCORPORATED<br><br>    Defendant. | Case No. 09-01315 BZ<br><br>Magistrate Judge Bernard Zimmerman<br><br>[PROPOSED] ORDER EXTENDING INITIAL DEADLINES |

PURSUANT TO STIPULATION, IT IS SO ORDERED, the certain deadlines are extended as follows:

    a.    August 14, 2009 deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan ;

    b.    August 14, 2009 deadline to file ADR Certification signed by Parties and Counsel;

    c.    August 14, 2009 deadline to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

    d.    August 28, 2009 deadline to file Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report and file Case Management Statement; and

    e.    September 14, 2009 date for Initial Case Management Conference.

DATED: __June 22____, 2009

                                    BY: _____
                                                  Bernard Zimmerman
                                                  United States Magistrate Judge

---

[PROPOSED] ORDER FOR EXTENSION OF TIME OF DEADLINES

Doc# 2999410\1