**R E C E I V E D**

JUN 1 7 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR L. YUFA | Case No. 09-01315 BZ |
| Plaintiff, | The Honorable Bernard Zimmerman |
| v. | **[PROPOSED] ORDER GRANTING APPLCIATION FOR PRO HAC VICE APPLICATION OF ATTORNEY MARK R. PRIVRATSKY** |
| TSI INCORPORATED | |
| Defendant. | |

Mark R. Privratsky, whose business address and telephone number is

Lindquist & Vennum, P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-371-3211

And who is an active member in good standing of the bar of Minnesota having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing TSI Incorporated.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communicating with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No 45, *Electronic Case Filing.*

---

[PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION OF
MARK R. PRIVRATSKY

Doc# 3007570\1

1  DATED: June 24 ____, 2009

2

3  BY: _____

4  Judge for District Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                    2

28  [PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION OF
    MARK R. PRIVRATSKY