RECEIVED
JUN 17 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEKSANDR L. YUFA<br><br>Plaintiff,<br><br>v.<br><br>TSI INCORPORATED<br><br>Defendant. | Case No. 09-01315 BZ<br><br>The Honorable Bernard Zimmerman<br><br>[PROPOSED] ORDER GRANTING APPLCIATION FOR PRO HAC VICE APPLICATION OF ATTORNEY CHRISOPHER R. SULLIVAN |

Christopher R. Sullivan, whose business address and telephone number is

Lindquist & Vennum, P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-371-3211

And who is an active member in good standing of the bar of Minnesota having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing TSI Incorporated.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communicating with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No 45, *Electronic Case Filing*.

---

[PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION OF CHRISTOPHER R. SULLIVAN

Doc# 3000701\1

1 | DATED: __June 24__, 2009
2 |
3 | BY: _____
4 | Judge for District Court

2

[PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION OF
CHRISTOPHER R. SULLIVAN

Doc# 300070\1