UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
ALEXANDR L. YUFA,            )
                             )
         Plaintiff(s),       )    No. C09-1315 BZ
                             )
     v.                      )    ORDER STAYING ACTION
                             )
TSI INCORPORATED, et al.,    )
                             )
                             )
         Defendant(s).       )
                             )
```

Defendant TSI Incorporated's ("TSI") unopposed motion to stay this action until the completion of the reexamination of the patent-in-suit is **GRANTED**.

It is therefore **ORDERED** that all deadlines set forth in the Case Schedule (Docket No. 2) are hereby **STAYED**.  It is further **ORDERED** that the hearing on TSI's motion to dismiss, currently set on July 29, 2009, is **VACATED** and that the motion to dismiss is **DENIED** without prejudice as **MOOT**.

///

///

///

///

1

1   TSI shall notify the Court when the reexamination of the
2  patent-in-suit is complete.  If it is ongoing the parties
3  shall file a joint status report by **January 11, 2009**.
4  Dated:  July 2, 2009

                                  _____
                                         Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-BZCASES\YUFA\ORDER STAYING ACTION.wpd