UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER L. YUFA, | )<br>) |
| Plaintiff(s), | ) No. C09-1315 BZ<br>) |
| v. | )<br>) **ORDER RE STATUS REPORT** |
| TSI INC., et al., | )<br>) |
| Defendant(s). | ) |

If the reexamination is ongoing as of July 1, 2010, the parties shall file another joint status report.

Dated: January 11, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\YUFA\ORDER RE JOINT STATUS REPORT.wpd

1