UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER L. YUFA, | ) | |
| Plaintiff(s), | ) | No. C09-1315 BZ |
| v. | ) | |
| | ) | **SECOND ORDER RE** |
| TSI INC., et al., | ) | **STATUS REPORT** |
| Defendant(s). | ) | |

If the reexamination is ongoing as of January 1, 2011, the parties shall file another joint status report.

Dated: July 1, 2010

                                        Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-BZCASES\YUFA\SECOND ORDER RE JOINT STATUS REPORT.wpd

1