UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER L. YUFA, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C09-1315 BZ |
| | ) | |
| v. | ) | |
| | ) | **ORDER FOR FURTHER** |
| TSI INC., et al., | ) | **STATUS REPORT** |
| | ) | |
| Defendant(s). | ) | |

**IT IS ORDERED** that the parties submit a joint status report regarding the re-examination of the patent in suit by July 5, 2011.

Dated: January 3, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\YUFA\THIRD ORDER RE JOINT STATUS REPORT.wpd

1