UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
ALEXANDER L. YUFA,            )
                              )
         Plaintiff(s),        )    No. C09-1315 BZ
                              )
    v.                        )
                              )    ORDER SCHEDULING
TSI INC., et al.,             )    STATUS CONFERENCE
                              )
         Defendant(s).        )
_____)
```

**IT IS ORDERED** that a status conference is scheduled for **July 26, 2011 at 4:00 p.m.**, in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  If plaintiff has any authority for his position that the re-examination is not yet terminated, he shall file it by **July 13, 2011.**  Any opposition shall be filed by **July 20, 2011.**

Dated: July 5, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\YUFA\ORDER SCHED STATUS CONF.wpd

1