Brian Irion (CA Bar #119865)
birion@TheDesq.com
LAW OFFICE OF BRIAN IRION
611 Veterans Boulevard
Suite 209
Redwood City, CA  94063
Telephone:  (650) 363-2600
Facsimile:  (650) 363-2606

Bruce H. Little (*pro hac vice*)
blittle@lindquist.com
Mark R. Privratsky (*pro hac vice*)
mprivratsky@lindquist.com
Christopher R. Sullivan (*pro hac vice*)
csullivan@lindquist.com
LINDQUIST & VENNUM P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
Telephone:  (612) 371-3211
Facsimile:  (612) 371-3207

Attorneys for Defendant TSI INCORPORATED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALEKSANDR L. YUFA<br><br>Plaintiff,<br><br>v.<br><br>TSI INCORPORATED, et al.<br><br>Defendant. | Civil Case No. 3:09-01315 BZ<br><br>Magistrate Judge Bernard Zimmerman<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION TO APPEAR TELEPHONICALLY AT JULY 26, 2011 STATUS CONFERENCE** |

THIS MATTER comes before the Court on Defendant's application to appear telephonically at the July 26, 2011 Status Conference in this matter, and having reviewed the same, the Court hereby ORDERS that the Defendant's application is GRANTED and Defendant's counsel, Christopher R. Sullivan mayjoin the July 26, 2011 hearing by telephone.

DOCS-#3486009-v1

1  ORDERED AND ENTERED THIS __8th__ day of __July_____, 2011.

2  BY THE COURT:

3

4

5  _____
   Bernard Zimmerman
6  UNITED STATES MAGISTRATE JUDGE

7  **Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.**

2

CIVIL CASE NO.  3:09-01315 BZ

DOCS-#3486009-v1