Brian Irion (CA Bar #119865)
birion@TheDesq.com
LAW OFFICE OF BRIAN IRION
611 Veterans Boulevard
Suite 209
Redwood City, CA  94063
Telephone:  (650) 363-2600
Facsimile:  (650) 363-2606

Bruce H. Little (*pro hac vice*)
blittle@lindquist.com
Mark R. Privratsky (*pro hac vice*)
mprivratsky@lindquist.com
Christopher R. Sullivan (*pro hac vice*)
csullivan@lindquist.com
LINDQUIST & VENNUM P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
Telephone:  (612) 371-3211
Facsimile:  (612) 371-3207

Attorneys for Defendant TSI INCORPORATED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEKSANDR L. YUFA | Civil Case No. 3:09-01315 BZ |
| Plaintiff, | Magistrate Judge Bernard Zimmerman |
| v. | **ORDER GRANTING DEFENDANT'S APPLICATION TO APPEAR TELEPHONICALLY AT AUGUST 16, 2011 STATUS CONFERENCE** |
| TSI INCORPORATED, et al. | |
| Defendant. | |

THIS MATTER comes before the Court on Defendant's application to appear telephonically at the August 16, 2011 Status Conference in this matter, and having reviewed the same, the Court hereby ORDERS that the Defendant's application is GRANTED and Defendant's counsel, Christopher R. Sullivan may join the August 16, 2011 hearing by telephone., **provided that Mr. Irion attend personally.**

ORDERED AND ENTERED THIS  26th   day of    July     , 2011.

BY THE COURT:

_____
Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE

**Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.**