Aleksandr L. Yufa
698 Cypress Avenue
Colton, CA 92324-1952
(909) 370-4454 – phone, voice message
(909) 370-1714 – fax
ypesinc@msn.com
   In *Pro Se*

**FILED**

JUL 2 6 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

---

### United States District Court
### Northern District of California

| | |
|---|---|
| Aleksandr L. Yufa | Case No. 3:09-cv-01315 BZ |
|        Plaintiff | |
| v. | PLAINTIFF'S APPLICATION TO APPEAR TELEPHONICALLY AT AUGUST 16, 2011 STATUS CONFERENCE |
| TSI, Incorporated | |
|        Defendant | |

**Judge:** Honorable Bernard Zimmerman
**Trial:** Not Scheduled

Plaintiff, Aleksandr L. Yufa, hereby requests to appear telephonically [telephone number of record: (909) 370-4454] at August 16, 2011 Status Conference ordered by Court on July 19, 2011.

This matter is telephonically conferred with the Defendant's Counsel, Mr. C.R. Sullivan.

{This Plaintiff's Application and the proposed Order (attached hereinto) are submitted to the Court from Europe by the fax to (415) 522-3605 considering that the Plaintiff is now out of country and can not, as a *Pro Se* Plaintiff, timely file (submit) these papers by mail. These papers will be the same date served on Defendant by fax to (612) 371-3207.}

Respectfully submitted:

July 23, 2011

Aleksandr L. Yufa, Ph.D.
Plaintiff in *Pro Se*



**DENIED.** Plaintiff shall appear in person at the status conference.

Dated: July 26, 2011

Aleksandr L. Yufa
698 Cypress Avenue
Colton, CA 92324-1952
(909) 370-4454 – phone, voice message
(909) 370-1714 – fax
ypesinc@msn.com
    In *Pro Se*

## United States District Court
### Northern District of California

Aleksandr L. Yufa                       Case No. 3:09-cv-01315 BZ
                        Plaintiff

        v.                      ORDER GRANTING PLAINTIFF'S
                                APPLICATION TO APPEAR TELEPHONICALLY
TSI, Incorporated               AT AUGUST 16, 2011 STATUS CONFERENCE
                        Defendant


    This matter comes before the Court on Plaintiff's Application to appear telephonically at the August 16, 2011 Status Conference in this matter, and having reviewed the same, the Court hereby ORDERS that the Plaintiff's Application is GRANTED and Plaintiff in *Pro Se*, Aleksandr L. Yufa, may join the August 16, 2011 hearing by telephone.

IT IS SO ORDERED



                                        Bernard Zimmerman,
                                        Magistrate Judge

**OUT OF COUNTRY**
Fax-Transmission

July 23, 2011


**To:** United States District Court, Northern District of California,
      Honorable Judge Bernard Zimmerman
          [fax number: (415) 522-3605]

**From:** Plaintiff, Aleksandr L. Yufa  (from Postmaster General Office
                                          of city of St. Petersburg, Russia)

**Case:** 3:09-cv-01315 BZ


**Total:** 3 pages (including this Cover Sheet):

   1. Out of Country Fax-Transmission Cover Sheet – 1 page;

   2. PLAINTIFF'S APPLICATION TO APPEAR TELEPHONICALLY AT
      AUGUST 16, 2011 STATUS CONFERENCE – 1 page;

   3. Proposed ORDER GRANTING PLAINTIFF'S APPLICATION TO
      APPEAR TELEPHONICALLY AT AUGUST 16, 2011 STATUS
      CONFERENCE – 1 page.