UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER L. YUFA,            )
                              )
         Plaintiff(s),        )    No. C09-1315 BZ
                              )
    v.                        )
                              )    **ORDER SETTING FURTHER**
TSI INC., et al.,             )    **STATUS CONFERENCE**
                              )
         Defendant(s).        )
_____)

Following today's status conference, **IT IS ORDERED** as follows:

1. The stay shall remain in effect pending further order of the Court.

2. The parties shall jointly notify the Court of any federal circuit ruling within 10 days of the ruling.

3. Unless the circuit has ruled in the interim, a further status conference is scheduled for Tuesday, **February 14, 2012 at 4:00 p.m.**, in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California

///

///

1

94102. The parties shall file a joint status report by **Tuesday, February 7, 2012.**

Dated: August 16, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\YUFA\ORDER SETTING FURTHER STATUS CONF.wpd

2