1  Brian Irion (CA Bar #119865)
   birion@TheDesq.com
2  LAW OFFICE OF BRIAN IRION
   600 Allerton Street
3  Suite 202
   Redwood City, CA 94063
4  Telephone: (650) 363-2600
   Facsimile: (650) 363-2606
5
   Bruce H. Little (*pro hac vice*)
6  blittle@lindquist.com
   Mark R. Privratsky (*pro hac vice*)
7  mprivratsky@lindquist.com
   Christopher R. Sullivan (*pro hac vice*)
8  csullivan@lindquist.com
   LINDQUIST & VENNUM P.L.L.P.
9  4200 IDS Center
   80 South Eighth Street
10 Minneapolis, MN 55402-2274
   Telephone: (612) 371-3211
11 Facsimile: (612) 371-3207

12 Attorneys for Defendant TSI INCORPORATED

13          **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
14                **SAN FRANCISCO DIVISION**
15

16 | ALEKSANDR L. YUFA | Civil Case No. 3:09-01315 BZ |
17 | Plaintiff, | Magistrate Judge Bernard Zimmerman |
18 | v. | JOINT STATUS REPORT |
19 | TSI INCORPORATED, et al. | |
20 | Defendant. | |

21
        Pursuant to the Court's Order dated August 16, 2011, the Parties hereby
22
23 submit this joint status report regarding the reexamination of the patent-in-suit.

24      The appeal of the patent reexamination remains pending before the United
25
   States Court of Appeals for the Federal Circuit as of the date of this filing. The
26
27 appeal has been set for consideration on a non-oral calendar on February 6, 2012.

28 Because disposition of the appeal will not likely occur before the status conference

1 | scheduled for February 14, 2012, the Parties propose that the status conference be
2 | cancelled. The Parties further propose to jointly notify the Court within 10 days of
3 | the Federal Circuit's disposition of the appeal.

Respectfully submitted,
DATED: January 18, 2012

Brian Irion (CA SB#119865)
LAW OFFICE OF BRIAN IRION

Bruce H. Little (pro hac vice)
Mark R. Privratsky (pro hac)
Christopher R. Sullivan (pro hac vice)
LINDQUIST & VENNUM P.L.L.P.

BY: s/Christopher R. Sullivan
Christopher R. Sullivan
Attorney for Defendant TSI
Incorporated

DATED: January 17, 2012

Aleksandr L. Yufa, PhD.

BY: s/Aleksandr L. Yufa
Aleksandr L. Yufa, PhD.
Plaintiff, in Pro se

So Ordered
18/Jan/12
[signature]

IT IS SO ORDERED
[signature]
Judge Bernard Zimmerman

2
JOINT STATUS REPORT
CIVIL CASE NO. 3:09-01315 BZ

DOCS-#3616963-V1