UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER L. YUFA, | ) | |
| Plaintiff(s), | ) | No. C09-1315 BZ |
| v. | ) | **ORDER SCHEDULING STATUS CONFERENCE** |
| TSI INC., et al., | ) | |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that a status conference is scheduled for **Tuesday, May 15, 2012 at 4:00 p.m.**, in Courtroom D, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The parties shall be prepared to discuss, among other things, if the stay should be lifted and the complaint dismissed. Each party shall submit a separate status report by **May 9, 2012**.

Dated: February 17, 2012

　　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\YUFA\ORD SCHEDULING STATUS CONF RE LIFTING STAY AND DISMISSING CASE.wpd

1