UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER L. YUFA, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C09-1315 BZ |
| | ) | |
| v. | ) | |
| | ) | **ORDER CONTINUING** |
| TSI INC., et al., | ) | **STATUS CONFERENCE** |
| | ) | |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that the Status Conference presently scheduled for May 15, 2012 at 4:00 p.m., is **continued to Tuesday, May 29, 2012 at 4:00 p.m.**, in Courtroom D, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  If there is a ruling from the Supreme Court in the interim, defendant shall file a copy.

Dated:  May 8, 2012

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\YUFA\ORD CONTINUING 5.15.12 STATUS CONF to 5.29.2012.wpd

1