Brian Irion (CA Bar #119865)
birion@TheDesq.com
LAW OFFICE OF BRIAN IRION
611 Veterans Boulevard
Suite 209
Redwood City, CA  94063
Telephone:  (650) 363-2600
Facsimile:  (650) 363-2606

Bruce H. Little (*pro hac vice*)
blittle@lindquist.com
Mark R. Privratsky (*pro hac vice*)
mprivratsky@lindquist.com
Christopher R. Sullivan (*pro hac vice*)
csullivan@lindquist.com
LINDQUIST & VENNUM P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
Telephone:  (612) 371-3211
Facsimile:  (612) 371-3207

Attorneys for Defendant TSI INCORPORATED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALEKSANDR L. YUFA<br><br>  Plaintiff,<br><br>  v.<br><br> TSI INCORPORATED, et al.<br><br>  Defendant. | Civil Case No. 3:09-01315 BZ<br><br>Magistrate Judge Bernard Zimmerman<br><br>**DEFENDANT'S APPLICATION TO APPEAR TELEPHONICALLY AT MAY 29, 2012 STATUS CONFERENCE** |

   Defendant TSI Incorporated, et al., hereby submits this application to appear telephonically at the May 29, 2012, Status Conference and state as follows:

   1.   By Order dated May 8, 2012, the Court set a Status Conference for May 29, 2012 at 4:00 p.m.

---

CIVIL CASE NO.  3:09-01315 BZ

DOCS-#3485773-v3

2. Defendant's co-counsel, Christopher R. Sullivan requests permission to join in the Status Conference telephonically from his office in Minneapolis, Minnesota.

WHEREFORE, Defendant respectfully moves the Court for an order granting this application to appear telephonically at the May 29, 2012 Status Conference.

Respectfully submitted,

DATED: May 9, 2012

Brian Irion (CA SB#119865)
LAW OFFICE OF BRIAN IRION

Bruce H. Little (pro hac vice)
Mark R. Privratsky (pro hac)
Christopher R. Sullivan (pro hac vice)
LINDQUIST & VENNUM P.L.L.P.

BY: s/Christopher R. Sullivan
Christopher R. Sullivan
Attorney for Defendant TSI Incorporated

ATTORNEYS FOR DEFENDANT TSI INCORPORATED

**The Status Conference is also advanced to <u>3:00 p.m.</u>, in Courtroom D, 15th Flr.**

Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: 5/24/2012



IT IS SO ORDERED
Judge Bernard Zimmerman

2

CIVIL CASE NO. 3:09-01315 BZ

DOCS-#3485773-v3

<u>Proof of Service By Mail</u>

(Civil Procedure Code Section 1013(a)(2))

I, Christopher Sullivan state:

I am over the age of 18 years, employed in the county of Hennepin and am not a party to the above-entitled case.  My business address is 4200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402.

On the below executed date, I served the following document:

**1.     DEFENDANT'S APPLICATION TO APPEAR TELEPHONICALLY AT MAY 29, 2012 STATUS CONFERENCE**

By depositing a copy thereof in the United State mail at 4200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402 in a sealed envelope, postage fully prepaid, addressed to:

>   Aleksandr L. Yufa
>   698 Cypress Avenue
>   Colton, CA 92324

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.  Executed at Minneapolis, MN on May 9, 2012.

>                         s/Christopher R. Sullivan
>                         Christopher R. Sullivan

DOCS-#3485773-v3