United States District Court
Northern District of California

ALEKSANDR L. YUFA,

    Plaintiff,

v.

TSI INCORPORATED,

    Defendant.

Case No.: CV 09-01315 KAW

ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT JANUARY 15, 2013 INITIAL CASE MANAGEMENT CONFERENCE

On January 7, 2013, the parties filed a joint application to appear telephonically at their initial Case Management Conference (CMC) on January 15, 2013. (Dkt. No. 106.)

The Court hereby GRANTS this request as to Defendant TSI Incorporated's Minnesota-based counsel and Plaintiff Dr. Yufa. This order does not extend to Defendant TSI Incorporated's local counsel Brian Irion, as the request only included those individuals located in Minneapolis, Minnesota and Colton, California. Mr. Irion should, therefore, plan to attend in person.

The parties are ordered to comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*. This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the CMC date.

The parties are also reminded that, pursuant to Civil L.R. 7-2(c), proposed orders must be submitted with all moving papers, including requests to appear by telephone.

IT IS SO ORDERED.

Dated: January 8, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge