United States District Court
Northern District of California

| | |
|---|---|
| ALEKSANDR L. YUFA,<br><br>        Plaintiff,<br><br>   v.<br><br>TSI INCORPORATED,<br><br>        Defendant. | Case No.: CV 09-01315 KAW<br><br>ORDER REGARDING DEFENDANT TSI INCORPORATED'S UNUSABLE CHAMBERS COPY OF CLAIM CONSTRUCTION STATEMENT<br><br>(Dkt. No. 120) |

PLEASE TAKE NOTICE that the chambers copy of Defendant TSI Incorporated's Claim Construction Statement (Dkt. No. 120) was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

- ☒ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or
- ☐ is not usable for another reason –

1  The paper used for the above-described chambers copy has been recycled by the court.
2  Defendant shall submit a chambers copy in a format that is usable by the court no later than **July
3  19, 2013**.
4  IT IS SO ORDERED.
5  Dated: July 17, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge