United States District Court
Northern District of California

ALEKSANDR L. YUFA,

    Plaintiff,

  v.

TSI INCORPORATED,

    Defendant.

Case No.: CV 09-01315 KAW

ORDER REGARDING AMENDED CLAIM CONSTRUCTION MATERIALS

On September 6, 2013, the Court held a tutorial on the technology involved in this litigation. At the hearing, the Court informed the parties that their respective claim construction and prehearing statements were not joint, as required by Patent L.R. 4-3. The parties are ordered to meet and confer to identify and agree upon ten disputed terms to be construed at the claim construction hearing. The parties must then file a joint claim construction statement that lists each disputed, term, phrase, or clause (listed by claim); each party's proposed construction; and the support for each party's proposed construction side by side.

After completion of the joint claim construction statement, the parties shall file amended claim construction briefs. The parties requested to keep the current claim construction hearing date of October 11, 2013, but shall inform the Court if they need additional time to submit their amended materials. The parties shall meet and confer as to when they will file their respective amended materials, but all statements and briefs must be filed with the Court by September 27, 2013. Additionally, the parties are asked to provide two (2) chambers copies of each filing.

IT IS SO ORDERED.

Dated: September 6, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge