# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ALEKSANDR L. YUFA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TSI INCORPORATED, et al.<br><br>　　　　Defendant. | Civil Case No. 4:09-01315-KAW<br><br>Magistrate Judge Kandis A. Westmore<br><br>[Proposed] ORDER FOR SCHEDULE TO SUBMIT REVISED CLAIM CONSTRUCTION BRIEFS |

　　　　THIS MATTER came before the Court on the Joint Motion of Plaintiff Aleksandr L. Yufa and Defendant TSI Incorporated, Inc., for a Schedule To Submit Revised Claim Construction Briefs. Having reviewed the same, the Court hereby ORDERS that:

　　　　Plaintiff's Amended Claim Construction Brief will be filed and served no later than September 27, 2013.

　　　　Defendant's Amended Responsive Claim Construction Brief will be filed and served no later than October 4, 2013.

　　　　Plaintiff's Amended Reply Brief will be filed no later October 11, 2013.

　　　　The *Markman* hearing scheduled for 1 p.m. Friday, October 11, 2013, is continued to November 22, 2013.

　　　　IT IS SO ORDERED.

Dated:  10/1/2013

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

CIVIL CASE NO.  4:09-01315 KAW

DOCS-#3952347-v1