United States District Court
Northern District of California

| | |
|---|---|
| ALEKSANDR L. YUFA,<br><br>    Plaintiff,<br><br>  v.<br><br>TSI INCORPORATED, et al.,<br><br>    Defendants. | Case No.: CV 09-01315-KAW<br><br>ORDER STRIKING PLAINTIFF'S 11/4/13 OPPOSITION TO TSI INCORPORATED'S MOTION FOR ADMINISTRATIVE RELIEF AS MOOT<br><br>(Dkt. No. 144) |

On October 30, 2013, Plaintiff filed a document, dated October 29, 2013, titled "Aleksandr L. Yufa's Statement RE: Court Order (Doc. 126) of August 21, 2013 regarding Discovery Letter (Doc. 124)." ("10/29/13 Statement", Dkt. No. 141). On November 1, 2013, Defendant filed a motion for administrative relief pursuant to seeking permission to respond to Plaintiff's Statement. (Dkt. No. 142.)

On November 1, 2013, the Court issued an order denying Defendant's motion for relief on the grounds that a response was unnecessary, and instructing the parties to meet and confer regarding Plaintiff's First Set of Request for Production, and, if necessary, to prepare and file a joint discovery letter in accordance with the Court's Standing Order by no later than November 15, 2013. (Dkt. No. 143.)

On November 7, 2013, Plaintiff filed an opposition to Defendant's motion for administrative relief, dated November 4, 2013. (Dkt. No. 144.) After a review of Plaintiff's opposition, it is clear that it was submitted prior to his receipt of the Court's November 1 order.

Accordingly, Plaintiff's opposition is stricken on the grounds that it is moot.

IT IS SO ORDERED.

DATE: November 8, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge