United States District Court
Northern District of California

ALEKSANDR L. YUFA,

    Plaintiff,

    v.

TSI INCORPORATED,

    Defendant.

Case No.: CV 09-01315 KAW

ORDER STRIKING PLAINTIFF'S SUPPLEMENTAL DECLARATION; DENYING DEFENDANT'S MOTION FOR ADMINISTRATIVE LEAVE AS MOOT

(Dkt. Nos. 170 & 171)

On March 3, 2014, the Court vacated the hearing on Defendant TSI Incorporated's motion for summary judgment pursuant to Civil Local Rule 7-1(b). On March 5, 2014, Plaintiff Aleksandr L. Yufa filed a supplemental declaration in support of his opposition to TSI's motion for summary judgment. (Dkt. No. 170.) On March 7, 2014, TSI filed a motion for administrative relief seeking leave to file a response to Dr. Yufa's supplemental declaration. (Dkt. No. 171.) On March 11, 2014, Dr. Yufa filed an objection to TSI's motion for administrative relief. (Dkt. No. 174.)

The Court did not grant Dr. Yufa leave to file his supplemental declaration (Dkt. No. 170), nor did the Court request further briefing. Accordingly, the Court strikes Dr. Yufa's declaration and will not consider it in its resolution of the pending motion for summary judgment. The Court also terminates TSI's motion for administrative relief (Dkt. No. 171) as moot, and, therefore, will not consider Dr. Yufa's objection thereto.

The parties are ordered **not** to file any additional statements or documents pertaining to the pending motion for summary judgment unless explicitly requested by the Court.

IT IS SO ORDERED.

Dated: March 12, 2014

KANDIS A. WESTMORE
United States Magistrate Judge