Brian Irion (SB#119865)
birion@TheDesq.com
LAW OFFICE OF BRIAN IRION
611 Veterans Boulevard
Suite 209
Redwood City, CA  94063
Telephone: (650) 363-2600
Facsimile: (650) 363-2606

(Additional counsel listed on signature block)

Attorneys for Defendant TSI INCORPORATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ALEKSANDR L. YUFA | Case No. 09-01315 KAW |
|---|---|
| Plaintiff, | |
| v. | The Honorable Kandis A. Westmore |
| TSI INCORPORATED | **DEFENDANT TSI INCORPORATED'S REQUEST FOR ENTRY OF JUDGMENT** |
| Defendant. | |

Pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, Defendant TSI Incorporated requests that an amended judgment be set out in a separate document in favor of Defendant in the amount of $166,364.88, against Plaintiff Aleksandr L. Yufa, as allowed for by Rule 58(a).

On May 21, 2014, this Court granted Defendant's motion for summary judgment on the grounds of non-infringement, dismissing all claims in Plaintiff's complaint.  (Dkt. 176.)  On May 22, 2014, judgment was entered in favor of Defendant against Plaintiff.  (Dkt. 177.)  On June 23, 2014, the Clerk of Court taxed costs in the amount of $7,319.08 in favor of Defendant against Plaintiff.  (Dkt. 185.)  On June 5, 2014, Defendant moved, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, to amend the judgment to include an award of attorneys' fees and non-taxable costs.  (Dkt. 178.)  On August 14, 2014, this Court awarded Defendant attorneys' fees in

1  the amount of $154,702.75 and non-taxable costs in the amount of $4,343.05.  (Dkt. 178.)

2  Rule 58(d) allows a party to "request that judgment be set out in a separate document as
3  required by Rule 58(a)."  Fed. R. Civ. P. 58(d).  Rule 58(a), states "[e]very judgment and
4  amended judgment must be set out in a separate document, but a separate document is not
5  required for an order disposing of a motion: . . . (3) for attorney's fees under Rule 54; . . ."  Fed.
6  R. Civ. P. 58(a).

7  In order to facilitate judgment enforcement, including the potential need for docketing the
8  judgment in other courts, Defendant requests that this Court enter an amended judgment, in a
9  separate document, in favor of Defendant in a total amount of $166,364.88, as allowed by Fed. R.
10 Civ. P. 58(d).

Respectfully submitted,

DATED: August 20, 2014       /s/Brian Irion
                             Brian Irion
                             (SB#119865)
                             birion@TheDesq.com
                             LAW OFFICE OF BRIAN IRION
                             611 Veterans Blvd., Suite 209
                             Redwood City, CA  94063
                             Telephone: (650) 363-2600
                             Facsimile: (650) 363-2606

                             Bruce H. Little (*pro hac vice*)
                             blittle@lindquist.com
                             Christopher R. Sullivan (*pro hac vice*)
                             csullivan@lindquist.com
                             LINDQUIST & VENNUM PLLP
                             4200 IDS Center
                             80 South Eighth Street
                             Minneapolis, MN 55402
                             Telephone: 612-371-3211
                             Facsimile: 612-371-3207

                             Richard T. Ostlund (*pro hac vice*)
                             rostlund@aoblaw.com
                             Courtland C. Merrill (*pro hac vice*)
                             cmerrill@aoblaw.com
                             ANTHONY OSTLUND BAER &
                             LOUWAGIE P.A.

90 South Seventh Street
Suite 3600
Minneapolis, MN 55402
Telephone: 612-349-6969
Facsimile: 612-349-6996

ATTORNEYS FOR DEFENDANT
TSI INCORPORATED