UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALEKSANDR L. YUFA, | Case No. 09-cv-01315-KAW |
|---|---|
| Plaintiff, | JUDGMENT REGARDING AWARD OF ATTORNEYS' FEES AND COSTS |
| v. | Dkt. No. 199 |
| TSI INCORPORATED, | |
| Defendant. | |

On May 21, 2014, the Court granted Defendant TSI Incorporated's motion for summary judgment in full. (Dkt. No. 176.) On May 22, 2014, a judgment was entered in this case in favor of Defendant, and the case was closed. (Dkt. No. 177.) On June 5, 2014, TSI filed a motion for attorneys' fees and non-taxable costs. (Dkt. No. 178.) On June 23, 2014, the Clerk of Court taxed costs in the amount of $7,319.08 in favor of TSI against Plaintiff Aleksandr L. Yufa. (Dkt. No. 185.) On August 14, 2014, the Court granted in part and denied in part TSI's motion for attorneys' fees and non-taxable costs. (Dkt. No. 198.)

On August 20, 2014, TSI requested that an amended judgment be entered to include the award of attorneys' fees, non-taxable costs, and taxable costs. (Dkt. No. 199.) Thereafter, Dr. Yufa requested that the judgment be entered separately pursuant to Federal Rule of Civil Procedure 58. (Dkt. No. 201).

///

///

///

///

///

1    Accordingly, pursuant to Rule 58(d), the Court hereby ENTERS a separate judgment in
2 favor of TSI and against Dr. Yufa for attorneys' fees in the amount of $154,702.75, non-taxable
3 costs in the amount of $4,343.05, and taxable costs in the amount of $7319.08.  The total amount
4 of this judgment is $166,364.88.

5    IT IS SO ORDERED.

6 Dated: September 3, 2014

7                                                                KANDIS A. WESTMORE
8                                                                United States Magistrate Judge