1  Brian Irion (SB#119865)
   birion@TheDesq.com
2  LAW OFFICE OF BRIAN IRION
   611 Veterans Boulevard
3  Suite 209
   Redwood City, CA  94063
4  Telephone: (650) 363-2600
   Facsimile: (650) 363-2606
5
   (Additional counsel listed on signature block)
6
   Attorneys for Defendant TSI INCORPORATED
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEKSANDR L. YUFA<br><br>         Plaintiff,<br><br>   v.<br><br>TSI INCORPORATED<br><br>         Defendant. | Case No. 09-01315 KAW<br><br>The Honorable Kandis A. Westmore<br><br>**DEFENDANT'S REPLY IN SUPPORT OF <u>RENEWED</u> MOTION TO APPOINT RECEIVER AND TO COMPEL ASSIGNMENT OF PATENTS TO RECEIVER**<br><br>**Hearing Date:** June 18, 2015<br>**Time:**            11 a.m.<br>**Courtroom:**    4 – 3rd Floor |

In opposition to Defendant TSI, Inc.'s ("TSI") Renewed Motion for Appointment of a Receiver, Plaintiff Aleksandr L. Yufa ("Yufa") suggests much more remains in his cases against other companies for alleged infringement of his patents than what actually remains pending. (Dkt. #219 p. 1.)  This Court denied without prejudice TSI's original motion for appointment of a receiver "pending the outcome of the appeal in *this matter*."  (Dkt. #213 (emphasis added).)  This Court did not deny TSI's motion based on Yufa's other cases.  Nor should it.  Only two cases remain "pending," in the sense that they await rulings from a court.

First, the Central District of California has already granted TSI's motion for summary judgment of non-infringement in Yufa's separate action against TSI in that district. *Yufa v. TSI, Incorporated*, No. 15-1063 (C.D. Cal.).  (*See* Dkt. #218 at 2-3.)  Yufa's appeal is stayed, pending

1  the district court's disposition of TSI's motion for fees and costs. (*Id.*)  Final disposition of the

2  Central District case will likely only increase, not reduce, Yufa's liability to TSI.

3    Second, Yufa has appealed the District of Oregon's grant of summary judgment in favor

4  of Hach Ultra Analytics, Inc. *See Yufa v. Hach Ultra Analytics, Inc.*, No. 1:09-cv-03022, 2014

5  WL 2450749, at *5 (D. Or. May 30, 2014).  However, the District of Oregon's decision was

6  based on collateral estoppel due to the earlier *Lockheed Martin* case involving the same products.

7  The Federal Circuit has already affirmed *Lockheed Martin*.  575 Fed. Appx. 881 (Fed. Cir. 2014).

8  Thus, the appeal in the *Hach Ultra Analytics* case is not a reason to delay enforcement of TSI's

9  judgment against Yufa in the present case.

10    The remaining actions Yufa has filed against other companies have all been stayed.  (Dkt.

11  #218 at 4.)  Yufa admits that one of the cases that was previously stayed has now been voluntarily

12  dismissed.  (Dkt. #219 at 4.)

13    Yufa argues he will be unfairly prejudiced if his patents are sold by the receiver because

14  some of the same companies that he has sued could buy the patents and dispose of the cases Yufa

15  has filed against them.  (*Id.*)  However, if this occurred, Yufa would not be prejudiced; he would

16  actually benefit.  No company has ever paid Yufa a license for his patents.  In all of Yufa's cases

17  that have progressed to decision, a court has granted summary judgment of non-infringement.

18  Thus, a sale of Yufa's patents by the receiver would be the only profit he has realized from his

19  patents.

20    If Yufa's cases are truly worth $154.5 million as he claims (Dkt. #219 at 8), then the

21  market will pay him handsomely for his patents.  Yufa stands to benefit from a sale because he

22  will be able to satisfy in whole or part the judgment in favor of TSI that, by his own admission, he

23  will never be able to pay.  Whether he recognizes it or not, Yufa will benefit more from a sale of

24  his patent by a receiver than will ever get by pursuing whatever is left of his remaining cases

25  against other companies.

26    TSI respectfully requests that the Court grant TSI's Motion, appoint a receiver, and order

27  Yufa to assign his patents to the receiver in order to satisfy the outstanding judgement in favor of

28  TSI.

Case No. 09-01315 KAW    2    DEFENDANT'S REPLY IN SUPPORT OF
RENEWED MOTION FOR APPOINTMENT OF RECEIVER

DOCS-#3990162-v1

| | | |
|---|---|---|
| 1 | DATED:  June 4, 2015 | BY: /s/ *Courtland C. Merrill* |
| 2 | | Brian Irion (SB#119865) |
| 3 | | birion@TheDesq.com |
| | | LAW OFFICE OF BRIAN IRION |
| 4 | | 600 Allerton Street |
| | | Suite 202 |
| 5 | | Redwood City, CA  94063 |
| | | Telephone: (650) 363-2600 |
| 6 | | Facsimile: (650) 363-2606 |
| 7 | | Bruce H. Little (*pro hac vice*) |
| | | blittle@lindquist.com |
| 8 | | Christopher R. Sullivan (*pro hac vice*) |
| 9 | | csullivan@lindquist.com |
| | | LINDQUIST & VENNUM PLLP |
| 10 | | 4200 IDS Center |
| | | 80 South Eighth Street |
| 11 | | Minneapolis, MN 55402 |
| 12 | | Telephone: 612-371-3211 |
| | | Facsimile: 612-371-3207 |
| 13 | | |
| | | Richard T. Ostlund (*pro hac vice*) |
| 14 | | rostlund@anthonyostlund.com |
| 15 | | Courtland C. Merrill (*pro hac vice*) |
| | | cmerrill@anthonyostlund.com |
| 16 | | ANTHONY OSTLUND |
| | | BAER & LOUWAGIE P.A. |
| 17 | | 90 South Seventh Street |
| | | Suite 3600 |
| 18 | | Minneapolis, MN 55402 |
| 19 | | Telephone: 612-349-6969 |
| | | Facsimile: 612-349-6996 |
| 20 | | |
| | | ATTORNEYS FOR DEFENDANT |
| 21 | | TSI INCORPORATED |

Case No. 09-01315 KAW            3            DEFENDANT'S REPLY IN SUPPORT OF
                                              RENEWED MOTION FOR APPOINTMENT OF RECEIVER

DOCS-#3990162-v1

<u>Proof of Service by Mail</u>

I, Courtland C. Merrill state:

I am over the age of 18 years, employed in the county of Hennepin and am not a party to the above-entitled case. My business address is 90 South Seventh Street, Suite 3600, Minneapolis, MN 55402.

On the below executed date, I served the following document:

**1.   DEFENDANT'S REPLY IN SUPPORT OF RENEWED MOTION TO APPOINT RECEIVER AND TO COMPEL ASSIGNMENT OF PATENTS TO RECEIVER**

By depositing a copy thereof in the United States mail at 90 South Seventh Street, Suite 3600, Minneapolis, MN 55402 in a sealed envelope, postage fully prepaid, addressed to:

Aleksandr L. Yufa
698 Cypress Avenue
Colton, CA 92324

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct. Executed at Minneapolis, MN on June 4, 2015.

/s/ *Courtland C. Merrill*
Courtland C. Merrill