UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR L. YUFA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TSI INCORPORATED,<br><br>　　　　Defendant. | Case No. 09-cv-01315-KAW<br><br>**ORDER CONSTRUING PLAINTIFF'S EX PARTE APPLICATION AS A MOTION FOR ADMINISTRATIVE RELIEF; ORDER DENYING MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Re: Dkt. No. 232 |

　　　　On August 13, 2015, Plaintiff Aleksandr L. Yufa filed a document titled "Plaintiff's Ex Parte Application to Appoint Another Judge for Settlement Conference." (Dkt. No. 232.) Given that Plaintiff is proceeding pro se, the Court will construe his request as a motion for administrative relief to select a different magistrate judge to facilitate settlement negotiations. Plaintiff's motion, however, fails to comply with Civil L.R. 7-11(a), because it was not "accompanied by a proposed order and by either a stipulation under Civil L.R. 7-12 or by a declaration that explains why a stipulation could not be obtained."

　　　　Notwithstanding, the Court will consider the administrative motion on the merits and without further submission by Plaintiff. On August 20, 2015, Defendant TSI filed a response to Plaintiff's motion, where it opined that "Judge Ryu performed her duties in the utmost professional manner." (Dkt. No. 233 at 2.) Given Judge Ryu's repeated attempts to resolve this case at its various stages, the Court is inclined to agree with TSI.

　　　　On August 25, 2015, Dr. Yufa filed a reply to TSI's response, which is not permitted under Civil L.R. 7-11, so it is stricken. In any case, this court would deny any properly noticed motion to stay the resolution of the pending motion to appoint a receiver and compel the assignment of Dr. Yufa's patents.

　　　　In light of the foregoing, the Court DENIES Plaintiff's motion for administrative relief.

1  The Court will, however, still give the parties until October 1, 2015 to reach a settlement. If the
2  parties do not reach a settlement, the Court will rule on the pending motion to appoint a receiver
3  and compel the assignment of Plaintiff's patents, which may include determining the order in
4  which Dr. Yufa's patents are assigned for sale to satisfy the outstanding judgment.
5      IT IS SO ORDERED.
6  Dated: August 31, 2015

*[Signature]*
KANDIS A. WESTMORE
United States Magistrate Judge