Brian Irion (SB#119865)
birion@TheDesq.com
LAW OFFICE OF BRIAN IRION
611 Veterans Boulevard
Suite 209
Redwood City, CA 94063
Telephone: (650) 363-2600
Facsimile: (650) 363-2606

(Additional counsel listed on signature block)

Attorneys for Defendant TSI INCORPORATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR L. YUFA<br><br>      Plaintiff,<br><br>   v.<br><br>TSI INCORPORATED<br><br>      Defendant. | Case No. 09-01315 KAW<br><br>The Honorable Kandis A. Westmore<br><br>**[PROPOSED] ORDER COMPELLING ASSIGNMENT OF PATENTS TO RECEIVER**<br><br>Hearing Date: \_\_\_\_\_, 2017<br>Time:            \_\_ a.m.<br>Courtroom:    4 – 3rd Floor |

Defendant TSI, Inc.'s Motion to Compel Assignment of Patents to Receiver came before the Honorable Magistrate Judge Kandis A. Westmore, in the United States Courthouse for the Northern District of California. After full consideration of the evidence and points and authorities submitted by all parties, it appears, and Court finds, that

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1.     Defendant's Motion to Compel Assignment of Patents to Receiver is GRANTED.

2.     "Receivership Property" means and includes the following United States Patents: 7,573,573; 7,439,855; 6,346,983; 6,034,769; 5,969,665; 5,946,091; 5,767,967, and any continuation, continuation-in-part, or divisional applications(s) related to, and/or that derive

priority from, the foregoing patents, and any foreign counterparts thereof, including the rights to all past damages as well as all income derived from these patents.

3. Plaintiff Aleksandr L. Yufa is directed to immediately, using the form prescribed in the Declaration of Mitchell Rosenfeld, assign all rights, title, and interest in the Receivership Property to Greyhound IP LLC as receiver.

4. In the event that Plaintiff fails to assign the Receivership Property within ten days, the Court hereby appoints Mitchell Rosenfeld, as legal representative for Plaintiff, for the sole purpose of assigning the Receivership Property to Greyhound IP LLC as receiver.

5. After the patents have been assigned, Greyhound IP LLC is authorized to direct and take immediate possession and full control of the Receivership Property, to execute the plan outlined in the Declaration of Mitchell Rosenfeld to sell the Receivership Property, and to take such other actions as the Greyhound IP LLC deems reasonable and appropriate.

6. After the Receivership Property has been sold, Greyhound IP LLC will file a declaration or report with the Court finalizing its costs paid by Defendant which, upon Court approval, will be added to the judgment.

7. After the judgment has been finalized, Greyhound IP LLC will distribute funds from the sale of the Receivership Property to the judgment creditor, Defendant, to satisfy the judgment. To the extent any funds remain, Greyhound IP LLC will distribute the remaining funds to Plaintiff.

LET JUDGMENT BE ENTERED ACCORDINGLY.

_____
United States Magistrate Judge