# PRIORITY MAIL

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FROM: Dr. A. Yuta
698 Cypress Ave.,
Colton, CA 92324-1952

TO: U.S. District Court for Northern California, Oakland Division
1301 Clay Street, 400S Tower,
Oakland, CA 94612-5212

EXPECTED DELIVERY DAY: 10/03/2018

USPS TRACKING NUMBER

9505 5144 9687 8274 2276 56



EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



# PRIORITY MAIL



## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*



PS00001000014

EP14F July 2013
OD: 12.5 x 9.5



✱ Domestic only.   ✱ For International shipments, the maximum weight is 4 lbs.