Michael D. Kanach (SB#271215)
mkanach@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3211
Facsimile: (415) 986-8054

(Additional counsel listed on signature block)

Attorneys for Defendant TSI INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR L. YUFA<br><br>        Plaintiff,<br><br>v.<br><br>TSI INCORPORATED<br><br>        Defendant. | Case No. 09-01315 KAW<br><br>The Honorable Kandis A. Westmore<br><br>**DECLARATION OF MITCHELL ROSENFELD IN SUPPORT OF DEFENDANT'S MOTION TO CONFIRM SALE BY RECEIVER** |

I, Mitchell Rosenfeld, declare as follows:

1. I am over eighteen years of age and have personal knowledge of the facts stated in this declaration. If called upon to do so, I could testify as to the matters set forth herein.

2. I am the Managing Director of Greyhound IP which serves as the Court appointed Receiver in this matter. Pursuant to the Court's Order Granting Defendant's Second Renewed Motion To Compel Assignments Of Patents To Receiver dated August 17, 2018 ("Sale Order") Aleksandr L. Yufa ("Yufa") assigned U.S. Patent Nos. 7,573,573; 7,439,855; 6,346,983; 6,034,769; 5,969,665; 5,946,091; and 5,767,967 (the "Yufa Patent Portfolio") to Greyhound IP.

3. Pursuant to the Sale Order, Greyhound IP conducted an auction process commencing on November 15, 2018 for the sale of the Yufa Patent Portfolio. The process concluded with a telephonic auction held on December 20, 2018 whereby TSI Incorporated ("TSI")

1  prevailed as the winning bidder with its credit bid of $165,525.88.

2  4. To commence the auction process, notice of the sale was provided to over 75 potential
3     buyers (collectively, "Target Companies") comprising defendants in other patent
4     infringement actions filed by Yufa based upon the Yufa Patent Portfolio, operating
5     companies within the relevant markets, operating companies that have filed patent
6     applications citing patents in the Yufa Patent Portfolio, and non-practicing entities that
7     purchase patents for the benefit of their large membership pools.  For example, Allied
8     Security Trust is estimated to have over 30 members including Avaya, Ford, Google,
9     Honda, IBM, Intel, Microsoft, Oracle, Philips, and Sony and RPX is estimated to have
10    over 320 members. This outreach ensured a broad outreach to a wide range of potentially
11    interested parties. The list was created through analysis of companies filing patent
12    applications that cite the Yufa Patent Portfolio, market research in the fields of particle
13    detection (including particle measuring systems and analyzers for particle counters) and
14    vessel collision avoidance (including marine electronic navigation), and based upon my
15    experience in the patent transaction market.  Including, the membership of non-operating
16    companies, I estimate our process reached approximately 400 potential buyers.

17 5. On November 15, 2018, an email was transmitted to the Target Companies attaching the
18    Notice of Sale and a description of the Yufa Patent Portfolio.  A copy of the Notice of
19    Sale is attached as Exhibit A.  Additionally, the email provided a link to an electronic data
20    room with diligence materials including the Dr. Yufa's assignment, the August 17, 2018
21    Order requiring sale, a draft patent sale agreement, and Dr. Yufa's withdrawal.  A sample
22    email is attached hereto as Exhibit B and the presentation is attached hereto as Exhibit C.

23 6. A list of potential Target Companies was transmitted to Yufa with a request for Yufa to
24    identify companies as well as for any materials he wanted posted to the data room.  Yufa
25    did not identify additional companies or provide any additional electronic data room
26    materials.

27 7. Additionally, the Notice of Sale was posted in three publications distributed within the
28    Northern District of California.  Proof of publication in the San Francisco Daily Journal,

Small Business Exchange and Bay Area Reporter are attached hereto as Exhibits D, E and F.

8. The Notice of Sale was also transmitted to Yufa via email and certified email. The proof of mailing is attached hereto as Exhibit G. Yufa acknowledged receipt via email.

9. Prior to the launch of the auction process, Greyhound IP sought and received a credit bid from TSI in the amount of $165,525.88. No other bids were received, and as a result, TSI was the winning bidder in the auction conducted on December 20, 2018. I ask for the Court's approval to assign the patents to TSI using the form attached hereto as Exhibit H.

I declare under criminal penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 23, 2019        BY: _____
                                    Mitchell Rosenfeld

Case No. 09-01315 KAW        3        DECLARATION OF MITCHELL ROSENFELD
                                      IN SUPPORT OF DEFENDANT'S MOTION TO
                                      CONFIRM SALE BY RECEIVER

<u>Proof of Service by Mail</u>

I, Courtland C. Merrill, state:

I am over the age of 18 years, employed in the county of Hennepin and am not a party to the above-entitled case. My business address is 90 South Seventh Street, Suite 3600, Minneapolis, MN 55402.

On the below executed date, I served the following documents:

1. **DECLARATION OF MITCHELL ROSENFELD IN SUPPORT OF DEFENDANT'S MOTION TO CONFIRM SALE BY RECEIVER**

By depositing a copy thereof in the United States mail at 90 South Seventh Street, Suite 3600, Minneapolis, MN 55402 in a sealed envelope, postage fully prepaid, addressed to:

Aleksandr L. Yufa
698 Cypress Avenue
Colton, CA 92324

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct. Executed at Minneapolis, MN on February 1, 2019.

/s/ *Courtland C. Merrill*
Courtland C. Merrill

Case No. 09-01315 KAW    4    DECLARATION OF MITCHELL ROSENFELD IN SUPPORT OF DEFENDANT'S MOTION TO CONFIRM SALE BY RECEIVER