1  Michael D. Kanach (SB#271215)
   mkanach@gordonrees.com
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone: (415) 875-3211
4  Facsimile: (415) 986-8054

5  Attorneys for Defendant TSI INCORPORATED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEKSANDR L. YUFA<br><br>  Plaintiff,<br><br>  v.<br><br>TSI INCORPORATED<br><br>  Defendant. | Case No. 09-01315 KAW<br><br>The Honorable Kandis A. Westmore<br><br>**[PROPOSED] ORDER CONFIRMING SALE OF PATENTS, ENTERING SATISFACTION OF JUDGMENT, AND TERMINATING THE RECEIVERSHIP**<br><br>**AS MODIFIED** |

Defendant TSI, Inc.'s Motion to Confirm the Sale of Patents, Enter Satisfaction of Judgment, and Terminate the Receivership of Greyhound IP LLC ("Receiver"), came before the Honorable Magistrate Judge Kandis A. Westmore, in the United States Courthouse for the Northern District of California. On February 6, 2019, Dr. Yufa filed a partial notice of non-opposition, which included objections that were not substantive in nature. (Dkt. No. 304.) Therein, Dr. Yufa affirmatively stated that he did not oppose the confirmation of the Receiver's sale of the patents, TSI's decision to not add the Receiver's costs to the amount of the judgment, entering the satisfaction of the judgment in full, and the Court's termination of the receivership. *Id.* at 2.

///

///

1    Accordingly, after considering the evidence and points and authorities submitted by the
2 parties, IT IS ORDERED THAT:
3    1.   Defendant's Motion to Confirm the Sale of Patents, Enter Satisfaction of
4 Judgment, and Terminate the Receivership is GRANTED.
5    2.   The Receiver's sale of United States Patents ("Patent Portfolio"): 7,573,573;
6 7,439,855; 6,346,983; 6,034,769; 5,969,665; 5,946,091; 5,767,967, and any continuation,
7 continuation-in-part, or divisional applications(s) related to, and/or that derive priority from, the
8 foregoing patents, and any foreign counterparts thereof, including the rights to all past damages as
9 well as all income derived from these patents, is hereby confirmed pursuant to California Code of
10 Civil Procedure § 568.5.
11   3.   The Receiver shall assign all rights, title, and interest in the Patent Portfolio to TSI
12 using the form identified as Exhibit H to the January 23, 2019 Declaration of Mitchell Rosenfeld.
13   4.   Upon this confirmation of the sale and approval of the assignment, TSI's judgment
14 against Dr. Yufa originally in the amount of $166,364.88 is hereby satisfied in full.
15   5.   Greyhound IP LLC's receivership is hereby terminated.
16   LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 20, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge